AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03109-JLR |
| Tapestry, Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capri Holdings Limited                                                                                    .

Date:    04/24/2024                                              /s/ Jonathan Moses
                                                                               *Attorney's signature*

                                                                    Jonathan Moses  JM9049
                                                                 *Printed name and bar number*

                                                              Wachtell, Lipton, Rosen & Katz
                                                       51 West 52nd Street, New York, NY 10019

                                                                               *Address*

                                                                       jmmoses@wlrk.com
                                                                         *E-mail address*

                                                                          (212) 403-1388
                                                                        *Telephone number*

                                                                          (212) 403-2388
                                                                            *FAX number*