

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Danielle Quinn
Litigation Group
Bureau of Competition
(202) 326-2494
dquinn@ftc.gov

April 24, 2024

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   **Re: Federal Trade Commission v. Tapestry, Inc & Capri Holdings Limited, Case No. 1:24-cv-03109-JLR**

Dear Judge Rochon:

  Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, I write to inform the Court that, on April 22, 2024, Plaintiff Federal Trade Commission ("FTC") and Defendants Tapestry, Inc. and Capri Holdings Limited stipulated to a temporary restraining order whereby Tapestry, Inc. and Capri Holdings Limited shall not consummate their proposed merger until after 11:59 p.m. Eastern Time on the fifth (5th) business day after the Court rules on the FTC's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act or until after the date set by the District Court, whichever is later.

  The FTC now respectfully moves this Court for entry of the parties' stipulated temporary restraining order and asks that the Court rule on the motion by 5:00 p.m. Eastern on April 29, 2024. Defendants do not oppose the FTC's motion.

                Sincerely,
                *S/ Danielle Quinn*
                Danielle Quinn