UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>   v.<br><br>TAPESTRY, INC.,<br><br>and<br><br>CAPRI HOLDINGS LIMITED,<br><br>      Defendants. | Case No. 1:24-cv-03109 |

**<u>PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED TEMPORARY RESTRAINING ORDER</u>**

  PLEASE TAKE NOTICE that upon the attached declaration and exhibit in support of Plaintiff Federal Trade Commission's (the "Commission" or "FTC") motion, Plaintiff, by and through its undersigned counsel, will respectfully move this Court for entry of the parties' stipulated temporary restraining order. Defendants do not oppose this Motion.

  Plaintiff Federal Trade Commission has brought a claim in this action pursuant to Federal Trade Commission Act § 13(b), 15 U.S.C. § 53(b), seeking to preliminarily enjoin Defendants Tapestry, Inc. ("Tapestry") and Capri Holdings Limited ("Capri") from consummating their agreement for Tapestry to acquire Capri (the "Proposed Transaction"). Specifically, the Federal Trade Commission is requesting a § 13(b) preliminary injunction to preserve the status quo during the pendency of the Commission's administrative adjudication of whether the Proposed Transaction violates the antitrust laws.

  Plaintiff Federal Trade Commission and Defendants Tapestry and Capri agreed that, in the event that Plaintiff Federal Trade Commission filed an enforcement action seeking to enjoin

Defendants' Proposed Transaction, the parties would file a joint stipulation with the Court for entry of a temporary restraining order preventing Defendants from consummating the Proposed Transaction until after 11:59 p.m. Eastern Time on the fifth business day after this Court rules on the requested preliminary injunction or a date the Court may set, whichever is later. The parties' stipulated temporary restraining order is submitted as Exhibit 1 to the declaration in support of this motion.

      On April 22, 2024, Plaintiff Federal Trade Commission filed an enforcement action seeking to enjoin Defendants' Proposed Transaction. Plaintiff, therefore, respectfully requests that the Court enter the stipulated temporary restraining order on or before 5:00 p.m. Eastern Time on April 29, 2024.

Dated: April 24, 2024	Respectfully submitted,

<u>S/ Danielle Quinn</u>
Danielle Quinn
NY Bar No. 5408943
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2494
Email: dquinn@ftc.gov

Abby L. Dennis (DC Bar No. 994476) (*pro hac*)
Peggy Bayer Femenella (DC Bar No. 472770) (*pro hac*)
Nicole Lindquist (DC Bar No. 975593) (*pro hac*)
Laura Antonini (CA Bar No. 271658) (*pro hac*)
Brandon Boxbaum (DC Bar No. 1615988) (*pro hac*)
Peter Colwell (DC Bar No. 100287) (*pro hac*)
Kassandra DiPietro (MN Bar No. 0403547) (*pro hac*)
Frances Anne Johnson (MD Bar – No Number) (*pro hac*)
Sarah Kerman (DC Bar No. 90017957) (*pro hac*)
Andrew Lowdon (DC Bar No. 230095) (*pro hac*)
Blake Risenmay (WA Bar No. 52888) (*pro hac*)
Victoria Sims (DC Bar No. 1006974) (*pro hac*)
Timothy Singer (DC Bar No. 1048769) (*pro hac*)

*Counsel for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2024, I electronically filed a true and correct copy of the foregoing document using the United States District Court for the Southern District of New York CM/ECF System.

I FURTHER CERTIFY that I served the foregoing document on the following counsel via electronic mail:

| Amanda P. Reeves<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Phone: 202-637-2183<br>Email: amanda.reeves@lw.com<br><br>*Counsel for the Defendant Tapestry, Inc.* | Damian G. Didden<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>Phone: 212-403-1113<br>Email: DGDidden@wlrk.com<br><br>*Counsel for Defendant Capri Holdings Limited* |
|---|---|

*S/ Danielle Quinn*
Danielle Quinn
NY Bar No. 5408943
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2494
Email: dquinn@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

4