IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TAPESTRY, INC.,<br><br>and<br><br>CAPRI HOLDINGS LIMITED,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-03109 |

**DECLARATION IN SUPPORT OF UNOPPOSED NOTICE OF MOTION FOR ENTRY OF STIPULATED TEMPORARY RESTRAINING ORDER**

　　　I, Danielle Quinn, an attorney acting on behalf of the United States Government, declares the following is true and correct under the penalty of perjury.

　　　1.　　I am an attorney in the Federal Trade Commission's Bureau of Competition and counsel for Plaintiff Federal Trade Commission in the above-captioned matter. I have personal knowledge of the matters discussed in this declaration. I submit this declaration in support of Plaintiff's Unopposed Motion for Entry of Stipulated Temporary Restraining Order.

　　　2.　　Plaintiff Federal Trade Commission and Defendants Tapestry, Inc. and Capri Holdings Limited have stipulated to the Court's entry of a temporary restraining order preventing Defendants from consummating the proposed acquisition until after 11:59 p.m. Eastern Time on the fifth business day after this Court rules on Plaintiff's anticipated motion for a preliminary injunction or the date set by this Court, whichever is later.  Exhibit 1 to this Declaration is a true and correct copy of the agreement between Plaintiff and Defendants.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of April, 2024.

Dated: April 24, 2024                    Respectfully submitted,

<div style="margin-left: 2em;">

*S/ Danielle Quinn*
Danielle Quinn
NY Bar No. 5408943
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2494
Email: dquinn@ftc.gov

Abby L. Dennis (DC Bar No. 994476) (*pro hac*)
Peggy Bayer Femenella (DC Bar No. 472770) (*pro hac*)
Nicole Lindquist (DC Bar No. 975593) (*pro hac*)
Laura Antonini (CA Bar No. 271658) (*pro hac*)
Brandon Boxbaum (DC Bar No. 1615988) (*pro hac*)
Peter Colwell (DC Bar No. 100287) (*pro hac*)
Kassandra DiPietro (MN Bar No. 0403547) (*pro hac*)
Frances Anne Johnson (MD Bar – No Number) (*pro hac*)
Sarah Kerman (DC Bar No. 90017957) (*pro hac*)
Andrew Lowdon (DC Bar No. 230095) (*pro hac*)
Blake Risenmay (WA Bar No. 52888) (*pro hac*)
Victoria Sims (DC Bar No. 1006974) (*pro hac*)
Timothy Singer (DC Bar No. 1048769) (*pro hac*)

*Counsel for Plaintiff Federal Trade Commission*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2024, I electronically filed a true and correct copy of the foregoing document using the United States District Court for the Southern District of New York CM/ECF System.

I FURTHER CERTIFY that I served the foregoing document on the following counsel via electronic mail:

| | |
|---|---|
| Amanda P. Reeves<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Phone:  202-637-2183<br>Email: amanda.reeves@lw.com<br><br>*Counsel for the Defendant Tapestry, Inc.* | Damian G. Didden<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>Phone:  212-403-1113<br>Email:  DGDidden@wlrk.com<br><br>*Counsel for Defendant Capri Holdings Limited* |

*S/ Danielle Quinn*
Danielle Quinn
NY Bar No. 5408943
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2494
Email: dquinn@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*