IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TAPESTRY, INC. <br><br> and <br><br> CAPRI HOLDINGS LIMITED <br><br> Defendants. | Case No. 1:24-cv-03109 <br><br> **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Abby Dennis for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of North Carolina and the District of Columbia and that her contact information is as follows:

> Abby Dennis
> Federal Trade Commission
> 600 Pennsylvania Avenue, NW
> Washington, DC 20580
> Tel: 202-326-2381
> Email: adennis@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                               _____
                                                         United States District Judge