UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    *Plaintiff,*<br><br>  v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>    *Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Tapestry, Inc. in the above-captioned action:

    Lawrence E. Buterman
    Latham & Watkins LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    Email: lawrence.buterman@lw.com

Dated: April 24, 2024
   New York, New York

    Respectfully Submitted,

    **LATHAM & WATKINS LLP**

    */s/ Lawrence E. Buterman*
    Lawrence E. Buterman
    1271 Avenue of the Americas
    New York, NY 10020
    Tel: (212) 906-1200
    Fax: (212) 751-4864
    Email: lawrence.buterman@lw.com

    *Attorneys for Defendant Tapestry, Inc.*