**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>*Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Tapestry, Inc. in the above-captioned action:

>Jennifer L. Giordano
>Latham & Watkins LLP
>555 Eleventh Street, NW, Suite 1000
>Washington, D.C. 20004
>Telephone: (202) 637-2200
>Facsimile: (202) 637-2201
>Email: jennifer.giordano@lw.com

Dated: April 24, 2024
Washington, D.C.

Respectfully Submitted,

**LATHAM & WATKINS LLP**

*/s/ Jennifer L. Giordano*
Jennifer L. Giordano
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: jennifer.giordano@lw.com

*Attorneys for Defendant Tapestry, Inc.*