# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Amanda P Reeves*

was duly qualified and admitted on February 3, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 09, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Amanda Putnam Reeves

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 2002.

I further certify that so far as the records of this office are concerned, Amanda Putnam Reeves is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 17th day of April

A.D. 2024

By: _Meline Layman_
Deputy Clerk