UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>*Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**DECLARATION OF IAN R. CONNER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Ian R. Conner, declare as follows:

1. I am a partner of the law firm of Latham & Watkins LLP, and I am counsel for Defendant Tapestry, Inc.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *pro hac vice*.

3. I am a member in good standing of the bar of the District of Columbia and was admitted on March 7, 2008.

4. I am a member in good standing of the bar of the Commonwealth of Virginia and was admitted on October 29, 2003.

5. I attach certificates of good standing from the District of Columbia and the Commonwealth of Virginia, which were issued within thirty days of this filing, as **Exhibit A** to my motion for admission *pro hac vice*.

6. I have never been convicted of a felony or been the subject of any criminal conviction.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8.  I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendant Tapestry, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2024

*/s/ Ian R. Conner*
Ian R. Conner