**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff,* v. TAPESTRY, INC. and CAPRI HOLDINGS LIMITED, *Defendants.* | Case No. 1:24-cv-03109-JLR-BCM **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alfred C. Pfeiffer, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Tapestry, Inc. in the above-captioned action.

I am a member in good standing of the bar of the State of California and a certificate of good standing is attached hereto as **Exhibit A**.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, or disbarred by any court.  In one instance, I was denied admission on a *pro hac vice* basis by a North Carolina state court to appear in a pro bono matter, despite the court's express determination that I met all the requirements for admission.  That order is attached as **Exhibit B**.  I have attached the declaration pursuant to Local Rule 1.3.

*[Signature on following page]*

| | |
|---|---|
| Dated: April 24, 2024<br>San Francisco, California | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>*/s/ Alfred C. Pfeiffer*<br>Alfred C. Pfeiffer<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Fax: (415) 395-8095<br>Email: al.pfeiffer@lw.com<br><br>*Attorneys for Defendant Tapestry, Inc.* |