**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>*Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**DECLARATION OF ALFRED C. PFEIFFER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Alfred C. Pfeiffer, declare as follows:

1. I am a partner of the law firm of Latham & Watkins LLP, and I am counsel for Defendant Tapestry, Inc.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *pro hac vice*.

3. I am a member in good standing of the bar of the State of California and was admitted on December 10, 1985.

4. I attach a certificate of good standing from the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my motion for admission *pro hac vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, or disbarred by any court. In one instance, I was denied admission on a *pro hac vice* basis by a North Carolina state court to

2

appear in a pro bono matter, despite the court's express determination that I met all the requirements for admission.  That order is attached as **Exhibit B**.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendant Tapestry, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2024

*/s/ Alfred C. Pfeiffer*
Alfred C. Pfeiffer

appear in a pro bono matter, despite the court's express determination that I met all the requirements for admission.  That order is attached as **Exhibit B**.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendant Tapestry, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2024

*/s/ Alfred C. Pfeiffer*
Alfred C. Pfeiffer