**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     *Plaintiff,*<br><br>  v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>     *Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sean M. Berkowitz, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Tapestry, Inc. in the above-captioned action.

  I am a member in good standing of the bar of the State of Illinois and a certificate of good standing is attached hereto as **Exhibit A**.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the declaration pursuant to Local Rule 1.3.

Dated: April 24, 2024
   Chicago, Illinois

Respectfully Submitted,

**LATHAM & WATKINS LLP**

<u>/s/ Sean M. Berkowitz</u>
Sean M. Berkowitz
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
Email: sean.berkowitz@lw.com

*Attorneys for Defendant Tapestry, Inc.*