**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     *Plaintiff,*<br><br>    v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>     *Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Sean M. Berkowitz for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

 Applicant's Name:  Sean M. Berkowitz
 Firm Name: Latham & Watkins LLP
 Address: 330 North Wabash Avenue, Suite 2800
 City/State/Zip: Chicago, IL 60611
 Telephone/Fax: (312) 876-7700 / (312) 993-9767

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Tapestry, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____        _____
                                     U.S. District Judge Jennifer L. Rochon