AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03109-JLR |
| Tapestry, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capri Holdings Limited.

Date: 04/25/2024

/s/ Adam Goodman
*Attorney's signature*

Adam Goodman AG2014
*Printed name and bar number*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street, New York, NY 10019

*Address*

algoodman@wlrk.com
*E-mail address*

(212) 403-1179
*Telephone number*

(212) 403-2179
*FAX number*