**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　*Plaintiff,*<br><br>　　　v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>　　　　　　　*Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

　　　The motion of Ian R. Conner for admission to practice *pro hac vice* in the above-captioned action is granted.

　　　Applicant has declared that he is a member in good standing of the bar of the District of Columbia and the Bar of the Commonwealth of Virginia; and that his contact information is as follows:

　　　Applicant's Name:  Ian R. Conner
　　　Firm Name: Latham & Watkins LLP
　　　Address: 555 Eleventh Street, NW, Suite 1000
　　　City/State/Zip: Washington, D.C. 20004
　　　Telephone/Fax: (202) 637-2200 / (202) 637-2201

　　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Tapestry, Inc., in the above-entitled action;

　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 25, 2024

_____
U.S. District Judge Jennifer L. Rochon