## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                                        Plaintiff,

    v.

TAPESTRY, INC.

and

CAPRI HOLDINGS LIMITED

                                        Defendants.

Case No. __1:24-cv-03109__

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE**

I, Laura Antonini, hereby state:

1.      I am admitted to practice before the courts of the State of California and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2.      I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, or disbarred or denied readmission by any court.

5.      I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: April 4, 2024

Respectfully submitted,

_Laura Antonini_
Laura Antonini

District of Columbia
Subscribed and sworn to before me, in my presence,
this 4th day of April          2024

_Jessica E Drake_
Notary Public, D.C
My commission expires 1/31/25



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>LAURA FRANCES ANTONINI</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that LAURA FRANCES ANTONINI #271658, was on the 1st day of December 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 15h day of April 2024.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Michael Hallisy, Deputy Clerk*