### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAPESTRY, INC.<br><br>and<br><br>CAPRI HOLDINGS LIMITED<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:24-cv-03109<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

　　Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Andrew Lowdon, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel to Plaintiff Federal Trade Commission in the above captioned action.

　　I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmissions by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 23, 2024

Respectfully submitted,

_[signature]_

Andrew Lowdon (*Pro Hac Vice*)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-2166
Email: alowdon@ftc.gov

*Counsel for the Federal Trade Commission*