**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

TAPESTRY, INC.

and

CAPRI HOLDINGS LIMITED

Defendants.

Case No. 1:24-cv-03109

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the

Southern District of New York, I, Frances Anne Johnson, hereby move this Court for an Order

for admission to practice Pro Hac Vice to appear as counsel to Plaintiff Federal Trade

Commission in the above captioned action.

I am in good standing of the bar of the State of Maryland and there are no pending

disciplinary proceedings against me in any state or federal court.  I have never been convicted of

a felony.  I have never been censured, suspended, disbarred or denied admission or readmissions

by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 23, 2024

Respectfully submitted,

Frances Anne Johnson (*Pro Hac Vice*)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-3221
Email: fjohnson@ftc.gov

*Counsel for the Federal Trade Commission*