IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION,

                        Plaintiff,

v.

TAPESTRY, INC.

and

CAPRI HOLDINGS LIMITED

                        Defendants.

Case No. 1:24-cv-03109

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

---

I, Frances Anne Johnson, hereby state:

1. I am admitted to practice before the courts of the State of Maryland and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: April 4, 2024

Respectfully submitted,

*/s/ Frances Anne Johnson*
Frances Anne Johnson



District of Columbia: ss:
Subscribed and sworn to before me, in my presence,
this 4th day of April, 2024

*Jessica L. Drake*
Notary Public, D.C.
My commission expires 1/31/25

# Supreme Court of Maryland

### Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the seventeenth day of December, 2014,

## *Frances Anne Johnson*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the eighteenth day of May, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this nineteenth day of March, 2024.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland