IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br> v.<br><br>TAPESTRY, INC.<br><br>and<br><br>CAPRI HOLDINGS LIMITED<br><br>        Defendants. | Case No. 1:24-cv-03109<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Frances Anne Johnson for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Maryland and that her contact information is as follows:

 Frances Anne Johnson
 Federal Trade Commission
 600 Pennsylvania Avenue, NW
 Washington, DC 20580
 Tel: 202-326-3221
 Email: fjohnson@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                            _____
                                                                United States District Judge