IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                           Plaintiff,<br><br>v.<br><br>TAPESTRY, INC.<br><br>and<br><br>CAPRI HOLDINGS LIMITED<br><br>                           Defendants. | Case No.   1:24-cv-03109<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Kassandra DiPietro, hereby state:

1. I am admitted to practice before the courts of the State of Minnesota and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. A copy of the Certificate of Good Standing is attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: April 4, 2024

Respectfully submitted,

*/s/ Kassandra DiPietro*
Kassandra DiPietro

District of Columbia ss
Subscribed and sworn to before me, in my presence,
this 4th day of April, 2024

*Jessica S. Drake*
Notary Public, D.C.
My commission expires 1/31/25

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

KASSANDRA BARRY DIPIETRO

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2022

Given under my hand and seal of this court on

March 08, 2024

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration