IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br> v.<br><br>TAPESTRY, INC.<br><br>and<br><br>CAPRI HOLDINGS LIMITED<br><br>         Defendants. | Case No. <u>1:24-cv-03109</u><br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Sarah Kerman for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the bar of the District of Columbia and that her contact information is as follows:

  Sarah Kerman
  Federal Trade Commission
  600 Pennsylvania Avenue, NW
  Washington, DC 20580
  Tel: 202-326-2506
  Email: skerman@ftc.gov

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
United States District Judge