**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　*Plaintiff,*<br><br>　　*v.*<br><br>TAPESTRY, INC. and CAPRI HOLDINGS<br>LIMITED,<br><br>　　　　　　　　*Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br><br>**NOTICE OF MOTION TO ADMIT**<br>**COUNSEL *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mary A. Casale, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Tapestry, Inc. in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: April 25, 2024
　　　Washington, D.C.

Respectfully Submitted,

**LATHAM & WATKINS LLP**

*/s/ Mary A. Casale*
Mary A. Casale
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: mary.casale@lw.com

*Attorneys for Defendant Tapestry, Inc.*