IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br> v.<br><br>TAPESTRY, INC.<br><br>and<br><br>CAPRI HOLDINGS LIMITED<br><br>        Defendants. | Case No. 1:24-cv-03109<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

  The motion of Brandon Boxbaum for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia and that his contact information is as follows:

  Brandon Boxbaum
  Federal Trade Commission
  600 Pennsylvania Avenue, NW
  Washington, DC 20580
  Tel: 202-326-2807
  Email: bboxbaum@ftc.gov

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 26, 2024
   New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**