# EXHIBIT A



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Lindsey Stewart Champlin*

*was duly qualified and admitted on July 13, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 23, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Lindsey Stewart Champlin

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2011.

I further certify that so far as the records of this office are concerned, Lindsey Stewart Champlin is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 25th day of April

A.D. 2024

By: *[signature]*
*Deputy Clerk*