

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

April 26, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE:   Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR

Dear Judge Rochon:

Pursuant to Rule 6.A of the Individual Rules of Practice in Civil Cases and the Court's Standing Order M10-468, Plaintiff Federal Trade Commission ("FTC") respectfully submits this letter and the Court's Electronic Devices General Purposes Form so that the identified FTC attorneys may bring electronic devices into the Court for the conference on Monday, April 29, 2024, at 4:30 p.m.

Respectfully submitted,

*S/ Danielle Quinn*
Danielle Quinn
N.Y. Bar No. 540893
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone:  (202) 326-2494
Email:  dquinn@ftc.gov


Enclosure:  Electronic Devices General Purposes Form (with Extra Sheet)

Cc:  All Counsel of Record (via ECF)