UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

―――――――――――――――――――――――――x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR.

    ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) April 29, 2024.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Danielle Quinn | dquinn@ftc.gov | Mobile Phone; Laptop | Courtroom 23B | Y |
| Abby L. Dennis | adennis@ftc.gov | Mobile Phone; Laptop | Courtroom 23B | Y |
| Peggy Bayer Femenella | pbayerfemenella@ftc.gov | Mobile Phone; Laptop | Courtroom 23B | Y |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

**Extra Sheet –** In the Matter of An Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) Into the Courthouses of the Southern District of New York for Use in a Proceeding or Trial (Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR)

| Attorney | E-Mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Nicole Lindquist | nlindquist@ftc.gov | Mobile Phone; Laptop | Courtroom 23B | Y |
| Laura Antonini | lantonini@ftc.gov | Mobile Phone; Laptop | Courtroom 23B | Y |