# Wachtell, Lipton, Rosen & Katz

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | MARK GORDON | **51 WEST 52ND STREET** | ELAINE P. GOLIN | STEVEN WINTER |
| HERBERT M. WACHTELL | JEANNEMARIE O'BRIEN | **NEW YORK, N.Y. 10019-6150** | EMIL A. KLEINHAUS | EMILY D. JOHNSON |
| EDWARD D. HERLIHY | WAYNE M. CARLIN | | KARESSA L. CAIN | JACOB A. KLING |
| DANIEL A. NEFF | STEPHEN R. DiPRIMA | TELEPHONE: (212) 403-1000 | RONALD C. CHEN | RAAJ S. NARAYAN |
| STEVEN A. ROSENBLUM | NICHOLAS G. DEMMO | FACSIMILE:  (212) 403-2000 | BRADLEY R. WILSON | VIKTOR SAPEZHNIKOV |
| JOHN F. SAVARESE | IGOR KIRMAN | | GRAHAM W. MELI | MICHAEL J. SCHOBEL |
| SCOTT K. CHARLES | JONATHAN M. MOSES | | GREGORY E. PESSIN | ELINA TETELBAUM |
| JODI J. SCHWARTZ | T. EIKO STANGE | GEORGE A. KATZ (1965-1989) | CARRIE M. REILLY | ERICA E. AHO |
| ADAM O. EMMERICH | WILLIAM SAVITT | JAMES H. FOGELSON (1967-1991) | MARK F. VEBLEN | LAUREN M. KOFKE |
| RALPH M. LEVENE | GREGORY E. OSTLING | LEONARD M. ROSEN (1965-2014) | SARAH K. EDDY | ZACHARY S. PODOLSKY |
| RICHARD G. MASON | DAVID B. ANDERS | | VICTOR GOLDFELD | RACHEL B. REISBERG |
| ROBIN PANOVKA | ADAM J. SHAPIRO | OF COUNSEL | RANDALL W. JACKSON | MARK A. STAGLIANO |
| DAVID A. KATZ | NELSON O. FITTS | | BRANDON C. PRICE | CYNTHIA FERNANDEZ |
| ILENE KNABLE GOTTS | JOSHUA M. HOLMES | ANDREW R. BROWNSTEIN     ERIC S. ROBINSON | KEVIN S. SCHWARTZ | LUMERMANN |
| TREVOR S. NORWITZ | DAVID E. SHAPIRO | MICHAEL H. BYOWITZ     ERIC M. ROSOF | MICHAEL S. BENN | CHRISTINA C. MA |
| ANDREW J. NUSSBAUM | DAMIAN G. DIDDEN | KENNETH B. FORREST     MICHAEL J. SEGAL | ALISON Z. PREISS | NOAH B. YAVITZ |
| RACHELLE SILVERBERG | IAN BOCZKO | BEN M. GERMANA     WON S. SHIN | TIJANA J. DVORNIC | BENJAMIN S. ARFA |
| STEVEN A. COHEN | MATTHEW M. GUEST | SELWYN B. GOLDBERG     DAVID M. SILK | JENNA E. LEVINE | NATHANIEL D. CULLERTON |
| DEBORAH L. PAUL | DAVID E. KAHAN | PETER C. HEIN     ROSEMARY SPAZIANI | RYAN A. McLEOD | ERIC M. FEINSTEIN |
| DAVID C. KARP | DAVID K. LAM | JB KELLY     ELLIOTT V. STEIN | ANITHA REDDY | ADAM L. GOODMAN |
| RICHARD K. KIM | BENJAMIN M. ROTH | JOSEPH D. LARSON     LEO E. STRINE, JR.* | JOHN L. ROBINSON | STEVEN R. GREEN |
| JOSHUA R. CAMMAKER | JOSHUA A. FELTMAN | LAWRENCE S. MAKOW     PAUL VIZCARRONDO, JR. | JOHN R. SOBOLEWSKI | MENG LU |
| | | PHILIP MINDLIN     JEFFREY M. WINTNER | | |
| | | THEODORE N. MIRVIS     AMY R. WOLF | | |
| | | DAVID S. NEILL     MARC WOLINSKY | | |
| | | HAROLD S. NOVIKOFF | | |

* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | MICHAEL W. HOLT |
| SUMITA AHUJA | MARK A. KOENIG |
| FRANCO CASTELLI | CARMEN X.W. LU |
| ANDREW J.H. CHEUNG | J. AUSTIN LYONS |
| PAMELA EHRENKRANZ | ALICIA C. McCARTHY |
| ALINE R. FLODR | JUSTIN R. ORR |
| KATHRYN GETTLES-ATWA | NEIL M. SNYDER |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |
| ANGELA K. HERRING | |

Direct Dial: (212) 403-1118
E-Mail: EPGolin@wlrk.com

4/27/2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

          Re:     <u>Federal Trade Commission v. Tapestry, Inc.
                    et al., Case No. 1:24-cv-03109-JLR</u>

Dear Judge Rochon:

        Pursuant to Rule 6.A of the Individual Rules of Practice in Civil Cases and the Court's Standing Order M10-468, Defendant Capri Holdings Limited ("Capri") respectfully submits this letter and the Court's Electronic Devices General Purposes Form so that the identified attorneys may bring electronic devices into the Court for the conference on Monday, April 29, 2024, at 2:30 p.m.

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Jennifer L. Rochon
4/27/2024
Page 2

                                                       Respectfully submitted,

                                                       /s/ Elaine P. Golin
                                                           Elaine P. Golin
                                                      N.Y. Bar No. EG2523
                                                      Wachtell, Lipton, Rosen & Katz
                                                      51 West 52nd Street
                                                      New York, NY 10019
                                                      Phone:  (212) 403-1118
                                                      Email:  EPGolin@WLRK.com

Enclosure:  Electronic Devices General Purposes Form (with Extra Sheet)

Cc:  All Counsel of Record (via ECF)