UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

 The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

 ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR.

 ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

 The date(s) for which such authorization is provided is (are) April 29, 2024 .

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Elaine P. Golin | EPGolin@wlrk.com | Mobile Phone; Laptop | Courtroom 23B | Y |
| Krista McDonough | Krista.McDonough@CapriHoldings.com | Mobile Phone; Laptop | Courtroom 23B | Y |
| Natalie Newman | Natalie.Newman@CapriHoldings.com | Mobile Phone; Laptop | Courtroom 23B | Y |

*(Attach Extra Sheet If Needed)*

 The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

 SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

**Extra Sheet –** In the Matter of An Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) Into the Courthouse of the Southern District of New York for Use in a Proceeding or Trial (Federal Trade Commission v. Tapestry, Inc. et al., Case No. 1:24-cv-03109-JLR)

| Attorney | E-Mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Damian G. Didden | DGDidden@wlrk.com | Mobile Phone; Laptop | Courtroom 23B | Y |
| Katharine R. Haigh | KRHaigh@wlrk.com | Mobile Phone; Laptop | Courtroom 23B | Y |
| Jordan Cohen-Kaplan | JCKaplan@wlrk.com | Mobile Phone; Laptop | Courtroom 23B | Y |
| Martin J. Sicilian | MJSicilian@wlrk.com | Mobile Phone; Laptop | Courtroom 23B | Y |