1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM&WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

April 28, 2024

**VIA ECF**

The Honorable Jennifer Rochon
Daniel Patrick Moynihan United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Federal Trade Commission v. Tapestry, Inc. et al.*  (1:24-cv-03109-JLR)

Dear Judge Rochon:

Pursuant to Rule 6.A of Your Honor's Individual Rules of Practice in Civil Cases and Standing Order M10-468 of the United States District Court for the Southern District of New York, Defendant Tapestry, Inc. ("Defendant") respectfully submits this letter and the Court's Electronic Devices General Purposes Form (with extra page), so that the Defendant's attorneys may bring electronic devices into the Court for the conference on Monday, April 29, 2024, at 2:30 p.m. The conference was docketed on April 26, 2024, so therefore counsel was unable to file the request with the requisite three days' notice.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*/s/ Alfred C. Pfeiffer*
Alfred C. Pfeiffer (*pro hac vice*)
of LATHAM & WATKINS LLP

Encl: Electronic Devices General Purposes Form

cc:    All Counsel of Record (*via ECF*)