UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) April 29, 2024.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Alfred C. Pfeiffer | Al.Pfeiffer@lw.com | cell phone; laptop | 23B | Y |
| Amanda P. Reeves | Amanda.Reeves@lw.com | cell phone; laptop | 23B | Y |
| Lindsey S. Champlin | Lindsey.Champlin@lw.com | cell phone; laptop | 23B | Y |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:  _____

_____
United States Judge

Revised: July 1, 2019.

Extra Sheet –

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL
_____x

**(Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR)**

| Attorney | E-Mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Ian R. Conner | Ian.Conner@lw.com | cell phone; laptop | 23B | Y |