April 29, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE:  Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR

Dear Judge Rochon:

      Pursuant to the Court's April 25, 2024 Order, the parties met and conferred on April 26, 2024 to discuss a proposed schedule for discovery, a proposed schedule for briefing on Plaintiff Federal Trade Commission's ("FTC") motion for a preliminary injunction and other prehearing submissions, and proposed hearing dates for a hearing on the motion for a preliminary injunction. The parties then continued to meet and confer by email over the weekend, and now submit this letter in advance of today's conference to inform the Court of their progress during these discussions.

      The parties jointly propose that an evidentiary hearing commence on September 3, 2024, if convenient for the Court, with 20 hours allotted to each side. As for the discovery schedule and other prehearing submissions, the parties have agreed to the following proposed schedule and deadlines:

| Event | Date(s) |
|---|---|
| Close of Fact Discovery | July 26, 2024 |
| Plaintiff Serves Initial Expert Report(s) | July 26, 2024 |
| Plaintiff's Memorandum of Law in Support of Preliminary Injunction Motion | August 6, 2024 |
| Defendants Serve Rebuttal Expert Report(s) | August 7, 2024 |
| Plaintiff Serves Expert Rebuttal/Reply Report(s) | August 14, 2024 |
| Defendants' Opposition to Preliminary Injunction Motion | August 20, 2024 |
| Close of Expert Discovery | August 20, 2024 |

Joint Letter to Hon. Jennifer L. Rochon
April 29, 2024
Page 2

| Event | Date(s) |
|---|---|
| Plaintiff's Reply to Defendants' Opposition to Preliminary Injunction Motion | August 27, 2024 |
| Evidentiary Hearing Begins | September 3, 2024, or at the Court's earliest convenience thereafter |

The parties respectfully request, should the Court order that the evidentiary hearing begin on September 3, 2024, that the Court not schedule proceedings on Friday September 6, 2024 due to a conflict of counsel. The parties are available to resume the evidentiary hearing the following Monday, September 9, 2024.

The parties are continuing to meet and confer regarding the scope of discovery and other items for a proposed case management plan and scheduling order as well as a proposed protective order. The parties will submit a joint proposed case management plan and scheduling order, as well as a joint proposed protective order, along with the parties' positions regarding disputed provisions, if any, by 5:00 p.m. Eastern on May 3, 2024.

Respectfully submitted,

S/ Abby L. Dennis
Abby L. Dennis
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-2381
Email: adennis@ftc.gov

S/ Alfred C. Pfeiffer
Alfred C. Pfeiffer
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Fax: (415) 395-8095
Email: al.pfeiffer@lw.com
Counsel for Tapestry, Inc.

Jonathan M. Moses
Elaine P. Golin
Wachtell, Lipton, Rosen & Katz

Joint Letter to Hon. Jennifer L. Rochon
April 29, 2024
Page 3

51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
Email: jmmoses@wlrk.com
       epgolin@wlrk.com
Counsel for Capri Holdings Limited

Cc:  All Counsel of Record (via ECF)