May 1, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE:   Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR

Dear Judge Rochon:

Pursuant to the Court's order from the bench during the April 29, 2024 Case Management Conference that the parties meet and confer regarding a proposed case management and scheduling order and file a joint submission with the Court by end of day on May 1, 2024, the parties met and conferred on April 30 and May 1, 2024. The parties were able to reach an agreement on both a proposed case management and scheduling order and a proposed protective order, and there are no disputes for the Court to resolve.

Attached hereto as Exhibit A is a [Proposed] Case Management and Scheduling Order. Additionally, attached hereto as Exhibit B is a [Proposed] Stipulated Protective Order.

The parties respectfully request that the Court enter both proposed orders.

                Respectfully submitted,

                *S/ Abby L. Dennis*
                Abby L. Dennis
                Federal Trade Commission
                600 Pennsylvania Avenue, N.W.
                Washington, D.C. 20580
                Phone: (202) 326-2381
                Email: adennis@ftc.gov

                *S/ Alfred C. Pfeiffer*
                Alfred C. Pfeiffer
                Latham & Watkins LLP
                505 Montgomery Street, Suite 2000
                San Francisco, California 94111
                Phone: (415) 391-0600
                Fax: (415) 395-8095
                Email: al.pfeiffer@lw.com
                Counsel for Tapestry, Inc.

Joint Letter to Hon. Jennifer L. Rochon
May 1, 2024
Page 2

                                    <u>*S/ Jonathan M. Moses*</u>
                                    Jonathan M. Moses
                                    Elaine P. Golin
                                    Wachtell, Lipton, Rosen & Katz
                                    51 West 52nd Street
                                    New York, NY 10019
                                    Phone: (212) 403-1000
                                    Fax: (212) 403-2000
                                    Email: jmmoses@wlrk.com
                                                 epgolin@wlrk.com
                                    Counsel for Capri Holdings Limited

Cc:  All Counsel of Record (via ECF)