**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

May 3, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: *Federal Trade Commission v. Tapestry, Inc.*, No. 1:24 cv 03109: Joint Letter Regarding Motion to Expedite Briefing and Consideration

Dear Judge Rochon,

Tapestry, Inc. ("Tapestry"), Capri Holdings Limited ("Capri"), and the Federal Trade Commission ("FTC") (collectively, the "Parties"), respectfully move this Court to order expedited briefing on Defendants' Motion for a More Definite Statement Or, In the Alternative, To Require Plaintiff To Answer One Contention Interrogatory ("Motion"). The Parties jointly request that the Court enter the following briefing schedule on the Motion: any opposition to the Motion is due May 8, 2024, and any reply is due May 10, 2024.

Attached hereto as Exhibit A is a Stipulation and Proposed Order regarding an expedited briefing schedule.

Respectfully submitted,

*/s/ Alfred C. Pfeiffer*
Alfred C. Pfeiffer
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Fax: (415) 395-8095
Email: al.pfeiffer@lw.com

*Counsel for Tapestry, Inc.*

*/s/ Jonathan M. Moses*

**Hon. Jennifer L. Rochon**
**May 3, 2024**
**Page 2**

LATHAM & WATKINS LLP

                    Jonathan M. Moses
                    Elaine P. Golin
                    Wachtell, Lipton, Rosen & Katz
                    51 West 52nd Street
                    New York, NY 10019
                    Phone: (212) 403-1000
                    Fax: (212) 403-2000
                    Email: jmmoses@wlrk.com
                            epgolin@wlrk.com

                    *Counsel for Capri Holdings Limited*

                    */s/ Abby L. Dennis*
                    Abby L. Dennis
                    Federal Trade Commission
                    600 Pennsylvania Avenue, N.W.
                    Washington, D.C. 20580
                    Phone: (202) 326-2381
                    Email: adennis@ftc.gov

                    *Counsel for the Federal Trade Commission*

Cc:  All Counsel of Record (via ECF)