# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

               Plaintiff,

    v.

TAPESTRY, INC.,

and

CAPRI HOLDINGS LIMITED,

               Defendants.

Civil Action No. 1:24-cv-03109

## <u>STIPULATION AND [PROPOSED] ORDER</u>

WHEREAS, on April 22, 2024, Plaintiff Federal Trade Commission ("FTC") filed a Complaint (ECF No. 1) in the above-captioned action;

WHEREAS, Defendants will file, on May 3, 2024, a Motion For a More Definite Statement Or, In the Alternative, To Require Plaintiff To Answer One Contention Interrogatory ("Motion");

WHEREAS, the Parties have conferred and agreed to an expedited briefing schedule regarding the Motion;

WHEREAS, the Parties have conferred and agreed to the page limits in the Court's Individual Rules of Practice in Civil Cases, Rule 3.C;

IT IS HEREBY STIPULATED by and between the undersigned counsel on behalf of the Parties, subject to the approval of the Court, that the Parties will adopt the following schedule for the Motion:

1.     The FTC shall file any opposition to the Motion on or before May 8, 2024.

2.     Defendants shall file any reply in support of the Motion on or before May 10, 2024.

Dated:          May 3, 2024
                Washington, D.C.


STIPULATED AND AGREED:

_/s/ Abby L. Dennis_____          May 3, 2024_____
Counsel for Federal Trade Commission          Date


_/s/ Alfred C. Pfeiffer_____          May 3, 2024_____
Counsel for Tapestry, Inc.                    Date


_/s/ Jonathan M. Moses_____          May 3, 2024_____
Counsel for Capri Holdings Limited            Date


SO ORDERED:

Dated: May _____, 2024

                                              _____
                                              UNITED STATES DISTRICT JUDGE

2