IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

       Plaintiff,

v.

TAPESTRY, INC.

and

CAPRI HOLDINGS LIMITED

       Defendants.

Case No. _____

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Peggy Bayer Femenella, hereby state:

1. I am admitted to practice before the courts of the State of Virginia and the District of Columbia and am an attorney for the Federal Trade Commission, Plaintiff in this proceeding. Copies of the Certificates of Good Standing are attached hereto.

2. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, or disbarred or denied readmission by any court.

5. I have prepared this affidavit pursuant to Local Rule 1.3.

Dated: April 4, 2024

Respectfully submitted,

*/s/ Peggy Bayer Femenella*
Peggy Bayer Femenella

District of Columbia
Subscribed and sworn to before me, in my presence,
this 4th day of April, 2024

*/s/ Jessica S Drake*
Notary Public, D.C.
My commission expires 1/31/25





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Peggy Diane Bayer Femenella

was duly qualified and admitted on June 4, 2001 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 07, 2024.*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Peggy Bayer Femenella

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2000.

I further certify that so far as the records of this office are concerned, Peggy Bayer Femenella is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 1st day of May
A.D. 2024

By: _____

*Deputy Clerk*