May 9, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007-1312

    Re:    ***Federal Trade Commission v. Tapestry, Inc.*, No. 1:24 cv 03109:  Joint Letter Regarding Parties' Appearances**

Dear Judge Rochon,

    Pursuant to Rule 2(B) of the Court's Individual Rules of Practice in Civil Cases, the parties write to provide the Court with a list of the names, telephone numbers, and email addresses of counsel who will speak at the oral argument scheduled for Monday, May 13, 2024, at 3:00pm ET.

**For Plaintiff Federal Trade Commission**

    Abby L. Dennis
    Federal Trade Commission
    Phone: (202) 326-2381
    Email: adennis@ftc.gov

    Danielle C. Quinn
    Federal Trade Commission
    Phone: (202) 758-7624
    Email: dquinn@ftc.gov

**For Defendant Tapestry, Inc.**

    Al Pfeiffer, Jr.
    Latham & Watkins LLP
    Phone: (415) 391-0600
    Email: al.pfeiffer@lw.com

    Amanda P. Reeves
    Latham & Watkins LLP
    Phone: (202) 637-2183
    Email: amanda.reeves@lw.com

Hon. Jennifer L. Rochon
May 9, 2024
Page 2

**For Defendant Capri Holdings Limited**

    Jonathan M. Moses
    Wachtell, Lipton, Rosen & Katz
    Phone: (212) 403-1388
    Email: jmmoses@wlrk.com

    Elaine P. Golin
    Wachtell, Lipton, Rosen & Katz
    Phone: (212) 403-1118
    Email: epgolin@wlrk.com

    Respectfully submitted,

    <u>S/ Abby L. Dennis</u>
    Abby L. Dennis
    Federal Trade Commission
    600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20580
    Phone: (202) 326-2381
    Email: adennis@ftc.gov

    *Counsel for the Federal Trade Commission*

    <u>S/ Alfred C. Pfeiffer, Jr.</u>
    Alfred C. Pfeiffer, Jr.
    Latham & Watkins LLP
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Phone: (415) 391-0600
    Fax: (415) 395-8095
    Email: al.pfeiffer@lw.com

    Amanda P. Reeves
    Latham & Watkins LLP
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    Phone: (202) 637-2183
    Fax: (202) 637-2201
    Email: amanda.reeves@lw.com

    *Counsel for Tapestry, Inc.*

Hon. Jennifer L. Rochon
May 9, 2024
Page 3

*S/ Jonathan M. Moses*
Jonathan M. Moses
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1388
Fax: (212) 403-2388
Email: jmmoses@wlrk.com

*S/ Elaine P. Golin*
Elaine P. Golin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1118
Fax: (212) 403-2118
Email: epgolin@wlrk.com

*Counsel for Capri Holdings Limited*

Cc: All Counsel of Record (via ECF)