# EXHIBIT 4



# The party is dying down for luxury retail: Fmr. LVMH chair



**Julie Hyman and Jared Blikre**
Tue, Apr 23, 2024

In This Article:
TPR -0.93%   CPRI -0.37%

Federal Trade Commission (FTC) regulators seek to block luxury fashion brand Tapestry's (TPR) acquisition of Capri Holdings (CPRI) initially announced in August 2023. Former Chairman of LVMH North America Pauline Brown sits down with Market Domination Anchors Julie Hyman and Jared Blikre to weigh in on the headline — stating she was "surprised" by the FTC's intervention — and where fashion retailers are finding the most demand in international markets.

"Most of these brands right now are just trying to survive. Fashion at the luxury end in particular is a very unforgiving business and there are not too many I can think of where 100% of the product line turns over every few months and economies of scale do play in in a way that can be very, very hard for these upstarts," Brown says about broader luxury retail trends.

"I think the advantage that many of them that you're referencing may have is that they can get to the customer directly. They don't have to go through wholesale accounts which could be prohibitively expensive. They don't have to open their own store the way they did in decades past. So there's more access to the market but there's also a lot more noise in the market..."

For more expert insight and the latest market action, click here to watch this full episode of Market Domination.

This post was written by Luke Carberry Mogan.

View Comments (1)