UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                *Plaintiff,*<br><br>                v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>                *Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marc R. Lewis, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Tapestry, Inc. in the above-captioned action.

I am a member in good standing of the bar of California and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: May 16, 2024
       San Francisco, CA

Respectfully Submitted,

**LEWIS LLEWELLYN LLP**

*/s/ Marc R. Lewis*
Marc R. Lewis
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 800-0590
Fax: (415) 390-2127
Email: mlewis@lewisllewellyn.com

*Attorneys for Defendant Tapestry, Inc.*