AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-03109-JLR |
| Tapestry, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capri Holdings Limited                                                                                      .

Date:      05/22/2024

/s/ Martin J. Sicilian
*Attorney's signature*

Martin J. Sicilian 6061568
*Printed name and bar number*

Wachtell, Lipton, Rosen & Katz
51 West 52nd St
New York, NY 10019

*Address*

mjsicilian@wlrk.com
*E-mail address*

(212) 403-1068
*Telephone number*

(212) 403-2068
*FAX number*