IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>TAPESTRY, INC.<br><br>and<br><br>CAPRI HOLDINGS LIMITED<br><br>                      Defendants. | Case No. 1:24-cv-03109-JLR<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Edmund Saw for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia and that his contact information is as follows:

    Edmund Saw
    Federal Trade Commission
    600 Pennsylvania Avenue, NW
    Washington, DC 20580
    Tel: 202-326-2174
    Email: esaw@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                              _____
                                                         United States District Judge