IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TAPESTRY, INC.<br><br>and<br><br>CAPRI HOLDINGS LIMITED<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-03109-JLR<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

The motion of Edmund Saw for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia and that his contact information is as follows:

Edmund Saw
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-2174
Email: esaw@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 24, 2024
　　　　New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**