AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03109-JLR |
| Tapestry, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capri Holdings Limited.

Date: 05/29/2024

/s/ Jordan Cohen-Kaplan
*Attorney's signature*

Jordan Cohen-Kaplan 6082671
*Printed name and bar number*

Wachtell, Lipton, Rosen & Katz
51 West 52nd St
New York, NY 10019
*Address*

jckaplan@wlrk.com
*E-mail address*

(212) 403-1637
*Telephone number*

(212) 403-2000
*FAX number*