**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> *Plaintiff,* <br><br> *v.* <br><br> TAPESTRY, INC. and CAPRI HOLDINGS LIMITED, <br><br> *Defendants.* | Case No. 1:24-cv-03109-JLR-BCM <br><br> **DECLARATION OF MARC R. LEWIS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Marc R. Lewis declare as follows:

1.     I am a partner of the law firm of Lewis Llewellyn LLP, and I am counsel for Defendant Tapestry, Inc.

2.     I respectfully submit this declaration in support of my Motion to Admit Counsel *pro hac vice*.

3.     I am a member in good standing of the bar of California and was admitted on December 1, 2004.

4.     I attach a certificate of good standing from California, which was issued within thirty days of this filing, as **Exhibit A** to my motion for admission *pro hac vice*.

5.     I have never been convicted of a felony or been the subject of any criminal conviction.

6.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.    I have never been the subject of a disciplinary sanction and there are no disciplinary

proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel

*pro hac vice* in this one case on behalf of Defendant Tapestry, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2024

_____
Marc R. Lewis

2

# CALIFORNIA JURAT CERTIFICATE

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _CONTRA COSTA_

Subscribed and sworn to (or affirmed) before me on this _24th_ day of _MAY_ 20_24_,

by _MARC R. LEWIS_ ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

THOMAS F. NOON JR
COMM. #2435068
Notary Public · California
Contra Costa County
My Comm. Expires Feb. 13, 2027

Signature _____

Thomas F. Noon, Jr. – Notary Public

## OPTIONAL INFORMATION

The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.

Document Title: _Declaration of Marc R. Lewis in support of Motion to admit counsel Pro Hac Vice_

Document Date: _May 24, 2024_ Total Pages including this page: _3_

Capacity:    ___Individual ___Corporate Officer ___Attorney-In-Fact

_✓_ Partner ___Trustee ___Other