UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                 *Plaintiff,*<br><br>      v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br><br>               *Defendants.* | Case No. 1:24-cv-03109-JLR-BCM<br><br>**DECLARATION OF ZACHARY FLOOD IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Zachary Flood declare as follows:

1. I am an associate of the law firm of Lewis Llewellyn LLP, and I am counsel for Defendant Tapestry, Inc.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *pro hac vice*.

3. I am a member in good standing of the bar of California and was admitted on December 9, 2016.

4. I attach a certificate of good standing from California, which was issued within thirty days of this filing, as **Exhibit A** to my motion for admission *pro hac vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendant Tapestry, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2024

_____
Zachary Flood

RAJIV KUMAR SHARMA
COMM. # 2337303
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. NOV. 13, 2024

Pg 8

May 29, 2024

2

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Alameda_____)

On __5/29/2024_____ before me, __Rajiv Kumar Sharma, Notary Public__
(insert name and title of the officer)

personally appeared __Zachary Flood_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (Seal)

RAJIV KUMAR SHARMA
COMM. # 2337303
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. NOV. 13, 2024