**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 1:24-cv-03109-JLR-BCM |
| *Plaintiff,* | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| TAPESTRY, INC. and CAPRI HOLDINGS LIMITED, | |
| *Defendants.* | |

The motion of Zachary Flood for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

    Applicant's Name: Zachary Flood

    Firm Name: Lewis Llewellyn LLP

    Address: 601 Montgomery Street, Suite 2000

    City/State/Zip: San Francisco, CA 94111

    Telephone/Fax: (415) 800-0590 / (415) 390-2127

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Tapestry, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                            U.S. District Judge Jennifer L. Rochon