June 6, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE:    Federal Trade Commission v. Tapestry, Inc., et al., Case No. 1:24-cv-03109-JLR

Dear Judge Rochon:

      The parties reached an agreement on a [Proposed] Remote Deposition Protocol Order, attached hereto as Exhibit A.  The parties respectfully request that the Court enter this order.

      Respectfully submitted,

*S/ Abby L. Dennis*
Abby L. Dennis
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-2381
Email: adennis@ftc.gov

*S/ Alfred C. Pfeiffer*
Alfred C. Pfeiffer
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Fax: (415) 395-8095
Email: al.pfeiffer@lw.com
Counsel for Tapestry, Inc.

*S/ Jonathan M. Moses*
Jonathan M. Moses
Elaine P. Golin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
Email: jmmoses@wlrk.com

Joint Letter to Hon. Jennifer L. Rochon
June 6, 2024
Page 2

                                                                       epgolin@wlrk.com
                                               Counsel for Capri Holdings Limited

Cc:  All Counsel of Record (via ECF)