UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

Plaintiff,

-against-

TAPESTRY, INC. and CAPRI HOLDINGS
LIMITED,

Defendants.

No. 1:24-cv-03109 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Non-party Cole Haan LLC shall respond to Tapestry, Inc.'s motion to compel (ECF No. 110) with a letter of up to three pages (exclusive of attachments) by July 5, 2024 at 5:00 p.m. The Court will hold a hearing on the motion to compel on July 9, 2024 at 11:00 a.m. The conference will proceed via Microsoft Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Tapestry, Inc. shall provide a copy of this Order to counsel for Cole Haan LLC immediately upon receipt.

Dated: July 2, 2024
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

1