**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. TAPESTRY, INC. and CAPRI HOLDINGS LIMITED, *Defendants*. | Case No. 1:24-cv-03109-JLR-BCM <br><br> <u>NOTICE OF APPEARANCE</u> |

**PLEASE TAKE NOTICE** that the below attorney appears on behalf of third-party subpoena recipient Cole Haan LLC in the captioned proceeding.

Dated: New York, New York
July 5, 2024

Respectfully submitted,

**THOMPSON COBURN LLP**

<u>s/ Stephen J. Grable</u>
Stephen J. Grable
488 Madison Avenue
New York, New York 10022
(212) 478-7213
sgrable@thompsoncoburn.com

*Attorneys for Cole Haan LLC*