July 5, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007-1312

      Re: *Federal Trade Commission v. Tapestry, Inc.*, **No. 1:24 cv 03109: Joint Letter Regarding Parties' Appearances**

Dear Judge Rochon,

      Pursuant to Rule 2(B) of the Court's Individual Rules of Practice in Civil Cases, Movant Defendant Tapestry Inc., Respondent Non-Party Cole Haan LLC, Non-Movant Plaintiff Federal Trade Commission, and Non-Movant Defendant Capri Holdings Limited, provide the Court with a list of the names, telephone numbers, and email addresses of counsel who may speak at the appearance scheduled on Tapestry's Letter Motion To Compel Subpoena *Duces Tecum* Compliance scheduled for Tuesday, July 9, 2024, at 11:00 a.m. ET.

**For Movant Defendant Tapestry Inc.**

    Christopher Brown
    Latham & Watkins LLP
    Phone: (202) 637-2200
    chris.brown@lw.com

    Christopher Yates
    Latham & Watkins LLP
    Phone: (415) 391-0600
    Email: chris.yates@lw.com

**For Respondent Non-Party Cole Haan LLC**

    Stephen J. Grable
    Thompson Coburn LLP
    Phone: (212) 478-7213
    Email: sgrable@thompsoncoburn.com

Hon. Jennifer L. Rochon
July 5, 2024
Page 2

**For Non-Movant Plaintiff Federal Trade Commission**

    Laura Antonini
    Federal Trade Commission
    Phone: (202) 326-2701
    Email: lantonini@ftc.gov

    Nicole Lindquist
    Federal Trade Commission
    Phone: (202) 326-3672
    Email: nlindquist@ftc.gov

**For Non-Movant Defendant Capri Holdings Limited**

    Elaine P. Golin
    Wachtell, Lipton, Rosen & Katz
    Phone: (212) 403-1118
    Email: EPGolin@wlrk.com

    Respectfully submitted,

    *S/ Christopher Brown*
    Christopher Brown (admitted *pro hac vice*)
    Latham & Watkins LLP
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    Phone: (202) 637-2174
    Email: chris.brown@lw.com

    Christopher Yates (admitted *pro hac vice*)
    Latham & Watkins LLP
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Phone: (415) 391-0600
    Email: chris.yates@lw.com

    *Counsel for Movant Tapestry, Inc.*

*S/ Stephen Grable*
Stephen J. Grable[1]
488 Madison Avenue
New York, NY 10022
Thompson Coburn LLP
Phone: (212) 478-7213
Fax: (212) 478-7400
Email: sgrable@thompsoncoburn.com

*Counsel for Respondent Cole Haan LLC*


*S/ Laura Antonini*
Laura Antonini
Nicole Lindquist
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-2701
Email: lantonini@ftc.gov
Phone: (202) 326-3672
Email: nlindquist@ftc.gov

*Counsel for the Federal Trade Commission*


*S/ Elaine Golin*
Elaine P. Golin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1118
Fax: (212) 403-2388
Email: EPGolin@wlrk.com

*Counsel for Capri Holdings Limited*


Cc: All Counsel of Record (via ECF)

---

[1] Tapestry, Inc. uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.