**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

                    Plaintiff,

    v.

TAPESTRY, INC.,

          and

CAPRI HOLDINGS LIMITED,

                 Defendants.

Case No. 1:24-cv-03109-JLR

**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Federal Trade Commission's Motion for a Preliminary Injunction ("Motion"), Defendants' response thereto, Plaintiff's reply, the evidence adduced at the evidentiary hearing in this matter, and all other evidence properly before the Court:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED;

IT IS FURTHER ORDERED that Defendants Tapestry, Inc. and Capri Holdings Limited are PRELIMINARILY ENJOINED pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), from consummating their proposed merger, or otherwise effecting a combination of Defendants' operations, until the completion of the administrative proceedings relating to the proposed merger now pending before the Federal Trade Commission;

IT IS FURTHER ORDERED that Defendants shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, any such transaction, or otherwise effecting any combination between Defendants;

IT IS FURTHER ORDERED that Defendants are directed to maintain the status quo until Either: (1) the completion of all legal proceedings by the Federal Trade Commission relating to the proposed merger, including all appeals, or (2) further order of the Court, including upon the request of the Federal Trade Commission, before completion of such legal proceedings;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purposes described above and for the duration of this Order, or as otherwise ordered by the Court.

IT IS SO ORDERED.


Dated: _____, 2024

_____
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York