**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-03109-JLR |
| TAPESTRY, INC., | **REDACTED VERSION** |
| and | |
| CAPRI HOLDINGS LIMITED, | |
| Defendants. | |

<u>**DECLARATION OF ABBY L. DENNIS IN SUPPORT OF PLAINTIFF FEDERAL**</u>
<u>**TRADE COMMISSION'S MOTION FOR A PRELIMINARY INJUNCTION**</u>

I, Abby L. Dennis, an attorney acting on behalf of the United States government,

declare the following is true and correct under penalty of perjury.

1.  I am an attorney for the Federal Trade Commission (the "Commission" or "FTC"),

    Bureau of Competition, and counsel for Plaintiff FTC in the above-captioned matter.

    I have personal knowledge of the facts set forth in this declaration. I submit this

    declaration in support of the FTC's Motion for Preliminary Injunction.

2.  Attached to this declaration and identified in the index below as **Doc. Nos. 2-74, 217**

    are true and correct copies of documents produced by and designated confidential by

    Defendant Tapestry, Inc. ("Tapestry").

3.  Attached to this declaration and identified in the index below as **Doc. Nos. 1, 75-145**

    are true and correct copies of documents produced by and designated confidential by

    Defendant Capri Holdings Limited ("Capri").

4.  Attached to this declaration and identified in the index below as **Doc. No. 146**

**(PX3120 (**██████████**))** is a true and correct copy of a document produced by

and designated confidential by ███████████.

5.      Attached to this declaration and identified in the index below as **Doc. No. 147**

**(PX3150 (**███████████████████**))** is a true and correct copy of a document

produced by and designated confidential by ██████████.

6.      Attached to this declaration and identified in the index below as **Docs. No. 148-149**

**(PX3163 (**███████████████**); PX3175 (**████████████████████**))**

are true and correct copies of documents produced by and designated confidential by

██████████.

7.      Attached to this declaration and identified in the index below as **Doc. No. 150**

**(PX3201 (**█████████████**))** is a true and correct copy of a document

produced by and designated confidential by █████████████.

8.      Attached to this declaration and identified in the index below as **Doc. No. 151**

**(PX3309 (**██████████**))** is a true and correct copy of a document produced by

and designated confidential by ███████████.

9.      Attached to this declaration and identified in the index below as **Doc. No. 152**

**(PX4000)** is a true and correct copy of the declaration of ██████████ (May 23,

2024) designated confidential by ███████████████████████.

10.     Attached to this declaration and identified in the index below as **Doc. No. 153**

**(PX4002)** is a true and correct copy of the declaration of ██████████ (July 8, 2024)

designated confidential by ██████████.

11.     Attached to this declaration and identified in the index below as **Doc. No. 154**

**(PX5000)** is a true and correct copy of the transcript of the Investigational Hearing of

John Idol as a corporate representative of Capri (Feb. 29, 2024) designated
confidential by Capri.

12.     Attached to this declaration and identified in the index below as **Doc. No. 155
(PX5001)** is a true and correct copy of the transcript of the Investigational Hearing of
John Idol in his personal capacity (Mar. 6, 2024) designated confidential by Capri.

13.     Attached to this declaration and identified in the index below as **Doc. No. 156
(PX5002)** is a true and correct copy of the transcript of the Investigational Hearing of
Joanne Crevoiserat as a corporate representative of Tapestry (Mar. 7, 2024)
designated confidential by Tapestry.

14.     Attached to this declaration and identified in the index below as **Doc. No. 157
(PX5003)** is a true and correct copy of the transcript of the Investigational Hearing of
Todd Kahn as a corporate representative of Coach and Tapestry (Mar. 5, 2024)
designated confidential by Tapestry.

15.     Attached to this declaration and identified in the index below as **Doc. No. 158
(PX5006)** is a true and correct copy of the transcript of the deposition of Todd Kahn
(June 14, 2024) designated confidential by Tapestry.

16.     Attached to this declaration and identified in the index below as **Doc. No. 159
(PX5008)** is a true and correct copy of the transcript of the deposition of Leigh
Levine (June 19, 2024) designated confidential by Tapestry.

17.     Attached to this declaration and identified in the index below as **Doc. No. 160
(PX5009)** is a true and correct copy of the transcript of the deposition of Anne Walsh
(June 20, 2024) designated confidential by Capri.

