**EXHIBITS TO PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (FILED UNDER SEAL)**

| | | | | |
|---|---|---|---|---|
| PX0006 | PX1374 | PX2066 | PX2415 | PX5036 |
| PX0010 | PX1379 | PX2068 | PX2419 | PX5037 |
| PX0026 | PX1387 | PX2070 | PX2423 | PX5038 |
| PX1032 | PX1418 | PX2072 | PX2435 | PX5041 |
| PX1067 | PX1427 | PX2075 | PX2436 | PX5044 |
| PX1069 | PX1431 | PX2085 | PX2439 | PX5046 |
| PX1074 | PX1485 | PX2091 | PX2561 | PX5048 |
| PX1078 | PX1503 | PX2092 | PX2622 | PX5058 |
| PX1085 | PX1507 | PX2097 | PX2674 | PX6000 |
| PX1088 | PX1536 | PX2098 | PX2680 | PX8110 |
| PX1092 | PX1635 | PX2100 | PX2725 | |
| PX1096 | PX1703 | PX2101 | PX2727 | |
| PX1105 | PX1704 | PX2103 | PX2753 | |
| PX1109 | PX1706 | PX2105 | PX3120 | |
| PX1118 | PX1715 | PX2108 | PX3150 | |
| PX1121 | PX1723 | PX2113 | PX3163 | |
| PX1124 | PX1726 | PX2117 | PX3175 | |
| PX1129 | PX1727 | PX2119 | PX3201 | |
| PX1133 | PX1730 | PX2124 | PX3309 | |
| PX1144 | PX1731 | PX2128 | PX4000 | |
| PX1152 | PX1737 | PX2132 | PX4002 | |
| PX1157 | PX1765 | PX2158 | PX5000 | |
| PX1160 | PX1767 | PX2159 | PX5001 | |
| PX1175 | PX1783 | PX2183 | PX5002 | |
| PX1186 | PX1788 | PX2197 | PX5003 | |
| PX1200 | PX1812 | PX2213 | PX5006 | |
| PX1201 | PX1862 | PX2214 | PX5008 | |
| PX1216 | PX1924 | PX2224 | PX5009 | |
| PX1219 | PX1939 | PX2240 | PX5010 | |
| PX1223 | PX1970 | PX2242 | PX5011 | |
| PX1224 | PX2010 | PX2243 | PX5017 | |
| PX1244 | PX2012 | PX2254 | PX5019 | |
| PX1250 | PX2014 | PX2257 | PX5020 | |
| PX1255 | PX2030 | PX2271 | PX5021 | |
| PX1262 | PX2034 | PX2294 | PX5022 | |
| PX1265 | PX2035 | PX2299 | PX5024 | |
| PX1278 | PX2036 | PX2304 | PX5025 | |
| PX1296 | PX2040 | PX2308 | PX5026 | |
| PX1306 | PX2043 | PX2310 | PX5027 | |
| PX1310 | PX2047 | PX2346 | PX5029 | |
| PX1311 | PX2050 | PX2350 | PX5032 | |
| PX1316 | PX2052 | PX2379 | PX5033 | |
| PX1327 | PX2058 | PX2394 | PX5034 | |
| PX1338 | PX2061 | PX2408 | PX5035 | |