18.     Attached to this declaration and identified in the index below as **Doc. No. 161**

**(PX5010)** is a true and correct copy of the transcript of the deposition of Ashley Rocha-Rinere (June 21, 2024) designated confidential by Tapestry.

19.    Attached to this declaration and identified in the index below as **Doc. No. 162 (PX5011)** is a true and correct copy of the transcript of the deposition of Michael Kors (June 21, 2024) designated confidential by Capri.

20.    Attached to this declaration and identified in the index below as **Doc. No. 163 (PX5017)** is a true and correct copy of the transcript of the deposition of Andrea Bozeman (July 2, 2024) designated confidential by Capri.

21.    Attached to this declaration and identified in the index below as **Doc. No. 164 (PX5019)** is a true and correct copy of the transcript of the deposition of Joanne Crevoiserat (July 2, 2024) designated confidential by Tapestry.

22.    Attached to this declaration and identified in the index below as **Doc. No. 165 (PX5020)** is a true and correct copy of the transcript of the deposition of Pamela Lifford (July 10, 2024) designated confidential by Tapestry.

23.    Attached to this declaration and identified in the index below as **Doc. No. 166 (PX5021)** is a true and correct copy of the transcript of the deposition of John Idol (July 10, 2024) designated confidential by Capri.

24.    Attached to this declaration and identified in the index below as **Doc. No. 167 (PX5022)** is a true and correct copy of the transcript of the deposition of Cedric Wilmotte (July 10, 2024) designated confidential by Capri.

25.    Attached to this declaration and identified in the index below as **Doc. No. 168 (PX5024)** is a true and correct copy of the transcript of the deposition of Scott Roe (July 11, 2024) designated confidential by Tapestry.

26.    Attached to this declaration and identified in the index below as **Doc. No. 169 (PX5025)** is a true and correct copy of the transcript of the deposition of Rae Tao (July 12, 2024) designated confidential by Tapestry.

27.    Attached to this declaration and identified in the index below as **Doc. No. 170 (PX5026)** is a true and correct copy of the transcript of the deposition of ███ ███████ (July 16, 2024) designated confidential by ████████████████.

28.    Attached to this declaration and identified in the index below as **Doc. No. 171 (PX5027)** is a true and correct copy of the transcript of the deposition of Liz Harris (July 16, 2024) designated confidential by Tapestry.

29.    Attached to this declaration and identified in the index below as **Doc. No. 172 (PX5029)** is a true and correct copy of the transcript of the deposition of ███ ███████ (July 17, 2024) designated confidential by ████████.

30.    Attached to this declaration and identified in the index below as **Doc. No. 173 (PX5032)** is a true and correct copy of the transcript of the deposition of ███ ███████ (July 17, 2024) designated confidential by █████████████████ ████.

31.    Attached to this declaration and identified in the index below as **Doc. No. 174 (PX5033)** is a true and correct copy of the transcript of the deposition of Philippa Newman Chapuis (July 18, 2024) designated confidential by Capri.

32.    Attached to this declaration and identified in the index below as **Doc. No. 175 (PX5034)** is a true and correct copy of the transcript of the deposition of Andrea Resnick (July 19, 2024) designated confidential by Tapestry.

33.    Attached to this declaration and identified in the index below as **Doc. No. 176**

**(PX5035)** is a true and correct copy of the transcript of the deposition of Liz Fraser (July 18 2024) designated confidential by Tapestry.

34.     Attached to this declaration and identified in the index below as **Doc. No. 177 (PX5036)** is a true and correct copy of the transcript of the deposition of Peter Charles (July 18, 2024) designated confidential by Tapestry.

35.     Attached to this declaration and identified in the index below as **Doc. No. 178 (PX5037)** is a true and correct copy of the transcript of the deposition of ███████ ███████ (July 19, 2024) designated confidential by ██████.

36.     Attached to this declaration and identified in the index below as **Doc. No. 179 (PX5038)** is a true and correct copy of the transcript of the deposition of █████ ███████ (July 19, 2024) designated confidential by █████████████ ███████.

37.     Attached to this declaration and identified in the index below as **Doc. No. 180 (PX5040)** is a true and correct copy of the transcript of the deposition of Sloan Tichner (July 22, 2024) designated confidential by Steve Madden, Ltd. The publicly filed version of this exhibit will appear in redacted form, with the redactions designated by Steve Madden, Ltd.

38.     Attached to this declaration and identified in the index below as **Doc. No. 181 (PX5041)** is a true and correct copy of the transcript of the deposition of Tim Ryan (July 22 2024) designated confidential by Tapestry.

39.     Attached to this declaration and identified in the index below as **Doc. No. 182 (PX5044)** is a true and correct copy of the transcript of the deposition of Laura Parsons (July 17, 2024) designated confidential by Capri.

40.    Attached to this declaration and identified in the index below as **Doc. No. 183 (PX5046)** is a true and correct copy of the transcript of the deposition of ▮▮▮▮ ▮▮▮▮ (July 24, 2024) designated confidential by ▮▮▮▮▮▮▮▮.

41.    Attached to this declaration and identified in the index below as **Doc. No. 184 (PX5048)** is a true and correct copy of the transcript of the deposition of Christina Colone (July 25, 2024) designated confidential by Tapestry.

42.    Attached to this declaration and identified in the index below as **Doc. No. 185 (PX5058)** is a true and correct copy of the transcript of the deposition of ▮▮▮▮ ▮▮▮▮ (Aug. 5, 2024) designated confidential by ▮▮▮▮▮.

43.    Attached to this declaration and identified in the index below as **Doc. No. 186 (PX6000)** is a true and correct copy of the Initial Expert Report of Dr. Loren K Smith (July 26, 2024).

44.    Attached to this declaration and identified in the index as **Doc. No. 187 (PX7029)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q1 2023 Tapestry Inc Earnings Call – Final* (Nov. 10, 2022).

45.    Attached to this declaration and identified in the index as **Doc. No. 188 (PX7030)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q1 2024 Tapestry Inc Earnings Call – Final* (Nov. 9, 2023).

46.    Attached to this declaration and identified in the index as **Doc. No. 189 (PX7045)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q3 2023 Tapestry Inc Earnings Call – Final* (May 11, 2023).

47.    Attached to this declaration and identified in the index as **Doc. No. 190 (PX7053)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q4 2022 Tapestry*

*Inc Earnings Call – Final* (Aug. 18, 2022).

48.    Attached to this declaration and identified in the index as **Doc. No. 191 (PX7054)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q4 2023 Tapestry Inc Earnings Call – Final* (Aug. 17, 2023).

49.    Attached to this declaration and identified in the index as **Doc. No. 192 (PX7055)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Tapestry Inc to Acquire Capri Holdings Ltd – Final* (Aug. 10, 2023).

50.    Attached to this declaration and identified in the index as **Doc. No. 193 (PX7060)** is a true and correct copy of a press release titled *Coach, Inc. to Acquire Kate Spade & Company for $18.50 Per Share in Cash*, located at https://tapestry.gcs-web.com/news-releases/news-release-details/coach-inc-acquire-kate-spade-company-1850-share-cash (May 8, 2017).

51.    Attached to this declaration and identified in the index as **Doc. No. 194 (PX7062)** is a true and correct copy of an article from the Wall Street Journal, by Carol Ryan, titled *Luxury Stores Are Bursting With Unsold Stuff*, (Dec. 8, 2023), located at https://www.wsj.com/business/retail/luxury-outlets-sales-F43f3da0.

52.    Attached to this declaration and identified in the index as **Doc. No. 195 (PX7075)** is a true and correct copy of a page from the website www.dior.com titled *FAQ Couture* and located at https://www.dior.com/en_us/fashion/faq-couture#dior-and-you-how-can-i-find-out-more-about-dior (Last visited Feb. 1, 2024).

53.    Attached to this declaration and identified in the index as **Doc. No. 196 (PX7083)** is a true and correct copy of a page from the website us.louisvuitton.com titled *Is there a Louis Vuitton outlet store?* and located at https://us.louisvuitton.com/eng-us/louis-

vuitton-outlet (Last visited Feb. 1, 2024).

54.     Attached to this declaration and identified in the index as **Doc. No. 197 (PX7093)** is a true and correct copy of a page from the website us.louisvuitton.com titled *Where are Louis Vuitton products manufactured?* located at https://en.louisvuitton.com/eng-nl/faq/products/eu-where-are-louis-vuitton-products-manufactured (Last visited Feb. 1, 2024).

55.     Attached to this declaration and identified in the index as **Doc. No. 197 (PX7095)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (May 26, 2021).

56.     Attached to this declaration and identified in the index as **Doc. No. 199 (PX7096)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (June 1, 2022).

57.     Attached to this declaration and identified in the index as **Doc. No. 200 (PX7097)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (May 29, 2019).

58.     Attached to this declaration and identified in the index as **Doc. No. 201 (PX7098)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (May 31, 2023).

59.     Attached to this declaration and identified in the index as **Doc. No. 202 (PX7104)** is a true and correct copy of the Annual Report for Tapestry, Inc., (Form 10-K) (Aug. 18, 2022).

60.     Attached to this declaration and identified in the index as **Doc. No. 203 (PX7105)** is a true and correct copy of the Annual Report for Tapestry, Inc., (Form 10-K) (Aug. 17,

2023).

61.    Attached to this declaration and identified in the index as **Doc. No. 204 (PX7109)** is a true and correct copy of a page from the website www.michaelkors.eu, titled *Shipping and Delivery (Europe),* located at https://www.michaelkors.eu/ie/en/info/shipping-terms.html (Last visited Aug. 5, 2023).

62.    Attached to this declaration and identified in the index as **Doc. No. 205 (PX7123)** is a true and correct copy of a press release titled *Coach, Inc. to Change Its Name to Tapestry, Inc.*, located at https://tapestry.gcs-web.com/news-releases/news-release-details/coach-inc-change-its-name-tapestry-inc (Oct. 11, 2017).

63.    Attached to this declaration and identified in the index as **Doc. No. 206 (PX7138)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q4 2022 Capri Holdings Ltd Earnings Call – Final* (June 1, 2022).

64.    Attached to this declaration and identified in the index as **Doc. No. 207 (PX7139)** is a true and correct copy of an article from Bloomberg, by Jeanette Neuman, titled *Coach Tops Michael Kors In Handbag War – And Must Fix Its Rival*, (Aug. 11, 2023), located at https://news.bloomberglaw.com/mergers-and-acquisitions/coach-tops-michael-kors-in-handbag-war-and-must-fix-its-rival.

65.    Attached to this declaration and identified in the index as **Doc. No. 208 (PX7168)** is a true and correct copy of a page from the website www.michaelkors.com titled *Shipping Terms*, located at https://www.michaelkors.com/info/shipping-terms.html (Last visited Mar. 5, 2024).

66.    Attached to this declaration and identified in the index as **Doc. No. 209 (PX7182)** is a true and correct copy of a page from the website rebeccaminkoff.com, titled *About*

*Rebecca Minkoff*, located at https://www.rebeccaminkoff.come/pages/about (Last visited Mar. 27, 2024).

67.    Attached to this declaration and identified in the index as **Doc. No. 210 (PX7187)** is a true and correct copy of a page from the website simone.co.kr titled *Simone Way*, located at https://www.simone.co.kr/eng/index.php?pCode=way (Last visited Mar. 27, 2024).

68.    Attached to this declaration and identified in the index as **Doc. No. 211 (PX7197)** is a true and correct copy of a page from the website www.loewe.com, titled *Loewe, Our commitment to Craft,* located at https://www.loewe.com/usa/en/craft/craft-commitment.html (Last visited Aug. 5, 2024).

69.    Attached to this declaration and identified in the index as **Doc. No. 212 (PX7234)** is a true and correct copy of an article from WWD titled *Michael Kors Pre-Loved, a New Resale Marketplace, Launches Today* (Aug. 26, 2022).

70.    Attached to this declaration and identified in the index as **Doc. No. 213 (PX7260)** is a true and correct copy of a page from the website www.toryburch.com, titled *Tory Burch, Semi-Annual Sale,* located at https://www.toryburch.com/en-us/announcements/sas-disclaimer/ (Last visited July 3, 2024).

71.    Attached to this declaration and identified in the index as **Doc. No. 214 (PX7275)** is a true and correct copy of a page from the website www.hermes.com titled *Products-Availability FAQ Hermes USA* located at https://www.hermes.com/us/en/faq/products-us/availability/ (Last visited Apr. 9, 2024).

72.    Attached to this declaration and identified in the index as **Doc. No. 215 (PX7284)** is a

true and correct copy of a page from the website www.coach.com, titled *Shipping Details & Fees*, located at https://www.coach.com/support/shipping-details (Last visited June 19, 2024).

73.    Attached to this declaration and identified in the index as **Doc. No. 216 (PX7285)** is a true and correct copy of a page from the website uk.coach.com titled *Shipping Details & Fees (United Kingdom),* located at https://uk.coach.com/support/shipping-details. (Last visited June 19, 2024).

### EXHIBIT INDEX



| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 1 | PX0006 | | Capri |
| 2 | PX0010 | | Tapestry |
| 3 | PX0026 | | Tapestry |
| 4 | PX1032 | | Tapestry |
| 5 | PX1067 | | Tapestry |
| 6 | PX1069 | | Tapestry |
| 7 | PX1074 | | Tapestry |
| 8 | PX1078 | | Tapestry |
| 9 | PX1085 | | Tapestry |
| 10 | PX1088 | | Tapestry |
| 11 | PX1092 | | Tapestry |
| 12 | PX1096 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 13 | PX1105 | | Tapestry |
| 14 | PX1109 | | Tapestry |
| 15 | PX1118 | | Tapestry |
| 16 | PX1121 | | Tapestry |
| 17 | PX1124 | | Tapestry |
| 18 | PX1129 | | Tapestry |
| 19 | PX1133 | | Tapestry |
| 20 | PX1144 | | Tapestry |
| 21 | PX1152 | | Tapestry |
| 22 | PX1157 | | Tapestry |
| 23 | PX1160 | | Tapestry |
| 24 | PX1175 | | Tapestry |
| 25 | PX1186 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 26 | PX1200 | | Tapestry |
| 27 | PX1201 | | Tapestry |
| 28 | PX1216 | | Tapestry |
| 29 | PX1219 | | Tapestry |
| 30 | PX1223 | | Tapestry |
| 31 | PX1224 | | Tapestry |
| 32 | PX1244 | | Tapestry |
| 33 | PX1250 | | Tapestry |
| 34 | PX1255 | | Tapestry |
| 35 | PX1262 | | Tapestry |
| 36 | PX1265 | | Tapestry |
| 37 | PX1278 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 38 | PX1296 | | Tapestry |
| 39 | PX1306 | | Tapestry |
| 40 | PX1310 | | Tapestry |
| 41 | PX1311 | | Tapestry |
| 42 | PX1316 | | Tapestry |
| 43 | PX1327 | | Tapestry |
| 44 | PX1338 | | Tapestry |
| 45 | PX1374 | | Tapestry |
| 46 | PX1379 | | Tapestry |
| 47 | PX1387 | | Tapestry |
| 48 | PX1418 | | Tapestry |
| 49 | PX1427 | | Tapestry |
| 50 | PX1431 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 51 | PX1485 | | Tapestry |
| 52 | PX1503 | | Tapestry |
| 53 | PX1507 | | Tapestry |
| 54 | PX1536 | | Tapestry |
| 55 | PX1635 | | Tapestry |
| 56 | PX1703 | | Tapestry |
| 57 | PX1704 | | Tapestry |
| 58 | PX1706 | | Tapestry |
| 59 | PX1715 | | Tapestry |
| 60 | PX1723 | | Tapestry |
| 61 | PX1726 | | Tapestry |
| 62 | PX1727 | | Tapestry |
| 63 | PX1730 | | Tapestry |
| 64 | PX1731 | | Tapestry |
| 65 | PX1737 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 66 | PX1765 | ███ | Tapestry |
| 67 | PX1767 | ███ | Tapestry |
| 68 | PX1783 | ███ | Tapestry |
| 69 | PX1788 | ███ | Tapestry |
| 70 | PX1812 | ███ | Tapestry |
| 71 | PX1862 | ███ | Tapestry |
| 72 | PX1924 | ███ | Tapestry |
| 73 | PX1939 | ███ | Tapestry |
| 74 | PX1970 | ███ | Tapestry |
| 75 | PX2010 | ███ | Capri |
| 76 | PX2012 | ███ | Capri |
| 77 | PX2014 | ███ | Capri |
| 78 | PX2030 | ███ | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 79 | PX2034 |  | Capri |
| 80 | PX2035 | | Capri |
| 81 | PX2036 | | Capri |
| 82 | PX2040 | | Capri |
| 83 | PX2043 | | Capri |
| 84 | PX2047 | | Capri |
| 85 | PX2050 | | Capri |
| 86 | PX2052 | | Capri |
| 87 | PX2058 | | Capri |
| 88 | PX2061 | | Capri |
| 89 | PX2066 | | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 90 | PX2068 | | Capri |
| 91 | PX2070 | | Capri |
| 92 | PX2072 | | Capri |
| 93 | PX2075 | | Capri |
| 94 | PX2085 | | Capri |
| 95 | PX2091 | | Capri |
| 96 | PX2092 | | Capri |
| 97 | PX2097 | | Capri |
| 98 | PX2098 | | Capri |
| 99 | PX2100 | | Capri |
| 100 | PX2101 | | Capri |
| 101 | PX2103 | | Capri |
| 102 | PX2105 | | Capri |
| 103 | PX2108 | | Capri |



| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 104 | PX2113 | | Capri |
| 105 | PX2117 | | Capri |
| 106 | PX2119 | | Capri |
| 107 | PX2124 | | Capri |
| 108 | PX2128 | | Capri |
| 109 | PX2132 | | Capri |
| 110 | PX2158 | | Capri |
| 111 | PX2159 | | Capri |
| 112 | PX2183 | | Capri |
| 113 | PX2197 | | Capri |
| 114 | PX2213 | | Capri |
| 115 | PX2214 | | Capri |



| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 116 | PX2224 | | Capri |
| 117 | PX2240 | | Capri |
| 118 | PX2242 | | Capri |
| 119 | PX2243 | | Capri |
| 120 | PX2254 | | Capri |
| 121 | PX2257 | | Capri |
| 122 | PX2271 | | Capri |
| 123 | PX2294 | | Capri |
| 124 | PX2299 | | Capri |
| 125 | PX2304 | | Capri |
| 126 | PX2308 | | Capri |
| 127 | PX2310 | | Capri |
| 128 | PX2346 | | Capri |
| 129 | PX2350 | | Capri |
| 130 | PX2379 | | Capri |
| 131 | PX2394 | | Capri |



| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 132 | PX2408 |  | Capri |
| 133 | PX2415 | | Capri |
| 134 | PX2419 | | Capri |
| 135 | PX2423 | | Capri |
| 136 | PX2435 | | Capri |
| 137 | PX2436 | | Capri |
| 138 | PX2439 | | Capri |
| 139 | PX2561 | | Capri |
| 140 | PX2622 | | Capri |
| 141 | PX2674 | | Capri |
| 142 | PX2680 | | Capri |
| 143 | PX2725 | | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 144 | PX2727 | ████████████████████████ | Capri |
| 145 | PX2753 | ████████████████████ | Capri |
| 146 | PX3120 | █████████████████████ | ██████ |
| 147 | PX3150 | █████████████████████ | ███████ |
| 148 | PX3163 | ██████████████████████ | █████ |
| 149 | PX3175 | ██████████████████████ | █████ |
| 150 | PX3201 | ████████████████████ | ███████ |
| 151 | PX3309 | ███████████████████ | ████ |
| 152 | PX4000 | Declaration of ███████ (May 23, 2024) | ████████████ |
| 153 | PX4002 | Declaration of ████████ (Jul. 8, 2024) | ██████ |
| 154 | PX5000 | IH Transcript of John Idol [Corporate] (Feb. 29, 2024) | Capri |
| 155 | PX5001 | IH Transcript of John Idol [Personal] (Mar. 6, 2024) | Capri |
| 156 | PX5002 | IH Transcript of Joanne Crevoiserat [Corporate] (Mar. 7, 2024) | Tapestry |
| 157 | PX5003 | IH Transcript of Todd Kahn [Corporate] (Mar. 5, 2024) | Coach/Tapestry |
| 158 | PX5006 | Deposition Transcript of Todd Kahn (June 14, 2024) | Tapestry |
| 159 | PX5008 | Deposition Transcript of Leigh Levine (June 19, 2024) | Tapestry |
| 160 | PX5009 | Deposition Transcript of Anne Walsh (June 20, 2024) | Capri |
| 161 | PX5010 | Deposition Transcript of Ashley Rocha-Rinere (June 21, 2024) | Tapestry |
| 162 | PX5011 | Deposition Transcript of Michael Kors (June 21, 2024) | Capri |
| 163 | PX5017 | Deposition Transcript of Andrea Bozeman (July 2, 2024) | Capri |
| 164 | PX5019 | Deposition Transcript of Joanne Crevoiserat (July 2, 2024) | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 165 | PX5020 | Deposition Transcript of Pamela Lifford (July 10, 2024) | Tapestry |
| 166 | PX5021 | Deposition Transcript of John Idol (July 10, 2024) | Capri |
| 167 | PX5022 | Deposition Transcript of Cedric Wilmotte (July 10, 2024) | Capri |
| 168 | PX5024 | Deposition Transcript of Scott Roe (Tapestry) (July 11, 2024) | Tapestry |
| 169 | PX5025 | Deposition Transcript of Rae Tao (Tapestry) (July 12, 2024) | Tapestry |
| 170 | PX5026 | Deposition Transcript of ███████ (July 16, 2024) | ███████ |
| 171 | PX5027 | Deposition Transcript of Liz Harris (July 16, 2024) | Tapestry |
| 172 | PX5029 | Deposition Transcript of ███████ (Jul. 17, 2024) | ███████ |
| 173 | PX5032 | Deposition Transcript of ███████ (July 17,2024) | ███████ |
| 174 | PX5033 | Deposition Transcript of Philippa Newman Chapuis (July 18, 2024) | Capri |
| 175 | PX5034 | Deposition Transcript of Andrea Resnick (July 19, 2024) | Tapestry |
| 176 | PX5035 | Deposition Transcript of Liz Fraser (July 18, 2024) | Tapestry |
| 177 | PX5036 | Deposition Transcript of Peter Charles (July 18, 2024) | Tapestry |
| 178 | PX5037 | Deposition Transcript of ███████ (July 19, 2024) | ███ |
| 179 | PX5038 | Deposition Transcript of ███████ (July 19, 2024) | ███ |
| 180 | PX5040 | Deposition Transcript of Sloan Tichner (July 22, 2024) | Steve Madden |
| 181 | PX5041 | Deposition Transcript of Tim Ryan (July 22, 2024) | Tapestry |
| 182 | PX5044 | Deposition Transcript of Laura Parsons (July 17, 2024) | Capri |
| 183 | PX5046 | Deposition Transcript of ███████ (July 24, 2024) | ███ |
| 184 | PX5048 | Deposition Transcript of Christina Colone (July 25, 2024) | Tapestry |
| 185 | PX5058 | Deposition of ███████ (Aug. 5, 2024) | ███████ |
| 186 | PX6000 | Initial Expert Report of Dr. Loren K Smith (Jul. 26, 2024) | Plaintiff |
| 187 | PX7029 | Q1 2023 Tapestry Inc Earnings Call – Final (Nov. 10, 2022) | Publicly Available |
| 188 | PX7030 | Q1 2024 Tapestry Inc Earnings Call – Final (Nov. 9, 2023) | Publicly Available |
| 189 | PX7045 | Q3 2023 Tapestry Inc Earnings Call – Final (May 11, 2023) | Publicly Available |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 190 | PX7053 | Q4 2022 Tapestry Inc Earnings Call – Final (Aug. 18, 2022) | Publicly Available |
| 191 | PX7054 | Q4 2023 Tapestry Inc Earnings Call – Final (Aug. 17, 2023) | Publicly Available |
| 192 | PX7055 | Tapestry Inc to Acquire Capri Holdings Ltd – Final (Aug. 10, 2023) | Publicly Available |
| 193 | PX7060 | Press Release: *Coach, Inc. to Acquire Kate Spade & Company for $18.50 Per Share in Cash* (May 8, 2017) | Publicly Available |
| 194 | PX7062 | Article: Carol Ryan, *Luxury Stores Are Bursting With Unsold Stuff*, Wall Street Journal (Dec. 8, 2023). | Publicly Available |
| 195 | PX7075 | Website: Dior, *FAQ Couture*, https://www.dior.com/en_us/fashion/faq-couture#dior-and-you-how-can-i-find-out-more-about-dior (Last visited Feb. 1, 2024) | Publicly Available |
| 196 | PX7083 | Website: Louis Vuitton, *Is there a Louis Vuitton outlet store?*, https://us.louisvuitton.com/eng-us/louis-vuitton-outlet (Last visited Feb. 1, 2024). | Publicly Available |
| 197 | PX7093 | Website: Louis Vuitton, *Where are Louis Vuitton products manufactured?*, https://en.louisvuitton.com/eng-nl/faq/products/eu-where-are-louis-vuitton-products-manufactured (Last visited Feb. 1, 2024). | Publicly Available |
| 198 | PX7095 | Capri 2021 10-K | Publicly Available |
| 199 | PX7096 | Capri 2022 10-K | Publicly Available |
| 200 | PX7097 | Capri 2019 10-K | Publicly Available |
| 201 | PX7098 | Capri 2023 10-K | Publicly Available |
| 202 | PX7104 | Tapestry 2022 10-K | Publicly Available |
| 203 | PX7105 | Tapestry 2023 10-K | Publicly Available |
| 204 | PX7109 | Website: Michael Kors, *Shipping and Delivery (Europe)*, located at https://www.michaelkors.eu/ie/en/info/shipping-terms.html (Last visited Aug. 5, 2023). | Publicly Available |
| 205 | PX7123 | Press Release: *Coach, Inc. to Change Its Name to Tapestry, Inc.* (Oct. 11, 2017). | Publicly Available |
| 206 | PX7138 | Earnings Call Transcript: *Q4 2022 Capri Holdings Ltd Earnings Call – Final* (June 1, 2022). | Publicly Available |
| 207 | PX7139 | Article: Jeanette Neuman, Bloomberg, *Coach Tops Michael Kors In Handbag War – And Must Fix Its Rival*, (Aug. 11, 2023) | Publicly Available |
| 208 | PX7168 | Website: Michael Kors, *Shipping Terms*, https://www.michaelkors.com/info/shipping-terms.html (Last visited Mar. 5, 2024). | Publicly Available |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 209 | PX7182 | Website: Rebecca Minkoff, *About Rebecca Minkoff*, https://www.rebeccaminkoff.come/pages/about (Last visited Mar. 27, 2024). | Publicly Available |
| 210 | PX7187 | Website: Simone, *Simone Way*, https://www.simone.co.kr/eng/index.php?pCode=way (Last visited Mar. 27, 2024). | Publicly Available |
| 211 | PX7197 | Website: Loewe, *Loewe, Our commitment to Craft*, https://www.loewe.com/usa/en/craft/craft-commitment.html (Last visited Aug. 5, 2024). | Publicly Available |
| 212 | PX7234 | Article: WWD, *Michael Kors Pre-Loved, a New Resale Marketplace, Launches Today* (Aug. 26, 2022). | Publicly Available |
| 213 | PX7260 | Website: Tory Burch, *Tory Burch, Semi-Annual Sale*, https://www.toryburch.com/en-us/announcements/sas-disclaimer/ (Last visited July 3, 2024). | Publicly Available |
| 214 | PX7275 | Website: Hermes, *Products-Availability FAQ Hermes USA,* https://www.hermes.com/us/en/faq/products-us/availability/ (Last visited Apr. 9, 2024). | Publicly Available |
| 215 | PX7284 | Website: Coach, *Shipping Details & Fees*, https://www.coach.com/support/shipping-details (Last visited June 19, 2024). | Publicly Available |
| 216 | PX7285 | Website: Coach UK, *Shipping Details & Fees (United Kingdom)*, https://uk.coach.com/support/shipping-details (Last visited Jun. 19, 2024). | Publicly Available |
| 217 | PX8110 | ███████████████████████ | Tapestry |

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

[Remainder of Page Intentionally Left Blank]

Dated: August 6, 2024                    Respectfully submitted,

                                         *S/ Abby L. Dennis*
                                         Abby L. Dennis
                                         Federal Trade Commission
                                         600 Pennsylvania Avenue, N.W.
                                         Washington, DC 20580
                                         Phone: 202-326-2381
                                         Email: adennis@ftc.gov

                                         *Counsel for Plaintiff Federal Trade Commission*