CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - -x

4      FEDERAL TRADE COMISSION,   :

5          Plaintiff,            :

6        v.                      :   Case No.

7      TAPESTRY, INC., and       :   1:24-cv-03109-JLR

8      CAPRI HOLDINGS LIMITED,   :

9          Defendants.           :

10   - - - - - - - - - - - - - -x

                         Monday, July 22, 2024

11

12                  - - - - -

13                 Confidential

14          Subject to Protective Order

15                  - - - - -

16   Remote Videotaped Deposition of SLOAN TICHNER,

17   called for oral examination by counsel for the

18   Plaintiffs, pursuant to notice, before Christina S.

19   Hotsko, RPR, CRR, CA CSR, of Veritext Legal

20   Solutions, a Notary Public in and for the District

21   of Columbia, beginning at 9:30 a.m., when were

22   present on behalf of the respective parties:

     Job No. CS6786201

PX5040-001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     July 22, 2024

Page 2

```
 1        A P P E A R A N C E S (Via Zoom)
 2   On behalf of Plaintiff:
        PETER COLWELL, ESQUIRE
 3      BLAKE RISENMAY, ESQUIRE
        Federal Trade Comission
 4      600 Pennsylvania Avenue, Northwest
        Washington, D.C. 20580
 5      (202) 326-2222
        pcolwell@ftc.gov
 6
 7   On behalf of Steve Madden and the Witness:
        MARK C. GRUNDVIG, ESQUIRE
 8      JACQUELINE BEVERIDGE, ESQUIRE
        Foley & Lardner, LLP
 9      Washington Harbour
        3000 K Street, Northwest, Suite 600
10      Washington, D.C. 20007
        (202) 672-5300
11      mark.grundvig@foley.com
12
        On behalf of Capri Holdings:
13      CEDRIC LEWIS, ESQUIRE
        Wachtell Lipton Rosen & Katz, LLP
14      51 W 52nd Street, Suite 29
        New York, New York 10019
15      (212) 403-1000
        cmlewis@wlrk.com
16
17
18
19
20
21
22
```

Page 3

```
 1    A P P E A R A N C E S   C O N T I N U E D (Via Zoom)
 2   On behalf of Tapestry, Inc.:
        LAWRENCE E. BUTERMAN, ESQUIRE
 3      Latham & Watkins LLP
        1271 Avenue Of The Americas
 4      New York, New York 10020
        (212) 906-1200
 5      lawrence.buterman@lw.com
 6      KIMON KIMBALL TRIANTAFYLLOU, ESQUIRE
        NIKKI BOURASSA, ESQUIRE
 7      Latham & Watkins LLP
        555 11th Street, Northwest
 8      Washington, D.C. 20004
        (202) 637-2200
 9      kimon.triantafyllou@lw.com
10
        Also Present:
11      Ellen Hebert, Video Technician
        Lisa Keith, Steve Madden General Counsel
12      Beata Safari, Steve Madden Privacy Counsel
        Alexander Aufrichtig, Steve Madden Associate Counsel
13
14
15
16
17
18
19
20
21
22
```

Page 4

```
 1           C O N T E N T S
 2
 3   EXAMINATION BY:                          PAGE
 4      Counsel for Plaintiff            09
 5      Counsel for Tapestry, Inc.       58
 6
 7   FURTHER EXAMINATION BY:                  PAGE
 8      Counsel for Plaintiff            99
 9
10
11   TICHNER DEPOSITION EXHIBITS: *          PAGE
12   Exhibit PX3025  Excel Spreadsheet, Steve Madden  43
                       Wholesale and Retail Sales,
13                     January 2019 through April 2024
14   Exhibit DX707   SEC Form 10-K            60
15   Exhibit DX708   Stella McCartney v. Steve Madden  96
                       Complaint
16
        Exhibit DX709   Valentino v. Steve Madden First  96
17                       Amended Complaint
18   Exhibit DX710   Balenciaga Complaint     97
19
20
21        *  (Exhibits attached to transcript.)
22
```

Page 5

```
 1           P R O C E E D I N G S
 2        VIDEO TECHNICIAN:  Good morning.  We are
 3   going on the record.  The time is 9:30 a.m.
 4   Eastern.  Today's date is July 22nd, 2024.
 5        Please note that this deposition is being
 6   conducted virtually.  Quality of recording depends
 7   on quality of camera and internet connection of
 8   participants.  What is seen on heard on screen is
 9   what will be recorded.
10        Audio and video recording will continue
11   to take place unless all parties agree to go off
12   the record.
13        This is media unit number 1 of the
14   30(b)(6) video-recorded deposition of
15   Steve Madden.  The witness' name is Sloan Tichner.
16        This is taken by counsel for the
17   plaintiff in the matter of Federal Trade
18   Commission v. Tapestry, Inc., and Capri Holdings
19   Limited, filed in the United States District Court
20   for the Southern District of New York, case number
21   1:24-cv-03109-JLR.
22        This deposition is being conducted
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 6

1 remotely using virtual technology.

2       My name is Ellen Hebert representing

3 Veritext. I am the videographer. The court

4 reporter is Christina Hotsko from Veritext.

5       If there are any objections to

6 proceeding, please state them at the time of your

7 appearance.

8       Counsel and all present will now state

9 their appearances and affiliations for the record,

10 beginning with the noticing attorney.

11      MR. COLWELL: Thank you. My name is

12 Peter Colwell. I'm an attorney with the Federal

13 Trade Commission. And I'm joined by my colleague

14 from the FTC, Blake Risenmay.

15      MR. BUTERMAN: Lawrence Buterman from

16 Latham & Watkins, LLP, on behalf of Tapestry, Inc.

17 I have a couple of colleagues who are also on the

18 Zoom, and I'll let them introduce themselves.

19      MR. TRIANTAFYLLOU: Good morning. Kimon

20 Triantafyllou of Latham & Watkins on behalf of

21 Tapestry.

22      MS. BOURASSA: Nikki Bourassa from

Page 7

1 Latham & Watkins on behalf of Tapestry.

2       VIDEO TECHNICIAN: Will all others please

3 identify themselves for the record.

4       MR. GRUNDVIG: This is Mark Grundvig from

5 Foley & Lardner. I am outside counsel for

6 Steve Madden. I am sitting with Sloan Tichner,

7 who is the corporate representative appearing on

8 behalf of Steve Madden for this 30(b)(6)

9 deposition. I have some others with me that will

10 introduce themselves in a moment, but I also want

11 to make clear that Sloan Tichner is appearing

12 today pursuant to the subpoena request, and the

13 information that she provides we are asserting is

14 confidential information and that it should

15 receive all the protections that are appropriate

16 and due pursuant to the protective order in this

17 case.

18      And so to the extent any information she

19 shares here today, and the parties seek to

20 disclose it in further proceedings, we request

21 notice and an opportunity to object to any of that

22 information being made public in any proceeding.

Page 8

1       So again, Sloan, if you want to introduce

2 yourself, and then we'll go through the others

3 that are here present as well.

4       MS. TICHNER: I'm Sloan Tichner,

5 president of handbags for Steve Madden.

6       MS. KEITH: And I'm Lisa Keith. I'm in

7 the room too. I'm the general counsel of Steve

8 Madden.

9       MR. GRUNDVIG: And then we have some

10 others that are joining through their laptops, so

11 if they could introduce themselves, please.

12      MS. BEVERIDGE: I'm Jacqueline Beveridge

13 of Foley & Lardner. I'm outside counsel on behalf

14 of Steve Madden.

15      MR. AUFRICHTIG: Alexander Aufrichtig,

16 associate counsel for Steve Madden.

17      MS. SAFARI: Hi. This is Beata Safari.

18 I'm privacy counsel for Steve Madden.

19      VIDEO TECHNICIAN: Will the court

20 reporter please swear in the witness.

21

22

Page 9

1 Whereupon,

2       SLOAN TICHNER,

3 being first duly sworn or affirmed to testify to

4 the truth, the whole truth, and nothing but the

5 truth, was examined and testified as follows:

6       EXAMINATION BY COUNSEL FOR PLAINTIFF

7 BY MR. COLWELL:

8       Q. Good morning, Ms. Tichner.

9       A. Good morning.

10      Q. Thank you for appearing here today. As I

11 mentioned earlier, my name is Peter Colwell. I'm

12 an attorney with the Federal Trade Commission.

13      Have you ever been deposed or testified

14 before?

15      A. No, I have not.

16      Q. The court reporter is transcribing

17 everything we say today. So for the court

18 reporter's benefit and to keep the record clear,

19 please try to respond to all of my questions

20 verbally instead of using gestures, nods of the

21 head or the like.

22      Does that make sense?

3 (Pages 6 - 9)

PX5040-003

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 10

1    A.  Yes.

2    Q.  Also, please let me know if at any time
3 you cannot hear me or see me.  Also, let me know
4 if you do not understand a question, and I may
5 rephrase it or clarify.

6        From time to time, counsel may object to
7 a question.  Unless your counsel instructs you to
8 not answer a question, you should still please
9 answer the question after the objection.

10       We will take periodic breaks.  But if you
11 need a break at any time, please let me know and I
12 will do my best to accommodate you.

13    A.  Thank you.

14    Q.  This deposition is being conducted
15 remotely, and so we are in different locations.

16       Where are you located today, Ms. Tichner?

17    A.  New York City.

18    Q.  Other than your counsel, is there anyone
19 else in the room with you?

20    A.  No, there is not.

21    Q.  Are you aware of anything that would
22 affect your ability to give full and truthful

Page 11

1 testimony today?

2    A.  No.

3    Q.  I'd like to talk about your current
4 position at Steve Madden, Ms. Tichner.

5       Can you please tell me what your current
6 position is?

7    A.  Yes.  I'm president of handbags.

8    Q.  And how long have you been president of
9 handbags?

10    A.  About 18 years.

11    Q.  Have you held any other positions at
12 Steve Madden?

13    A.  Yes.  I had a position as vice-president
14 of handbags.  And I also worked in product
15 development.

16    Q.  Approximately when were you in those
17 positions?

18    A.  2006 to '7, I believe, I was in product
19 development.  And then I believe vice-presidency
20 through 2008 or 2009.

21    Q.  Have you held any other positions at
22 Steve Madden?

Page 12

1    A.  No, I have not.

2    Q.  Moving back to your current position of
3 president of handbags at Steve Madden, what are
4 your responsibilities in your current position?

5    A.  I manage both the sales and the design
6 part of our branded handbag lines.

7    Q.  Do you have any other responsibilities?

8    A.  Those would be the primary.

9    Q.  What were your responsibilities as
10 vice-president of handbags at Steve Madden?

11    A.  The responsibilities were much of the
12 same, but I had an intermediate report.

13    Q.  Can you explain what you mean by
14 intermediate report?

15    A.  Sure.  Instead of reporting in to the
16 president of the company, I reported in to the
17 president of handbags, who in turn reported in to
18 the president of the company.

19    Q.  What were your responsibilities in your
20 product development role at Steve Madden?

21    A.  I worked primarily on handbags that were
22 designed to match back directly to the bags in our

Page 13

1 retail stores.

2    Q.  Can you explain what you mean by that?

3    A.  The handbags and the shoes are on the
4 same pad in our own retail stores, so we often
5 have handbags that might have characteristics more
6 closely related to the shoes than we would in,
7 let's say, the wholesale piece of the business
8 where they are separate.

9    Q.  Thank you for explaining that for me,
10 Ms. Tichner.

11       Moving back to your current role and
12 responsibilities, do you have any role in pricing
13 of handbags?

14    A.  Yes.  All of the pricing structure, I
15 manage sales and design, so sort of at the end.
16 That's, like, all funnel in together, so the
17 answer would be yes.

18    Q.  Do you have any role in marketing
19 handbags?

20    A.  Small.  Most of our marketing is done
21 corporately.

22    Q.  Do you have any role related to the

4 (Pages 10 - 13)

PX5040-004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 14

1 supply chain or production of handbags?
2    A. The supply chain and the production piece
3 are handled by my counterpart.
4    Q. Who is your counterpart?
5    A. Jeff Goldstein.
6    Q. What is his title?
7    A. VP of global sourcing.
8    Q. For Steve Madden?
9    A. Correct.
10    Q. In your current role, do you have any
11 role or responsibilities related to analyzing
12 competition?
13    A. Yes.
14    Q. Can you please describe what that role
15 is?
16    A. I'm actively responsible for always being
17 conscious of other brands that are selling
18 handbags in the same retailers that I operate in.
19    Q. Before joining Steve Madden, did you have
20 a job that concerned handbags?
21    A. Yes.
22    Q. What job or jobs were those?

Page 15

1    A. I worked as an independent salesperson
2 for a small designer.
3    Q. What designer was that?
4    A. Clara Kasavina.
5    Q. Approximately when did you have that job?
6    A. 2000 through 2005, I believe.
7    Q. And what were your responsibilities
8 there?
9    A. I was an independent sales rep selling to
10 specialty stores across the country.
11    Q. What are specialty stores?
12    A. It would be small independent retailers,
13 as opposed to large chains or large department
14 stores.
15    Q. Could you provide an example?
16    A. Sure. Ritz-Carlton gift shops.
17    Q. Do you understand that you are testifying
18 today, Ms. Tichner, as the corporate designee for
19 Steve Madden in response to a subpoena?
20    A. Yes.
21    Q. Did you speak to anyone other than your
22 counsel about this deposition?

Page 16

1    A. One -- the financial -- my financial
2 partner, who works for the company.
3    Q. What is that person's name?
4    A. Dante Gioia.
5    Q. What is that person's title?
6    A. VP of finance and operations.
7    Q. And why did you speak with Mr. Gioia
8 about this deposition?
9    A. It was in reference to the documents that
10 were included in the deposition [sic], the
11 financial documents, to review the ones that we
12 would be presenting today.
13    Q. Did you discuss anything else with
14 Mr. Gioia?
15    A. No.
16    Q. For about how long did you speak with
17 Mr. Gioia?
18    A. Probably about an hour and a half total.
19    Q. Do you recall specifically which document
20 or documents you discussed with Mr. Gioia?
21    A. Yes. May I look at the list of what you
22 would refer to them as? I want to just make sure

Page 17

1 I'm calling it the correct document. It's the
2 financial sales for wholesale and retail and the
3 production data. I have -- I don't know exactly
4 what the code number is of your -- on the list of
5 documents.
6    Q. Unfortunately, I do not have a list that
7 I can share with you, but --
8    A. Let me see if I can find a reference
9 code.
10    Q. Was it an Excel document?
11    A. Yes. It was an Excel document with a lot
12 of tabs with sales data by division.
13    Q. Thank you, Ms. Tichner.
14       I'd like to talk about Steve Madden's
15 business.
16       Can you provide a brief description of
17 Steve Madden's business?
18    A. Sure. We're a fashion-forward lifestyle
19 brand that markets footwear, accessories, and
20 apparel globally.
21    Q. Does Steve Madden sell handbags in the
22 United States?

5 (Pages 14 - 17)

PX5040-005

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 18

1   A.  Yes, we do.

2   Q.  How long has Steve Madden sold handbags

3 in the United States?

4   A.  I'm not exactly sure of the date that the

5 line launched.

6   Q.  Has it been for the duration of your

7 tenure at the company?

8   A.  Yes.

9   Q.  What is Steve Madden's primary business?

10  A.  A shoe company.

11  Q.  I'd like to discuss Steve Madden's

12 handbag brands with you, Ms. Tichner.

13  A.  Okay.

14  Q.  Does Steve Madden have multiple brands

15 that sell handbags?

16  A.  We do.

17  Q.  What are Steve Madden's brands that sell

18 handbags in the United States?

19  A.  Steve Madden, Betsey Johnson,

20 Love Betsey, Dolce Vita, Anne Klein.

21  Q.  Any others?

22  A.  No.

Page 19

1   Q.  Does Steve Madden own all those brands?

2   A.  We own all of the brands that I

3 mentioned, except for Anne Klein.  We just have

4 the license to distribute handbags under that

5 brand.

6   Q.  How does Steve Madden conduct business

7 for brands for which it has a license, like

8 Anne Klein?

9   A.  Can you repeat the question?

10  Q.  Sure.

11     How does Steve Madden conduct business

12 for brands for which it has a license to sell

13 products such as Anne Klein?

14  A.  The businesses are run the same.  The

15 difference is in the financial recordings and the

16 profit centers.

17  Q.  Can you explain those differences

18 further, please?

19  A.  A license -- we have licensing agreements

20 of where there are fees paid to the parent company

21 that owns the brand.  Those are included in the

22 licensed brand.

Page 20

1   Q.  So a company other than Steve Madden owns

2 Anne Klein?

3   A.  That's correct.

4   Q.  What company owns Anne Klein?

5   A.  I'm just blanking right now.  It will

6 come to me, like, in a minute.

7   Q.  That's okay.

Page 21

7   Q.  Does Steve Madden sell its handbags in

8 different sales channels in the United States?

9   A.  Yes.

10  Q.  What are those sales channels?

11  A.  Department stores, specialty stores, some

12 chains, off-price retailers, as well as our own

13 stores.

14  Q.  So Steve Madden has its own stores in the

15 United States?

16  A.  Yes.

17  Q.  Are those for the Steve Madden brand?

18  A.  Yes.

19  Q.  Did you say that Steve Madden sells

20 handbags through other stores as well?

21  A.  Yes.

22  Q.  Are those wholesale stores?

6 (Pages 18 - 21)

PX5040-006

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 22

1    A.  Yes.  Wholesale accounts.

2        VIDEO TECHNICIAN:  Apologies, Counsel.

3    I'm getting some interference.  It sounds like

4    it's coming from a cell phone.  Hard to say where

5    it's coming from.

6        MR. COLWELL:  If we can go off the record

7    for a moment.

8        VIDEO TECHNICIAN:  Going off the record.

9    The time is 9:58 a.m.

10       (Discussion off the record.)

11       VIDEO TECHNICIAN:  Going back on the

12   record.  The time is 10:00 a.m.

13       THE WITNESS:  May I amend an answer to

14   your previously asked question in regard to the

15   parent company of the Anne Klein brand?

16   BY MR. COLWELL:

17       Q.  Yes, Ms. Tichner.

18       A.  That's -- WHP-Global is the parent

19   company.

20       Q.  So Steve Madden has a license agreement

21   for the Anne Klein brand with that company?

22       A.  Correct.

Page 23



16       Q.  Thank you, Ms. Tichner.

17           And retail includes what?

18       A.  Steve Madden retail stores, as well as

19   our dot-com direct-to-consumer business.

20       Q.  Is there a resale market for Steve Madden

21   handbags?

22       A.  Can you rephrase that question or clarify

Page 24

1    the question, please?

2        Q.  Sure.  Do Steve Madden handbags have

3    resale value?

4        A.  I don't know.  There are certain handbags

5    that may be sold on resale to -- in second-party

6    sources, or handbags that have been gently used

7    can sometimes be found on secondary sites.  But

8    that's the extent of my knowledge.

9        Q.  Does Steve Madden, itself, sell resale

10   handbags?

11       A.  We do not.

12       Q.  Why not?

13       MR. BUTERMAN:  Objection.  Form.

14       THE WITNESS:  We sell new product through

15   our own retail distribution sites and new product

16   to our wholesale partners.

17   BY MR. COLWELL:

18       Q.  You mentioned that you have

19   responsibilities related to pricing for Steve

20   Madden's handbags; is that right?

21       A.  Correct.

22       Q.  What is the price range for Steve Madden

Page 25

1    handbags sold in the United States?

2        MR. BUTERMAN:  Object to form.

3        THE WITNESS:  The bulk of the handbags

4    suggested retails are a hundred -- about a hundred

5    dollars and under.

6    BY MR. COLWELL:

7        Q.  When you say bulk, what do you mean by

8    that?

9        A.  There are styles that might be outliers

10   that would have a suggested retail that is higher

11   than a hundred dollars.

12       Q.  How do you determine the prices for Steve

13   Madden's handbags?

14       MR. BUTERMAN:  Object to form.

15       THE WITNESS:  Well, the consumer sets a

16   lot of this groundwork for us, depending on the --

17   you know in our tier of distribution.  I just work

18   within the frame of the divisions to place the

19   bags, make sure that we're priced competitively.

20   BY MR. COLWELL:

21       Q.  And what do you mean by priced

22   competitively?

7 (Pages 22 - 25)

PX5040-007

Page 26

1    A. If you would -- if we talk about the
2 other brands that sit in our area of distribution,
3 we would be priced equivalent or have like or same
4 suggested retails for similar brands.
5    Q. What is that distribution tier that you
6 just mentioned?
7    A. Can you rephrase the question?
8    Q. Sure. If I heard you correctly,
9 Ms. Tichner, you described a tier of distribution
10 for Steve Madden handbags.
11    I'd like to understand what that is.
12    MR. BUTERMAN: Objection.
13    THE WITNESS: The segment of business has
14 several names. It can be referred to as opening
15 price point, moderate, trend, fashion.
16 BY MR. COLWELL:
17    Q. And Steve Madden's handbags are within
18 that opening price point tier that you just
19 described?
20    MR. BUTERMAN: Objection.
21    THE WITNESS: They're in that segment.
22

Page 27

1 BY MR. COLWELL:
2    Q. Are you familiar with any other tiers for
3 handbags sold in the United States?
4    MR. BUTERMAN: Objection.
5    MR. GRUNDVIG: Objection to form.
6    MR. BUTERMAN: Counsel, please stop
7 trying to put the word "tiers" into the witness'
8 mouth. She hasn't used it once yet.
9    MR. COLWELL: Counsel, I believe the
10 witness has used the word "tier."
11 BY MR. COLWELL:
12    Q. Did I mishear you, Ms. Tichner?
13    A. I don't remember if I used the
14 word "tier" or "segment." I -- I don't remember.
15    Q. Thank you, Ms. Tichner.
16    Based on your knowledge and experience in
17 the industry, Ms. Tichner, are you familiar with
18 any other segments aside from the one you just
19 described?
20    A. Yes.
21    Q. What are those other segments?
22    A. There are a lot. There are -- my

Page 28

1 handbags are about a hundred -- as I said, a
2 hundred dollars and under. There's ranges above
3 and ranges below as well.
4    Q. What are the ranges above?
5    A. Over 150 and up to -- \$1500 and up.
6    Q. What is the \$1500 and up segment?
7    A. Luxury designer.
8    MR. GRUNDVIG: Objection to form.
9 BY MR. COLWELL:
10    Q. What brands are in the luxury designer
11 segment?
12    A. Gucci, LV, Prada.
13    Q. You mentioned another segment, and I
14 believe you said over \$150; is that right?
15    A. I was just referring to price points that
16 would cover bags that were above sort of the
17 highest price point at Steve Madden.
18    Q. Thank you, Ms. Tichner.
19    Are you familiar with any segments
20 between opening price point and designer luxury?
21    A. Yes. There are many: designer, emerging
22 designer, contemporary, advanced contemporary.

Page 29

1    Q. Are you familiar with the brand Coach?
2    A. Yes.
3    Q. In -- in what segment do you consider
4 Coach handbags to be?
5    MR. BUTERMAN: Objection.
6    THE WITNESS: Designer.
7 BY MR. COLWELL:
8    Q. Are you familiar with Kate Spade, the
9 brand?
10    A. Yes.
11    Q. What segment --
12    A. Designer.
13    Q. -- are Kate Spade handbags in?
14    A. Designer.
15    Q. And what segment is Michael Kors?
16    MR. BUTERMAN: Objection.
17    THE WITNESS: Designer.
18 BY MR. COLWELL:
19    Q. Are you familiar with any subcategories
20 or segments to the designer category or segment
21 that you described?
22    MR. BUTERMAN: Object to form.

8 (Pages 26 - 29)

PX5040-008

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 30

1  THE WITNESS:  It could be emerging
2  designer, select designer, designer boutique.
3  Each retailer classifies brands distinctively to
4  that retailer.
5  BY MR. COLWELL:
6  Q.  Based on your knowledge and experience in
7  the handbag industry, are you familiar with the
8  phrase "accessible luxury"?
9  MR. BUTERMAN:  Objection.
10  THE WITNESS:  Yes.
11  BY MR. COLWELL:
12  Q.  What do you understand that phrase to
13  mean?
14  A.  Those would represent brands that the
15  customer would view as designer that are at
16  affordable -- what they view -- what are
17  affordable price points for that segment of
18  customer.
19  Q.  What handbag brands are in that segment?
20  A.  There's a lot.
21  MR. BUTERMAN:  Objection.
22  THE WITNESS:  Michael Kors, Kate Spade,

Page 31

1  Coach, Marc Jacobs, Tory Burch.  There are other
2  ones as well.
3  BY MR. COLWELL:
4  Q.  What are the differences between that
5  segment and the opening price point segment that
6  you described?
7  A.  Two primary differences.  One would be
8  opening price point segment, most of the handbags
9  are constructed of non-leather material; and two,
10  price point.
11  Q.  So do one of those segments use certain
12  kinds of materials?
13  A.  The handbags in the opening price point
14  segment are non- -- for all practical purposes,
15  non-leather materials.
16  Q.  Based on your knowledge and experience,
17  is Louis Vuitton in that accessible luxury
18  segment?
19  MR. BUTERMAN:  Objection.
20  THE WITNESS:  No.
21  BY MR. COLWELL:
22  Q.  Why not?

Page 32

1  A.  I would classify Louis Vuitton as a true
2  luxury designer.
3  Q.  And what makes a true luxury designer
4  different from the other segment?
5  MR. GRUNDVIG:  Objection.  Form.
6  THE WITNESS:  Price points -- opening
7  price points starting in true luxury are higher.
8  BY MR. COLWELL:
9  Q.  How much higher?
10  MR. BUTERMAN:  Objection.
11  THE WITNESS:  I can only give you the
12  range of where I believe the bulk of true luxury
13  handbags begins at, and I believe it is at about
14  $1500 and up.
15  BY MR. COLWELL:
16  Q.  Are there any other brands that you would
17  categorize as true luxury designers?
18  A.  I can repeat.  I don't know if I said
19  them when you asked me before, but Louis Vuitton,
20  Gucci, Prada, Celine.

Page 33

4  Q.  What are stores' private brands?
5  A.  Individual retailers have brands that are
6  their own, intrinsic to that specific retailer.
7  Q.  Does Steve Madden produce any private
8  label products?
9  A.  Yes.
10  Q.  Does Steve Madden produce private label
11  handbags?
12  A.  Yes.
13  Q.  Are Steve Madden's private label handbags
14  different from other handbags that it sells?
15  A.  I don't manage that segment of our
16  business, so I could not answer the question
17  completely accurately for you.
18  Q.  That's fine.  Thank you, Ms. Tichner.
19  Do you have responsibilities,
20  Ms. Tichner, related to sourcing materials for
21  Steve Madden's handbags?
22  A.  The sourcing and the production are

9 (Pages 30 - 33)

PX5040-009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 34

1  handled by my counterpart.

2      Q.  Who is your counterpart?

3      A.  Jeff Goldstein.

4      Q.  Are you familiar with where Steve Madden

5  produces handbags?

6      A.  Yes.

7      Q.  Where is that?

8      A.  About 95 percent is produced in Asia.

██  █████████████████████████

██████████████

██  █████████████████████

13      Q.  Does Steve Madden manufacture handbags

14  itself in those locations?

15      A.  Can you please repeat the question --

16  rephrase the question?

17      Q.  Sure.

18          Does Steve Madden actually manufacture

19  the handbags it sells itself?

20      A.  We are not -- we work with valued

21  partners as factories.  We do not own the

22  factories.

Page 35

1      Q.  What is a factor?

2      A.  Factory.

3      Q.  Pardon me.

4          So external vendors manufacture the

5  products?

6      A.  Yes.

7      Q.  And those vendors are located in the --

8      A.  They're lo- --

9      Q.  -- places you mentioned?

10      A.  Correct.

11      Q.  Are you familiar with where Steve Madden

12  sources materials for its handbags?

13      A.  Yes.

14      Q.  Where is that?

15      A.  Sourcing is primarily in Asia as well.

16          MR. COLWELL:  Now would be a good time to

17  take a break.  Would you like to take a break,

18  Ms. Tichner?

19          THE WITNESS:  Yes.  Thank you.

20          MR. COLWELL:  Okay.  We can go off the

21  record.

22          VIDEO TECHNICIAN:  Thank you.  Going off

Page 36

1  the record.  The time is 10:24 a.m.

2          (A recess was taken.)

3          VIDEO TECHNICIAN:  Going back on the

4  record.  The time is 10:36 a.m.

5  BY MR. COLWELL:

6      Q.  Ms. Tichner, you mentioned that Steve

7  Madden has its handbags manufactured predominantly

8  in Asia.

9      A.  Correct.

██  ████████████████████████████

███████

██  █████████████████████████████████

14      Q.  Thank you, Ms. Tichner.

15          Similarly, for sourcing you mentioned

16  that Steve Madden sources materials from Asia for

17  handbags.

18          What countries specifically, if you know?

19      A.  China.

20      Q.  What materials, specifically, does Steve

21  Madden source from China for its handbags?

22      A.  The base material for bulk of the

Page 37

1  handbags is PU, non-leather-like material.

2      Q.  Is PU polyurethane?

3      A.  Yes.

4      Q.  Why does Steve Madden use PU for its

5  handbags?

6      A.  PU materials have a very leather-like

7  look to them.

8      Q.  How does the cost of PU materials compare

9  to the cost of leather?

10          MR. GRUNDVIG:  Objection.  Form.

11          THE WITNESS:  PU costs less than leather.

12  BY MR. COLWELL:

13      Q.  Does Steve Madden consider the cost of

14  the material in selecting it?

15          MR. BUTERMAN:  Object to form.

16          THE WITNESS:  Yes.

17  BY MR. COLWELL:

18      Q.  I'd like to move to talk about the design

19  of Steve Madden handbags, Ms. Tichner.

20          Do you have responsibilities related to

21  the design of Steve Madden handbags?

22      A.  Yes.

10 (Pages 34 - 37)

PX5040-010

Page 38

1    Q. What are those responsibilities?

2    A. I manage the team of designers that work

3 on the product.

4    Q. How does Steve Madden design its

5 handbags?

6    MR. GRUNDVIG: Objection. Form.

7    THE WITNESS: May -- can you please

8 clarify the question as related to Steve Madden or

9 Steve Madden handbags as a general...

10 BY MR. COLWELL:

11    Q. Does the design process differ by Steve

12 Madden handbag brand?

13    A. Yes.

14    Q. How does it differ?

15    A. Each brand has separate design process

16 unique to its DNA.

17    Q. What do you mean by unique to its DNA?

18    A. May I give an example to clarify this?

19    Q. Please do.

20    A. Steve Madden brand is very trend-driven.

21 So the fastest fashion looks would be something

22 that would be the DNA of Steve Madden.

Page 39

1    You have a brand like Betsey Johnson,

2 which is very fun and whimsical and might have a

3 different DNA.

4    Q. How would you describe the DNA for the

5 Betsey Johnson brand?

6    A. Whimsical, fun. There's also an edgy

7 side of it, but very specific to Betsey Johnson.

8    Q. How would you describe the brand DNA for

9 the licensed brand Anne Klein?

10    A. I would describe that as more

11 traditional. More buttoned-up.

12    Q. I'd like to talk about how each of Steve

13 Madden's handbag brands design handbags, the

14 process.

15    Starting with the Steve Madden brand, how

16 does that brand design handbags?

17    A. The process for designing handbags for

18 Steve Madden and the other brands, it's -- the

19 design process is very similar, but we use

20 separate and distinct design teams for each one.

21    Steve Madden would be heavily focused

22 into trending designs.

Page 40

1    Q. What are trending designs?

2    A. Trends that are emerging in the

3 marketplace globally, not -- not always specific

4 to handbags.

5    Q. How does Steve Madden become aware of

6 those trends?

7    A. It's the lifeblood of the company. We're

8 highly focused on trend and fashion, and that

9 comes from a corporate perspective.

10    Q. Aside from trends, what else do the

11 brands consider when designing handbags?

12    A. Silhouette, colors, different things

13 happening in the marketplace. Even social

14 conditions happening in the marketplace.

15    Q. Do Steve Madden's handbag brands design

16 handbags for any specific types of customers?

17    MR. BUTERMAN: Object to form.

18    THE WITNESS: We like to design handbags

19 to cover a broad base of customer.

20 BY MR. COLWELL:

21    Q. Does that differ in any way by Steve

22 Madden handbag brand?

Page 41

1    A. Other brands may be a bit more specific

2 to the brand, such as Betsey Johnson, which is

3 heavily print-driven and specific in that sense.

4    Q. Is that brand specific in any other

5 senses?

6    A. Not -- no.

7    Q. What about the other handbag brands?

8    A. Each one of them has specificity in its

9 DNA but also markets within their DNA to a broad

10 base of customers.

11    Q. Can you explain the differences between

12 Steve Madden's handbag brands as it relates to

13 that specificity that you just described?

14    MR. BUTERMAN: Objection. Form.

15    MR. GRUNDVIG: Objection.

16    THE WITNESS: Can you clarify if you mean

17 between each of the brands? Is that what you're

18 asking? Do you want me --

19 BY MR. COLWELL:

20    Q. Yes.

21    A. Steve Madden -- all of the brands, when I

22 see the product and we see the product in end use,

11 (Pages 38 - 41)

PX5040-011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 42

1 meaning we see actual consumers with it, we can

2 see a broad-based customer. Maybe that would help

3 explain it.

4    Q. Does that customer differ by brand?

5    A. There are always similarities and always

6 differences from brand to brand. And brand to

7 brand from store to store.

8    Q. Focusing on Steve Madden's handbag

9 brands, can you describe the differences for each

10 of the handbag brands?

11    MR. BUTERMAN: Objection.

12    MR. GRUNDVIG: Objection. Form.

13    THE WITNESS: We would use something like

14 age as a difference between our handbag customer.

15 The end use of the same product in two different

16 settings would be a range of customers.

17    That's two good examples.

18    MR. COLWELL: I'd like to show you a

19 document, Ms. Tichner. I'm introducing it via

20 Exhibit Share.

21    Are you logged into Exhibit Share?

22    THE WITNESS: I'm not sure.

Page 43

1    MR. GRUNDVIG: Why don't you show it, and

2 we may need to pull it up on a laptop here.

3    (Tichner Deposition Exhibit PX3025 marked

4    for identification and attached to the

5    transcript.)

6    MR. COLWELL: The exhibit is marked

7 PX3025. It was produced as MDDN-TAP000075. And

8 it appears to be an Excel spreadsheet that

9 contains certain data for wholesale and retail

10 sales from Steve Madden from the period of

11 January 2019 through April 2024.

12    MR. GRUNDVIG: Peter, we need to pull

13 that up. We're not getting it through the

14 connection we have.

15    MR. COLWELL: It should be located in the

16 marked exhibit folder in Exhibit Share.

17    MR. GRUNDVIG: We need to pull up Exhibit

18 Share. Hold on one sec.

19    MR. COLWELL: Okay.

20    (Discussion off the record.)

21    THE WITNESS: I think we're set.

22

Page 44

1 BY MR. COLWELL:

2    Q. Can you see the document, Ms. Tichner?

3    A. Yes.

4    Q. This is a native file, Excel file, that

5 we've marked as PX3025.

6    Do you recognize this document,

7 Ms. Tichner?

8    A. Yes.

9    Q. And is this document, PX3025, an Excel

10 spreadsheet from Steve Madden containing certain

11 sales data?

12    A. Can you repeat the number again, please,

13 of -- the document number?

14    Q. Sure.

15    I've marked it in preparation for this

16 deposition as PX3025. Steve Madden produced it as

17 MDDN-TAP000075.

18    A. Yes.

19    Q. Is this the document that you reviewed

20 with your colleague, Mr. Gioia?

21    A. Yes.

22    Q. If you click on the tab marked

Page 45

1 WL US Bags-2023.

2    Do you see that?

3    A. Can you just repeat the tab again,

4 please?

5    Q. WL US Bags-2023.

6    A. Let me get there. I'm just going to make

7 the screen larger.

8    THE WITNESS: Maybe that's okay.

9    (Discussion off the record.)

10    THE WITNESS: Hold, please.

11    VIDEO TECHNICIAN: Counsel, would you

12 like to go off the record?

13    MS. KEITH: Maybe for a minute, just so

14 we can figure out whose screen she should look at

15 to best see it.

16    MR. COLWELL: Yes. Thank you. That

17 would be helpful, just to make sure she has it.

18    VIDEO TECHNICIAN: Going off the record.

19 The time is 10:57 a.m.

20    (Discussion off the record.)

21    VIDEO TECHNICIAN: Going back on the

22 record. The time is 10:59 a.m.

12 (Pages 42 - 45)

PX5040-012

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 46

1 BY MR. COLWELL:
2    Q. Ms. Tichner, are you able to see the
3 spreadsheet that I've marked as PX3025?
4    A. Yes.
5    Q. Were you able to go to the tab
6 WL US Bags-2023?
7    A. Yes.
8    Q. What do you understand the data in this
9 tab to be for?
10    A. These are U.S. wholesale sales for the
11 year of 2023.
12    Q. Does WL refer to wholesale in this
13 spreadsheet?
14    A. Yes.
15    Q. One of the columns in this tab is titled,
16 "Original Price."
17    Do you see that?
18    A. Yes.
19    Q. What does original price refer to in this
20 spreadsheet?
21    A. The price that the item was sold to the
22 customer at.

Page 47

1    Q. Does this sheet show any discounting to
2 prices?
3    A. The only way that I would know if the
4 original price here shows a discount is if I had
5 all -- the wholesale list that documents every
6 single SKU that's listed.
7    Q. What costs of sale are included on the
8 wholesale sheets in this Excel file?
9    A. Can you please rephrase the question?
10    Q. Sure.
11    There is a column titled, "Cost of Sale"
12 for the tab we're on, WL US Bags-2023.
13    Do you see that?
14    A. Yes.
15    Q. What is cost of sale?
16    A. That refers to the price or the cost that
17 the item technically is in our system at. Sort of
18 our landed cost, if you will.
19    Q. What is landed cost?
20    A. That would refer to the first cost of the
21 item, plus whatever transportation or duty or
22 freight, whatever was added on to the price of th

Page 48

1 item, and then what it actually cost us would be a
2 combination of all of those individual pieces.
3    Q. Can you turn to the -- tab 4, retail --
4 or RT, pardon me. The tab is labeled
5 RT US Bags M3-2023.
6    A. I can't find it here, but --
7    MS. KEITH: Here.
8    THE WITNESS: I have it.
9 BY MR. COLWELL:
10    Q. What do you understand this tab,
11 RT US Bags M3-2023, to represent?
12    A. It records the sale of our own retail
13 stores, together with our direct-to-consumer,
14 meaning our e-commerce site, for Steve Madden.
15 And it also includes Dolce Vita and Betsey Johnson
16 retail or -- and/or direct-to-consumer are
17 captured in that division.
18    Q. Does RT on this spreadsheet reference
19 retail?
20    A. Yes.
21    Q. One of the columns on this spreadsheet is
22 titled, "Cost of Sale."

Page 49

1    Do you see that?
2    A. Just a moment.
3    MS. KEITH: It's a touchscreen, so you
4 can...
5    THE WITNESS: Okay. That would refer to
6 the cost in the system for those divisions.
7 Similar to the cost that's in the wholesale
8 system.
9 BY MR. COLWELL:



16    Q. I'd like to turn to the tab titled
17 RT US Bags ORSI 2019-2024, 04 is in parentheses.
18    Do you see that tab?
19    A. Yes.

13 (Pages 46 - 49)

PX5040-013

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 50



11    Q. Steve Madden uses those systems --

12    A. Correct.

13    Q. -- internally?

14    A. Correct.

15    Q. This tab includes a class category. It's

16 a column, rather --

17    A. Yes.

18    Q. "Class" is the title of that column.

19      Do you see it?

20    A. Yes.

21    Q. What does "class" mean here?

22    A. It's a segment on which to define the

Page 51

1 category of where the bag sits. So day -- I see

2 day, a day bag, a larger size bag, evening. Might

3 be something that was smaller that one would

4 classify as an evening bag.

5    Q. The next column is titled, "Subclass."

6      Do you see that?

7    A. Yes.

8    Q. What does that represent?

9    A. Again, I manage the wholesale, but it is

10 basically a handbag silhouette, taking a category

11 and then breaking it down by silhouette.

12      For instance, you might have a day

13 handbag that could be characterized as an hobo or

14 a tote or a satchel or a mini. So it's a further

15 characterization.

16    Q. Does wholesale uses the same

17 categorizations?

18    A. Similar.

19    Q. How are they different?

20    A. We --

21      MR. GRUNDVIG: Objection. Form.

22      THE WITNESS: We might, instead of

Page 52

1 minibag, we might refer to backpack, small

2 backpack, large, just for analytics.

3 BY MR. COLWELL:

4    Q. Going back to the tab WL US Bags-2023.

5      Do you see that?

6    A. Yes.

7    Q. Is there a column that provides category

8 information, similar to the class and subclass

9 columns that we just reviewed in the retail tab?

10    A. It would be located in either one of two

11 columns, I believe product group or subgroup.

12    Q. What does product group include? The

13 column product group.

14    A. Yup. Those are hierarchy codes we use to

15 assign the specific attributes of the bags so that

16 we can classify them.

17    Q. And what is subgroup in the subgroup

18 column?

19    A. It would be by not only the category but

20 also by color, I believe.

21    Q. For the product at issue?

22    A. Correct.

Page 53

1    Q. I'd like to go to the tab marked

2 M3-production data.

3    A. I have it.

4    Q. What does this tab represent?

5    A. These are the orders -- it's production

6 data to quantify the orders that we place to the

7 factory for the specific styles that we sell by

8 division.

9    Q. Can you explain that process further,

10 placing orders?

11    A. Sure. When we place an order for a

12 product, we place something called a WIP, which is

13 short for work in progress. And it's just sort of

14 the purchase order for those particular items that

15 we buy from the different factories. So we record

16 the actual purchasing of them in separate

17 divisions -- in separate lines, and we do,

18 obviously, the sale for it.

19    Q. Thank you for explaining that for me,

20 Ms. Tichner.

21      There is a column on the same tab,

22 M3-production data, titled, "Supplier name."

14 (Pages 50 - 53)

PX5040-014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 54

1    Do you see that?
2    A. Just a moment. Yes. Those would be the
3 names of the suppliers to where we place the
4 orders.
5    Q. What do these suppliers do for Steve
6 Madden?
7    A. To clarify, supplier would be
8 interchangeable word with factory. So they're the
9 actual factory -- we call them suppliers -- that
10 manufacture the bags.
11    Q. There is another column titled, "Country
12 of origin."
13    Do you see that?
14    A. Yes.
15    Q. What does that column contain?
16    A. That is the country of where each item is
17 made specifically.
18    Q. The next column is titled, "Period," and
19 then, in parentheses, YYYYMM.
20    Do you see that column?
21    A. I do.
22    Q. What information is in this column?

Page 55

1    A. That is the year and the month of the
2 order from the supplier to our company.
3    Q. What happens after you place that order?
4    A. Magic. No. The factory gets the order.
5 Then, based on the calendar, the dates for each
6 item are different, meaning each order is placed
7 to correspond to the shipping period of which we
8 ship the handbags to our customers.
9    So they're on a calendar. They produce
10 and manufacture the bags. And then those bags
11 then are shipped to us so that we can meet the
12 deadlines and the deliveries that are written for
13 each order by brand.
14    Q. There's a column titled, "Landed Cost."
15    Do you see that column?
16    A. I do.
17    Q. What is in that column?
18    A. I just want to make sure I'm seeing it
19 correctly.
20    So that is an extension of, I believe,
21 multiplying a certain amount of units that's in
22 the column before by the landed cost per bag.

Page 56

1    Q. I'd like to move to the next and final
2 tab, which is titled ORSI production data.
3    Do you see that?
4    A. Yes.
5    Q. What information is conveyed in this tab?
6    A. Those would be the orders that the Steve
7 Madden retail stores places directly for bags that
8 will be distributed at retail stores and
9 direct-to-consumer.
10    It also included Betsey Johnson and
11 Dolce Vita before those moved, again, into the M3
12 above it.
13    It refers to the orders for the retail
14 stores that are placed at the factory.
15 ███    ████████████████████████████
16 ██████    ████████████████████████
17 ██    ████
18 ██    ████
19    MR. BUTERMAN: Object to form.
20    THE WITNESS: Oh. Can you please ask the
21 question again?
22

Page 57

1 ████    ████████
2 █    ██████████████
3 ██████    ████████████
4 █    ██████
5 █    ████████████
6 ████    ████████████
7 ██████    ██████████
8 ██████    ████████
9 █    ██████████████
10 ████    ████████████
11    ████████████████████
12 ██████████████████████████
13 ████████████████
14    Q. Thank you, Ms. Tichner. You can put --
15    A. That away?
16    Q. -- PX3025 away.
17    MR. COLWELL: I'd like to take a short
18 break, if we can go off the record.
19    VIDEO TECHNICIAN: Going off the record.
20 The time is 11:22 a.m.
21    (A recess was taken.)
22    VIDEO TECHNICIAN: Going back on the

15 (Pages 54 - 57)

PX5040-015

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 58

1  record. The time is 11:32 a.m.

2      MR. COLWELL:  Ms. Tichner, thanks very

3  much again for your time today. Those are all of

4  the questions for you that I have at the moment,

5  but I'll reserve the remainder of my time to use

6  if necessary.

7      THE WITNESS:  You're welcome. Nice

8  meeting you.

9      MR. COLWELL:  Likewise.

10     EXAMINATION BY COUNSEL FOR TAPESTRY, INC.

11  BY MR. BUTERMAN:

12    Q. Good morning, Ms. Tichner.  As I

13  mentioned earlier, my name is Larry Buterman, and

14  I'm an attorney representing Tapestry, Inc., in

15  connection with these cases.

16      Ms. Tichner, is Steve Madden a public

17  company?

18    A. Yes.

19    Q. As a public company, does Steve Madden

20  make regular filings to the Securities and

21  Exchange Commission?

22      MR. GRUNDVIG:  Objection.  Form.

Page 59

1      MR. COLWELL: Objection.  Leading.

2      THE WITNESS:  I believe -- I can't answer

3  that.  Maybe with earnings reports and things like

4  that.  I'm not familiar with that part.

5  BY MR. BUTERMAN:

6    Q. Have you ever heard of something called a

7  Form 10-K?

8    A. I don't believe so.

9    Q. Okay.  Do you know if, when Steve Madden

10  makes filings to the Securities and Exchange

11  Commission, it attempts to be truthful and

12  accurate?

13      MR. COLWELL:  Objection.

14      MR. GRUNDVIG:  Objection.

15      MR. COLWELL:  Foundation and form.

16      THE WITNESS:  If we made a filing, I know

17  it would be truthful and accurate.

18  BY MR. BUTERMAN:

19    Q. Okay.  I'd like to show you a document.

20      MR. BUTERMAN:  This is in the tab

21  binder -- it's Exhibit 34.  That's for my team to

22  get it into the Exhibit Share.

Page 60

1      And this will be DX -- is it 707, Kimon?

2      MR. TRIANTAFYLLOU:  That's right.

3      THE WITNESS:  Does it have a header on

4  the top?

5      MR. BUTERMAN:  This is -- you'll see it

6  in the Exhibit Share in a moment.

7      At the top it will say United States

8  Securities and Exchange Commission Form 10-K,

9  Steve Madden, Ltd.

10     (Tichner Deposition Exhibit DX707 marked

11      for identification and attached to the

12      transcript.)

13  BY MR. BUTERMAN:

14    Q. You may -- it should be in the Exhibit

15  Share now.  You just would need to refresh.

16    A. I see it.

17    Q. Great.  And you see that it says, United

18  States Securities and Exchange Commission, D.C.

19  20549, Form 10-K.  And then, underneath there,

20  there's a box that's checked that says, Annual

21  report pursuant to Section 13 or 15(d) of the

22  Securities Exchange Act of 1934 for the fiscal

Page 61

1  year ended December 31st, 2023?

2    A. I do not see that yet.

3    Q. Okay.

4    A. If you'd like to read back that sentence

5  quickly, I believe I found what you asked me.

6    Q. Sure.  On the top of the first page of

7  the document, do you see that it says, United

8  States Securities and Exchange Commission,

9  Washington, D.C. 20549, and then there's a box

10  that's marked and next to it says, Annual

11  report pursuant to Section 13 or 15(d) of the

12  Securities Exchange Act of 1934 for the fiscal

13  year ended December 31st, 2023?

14    A. Yes.

15    Q. Okay.  And I'll represent to you that

16  this is Steve Madden's most recent annual report

17  that it filed with the SEC.

18      Can you turn to page 5 of the document?

19  It's the page that starts at the top with the

20  bolded heading "Item 1.  Business."

21      MS. KEITH:  It's page 5 of the document,

22  page 3 of the numbered pages --

16 (Pages 58 - 61)

PX5040-016

Page 62

1      MR. BUTERMAN:  Yes, that's correct.
2  Sorry.  I was going by the PDF pages.
3      MS. KEITH:  I think she was confused.
4      MR. BUTERMAN:  Thank you.
5      THE WITNESS:  Okay.  I found the page
6  that you're looking for.
7  BY MR. BUTERMAN:
8      Q.  Okay.  And can you just read the first
9  two sentences into the record?
10     A.  Would you like me to read the header on
11 the page --
12     Q.  Sure.  That's fine.
13     A.  Safe harbor statement --
14     Q.  Oh, no, no, no, I'm sorry -- not the
15 header on the page.  I'd just like you to read the
16 part under item 1, business.
17     MS. KEITH:  There.
18     THE WITNESS:  I apologize, my pages are
19 not lining up with yours.
20     MS. KEITH:  It's page 5 -- page 3 of the
21 report, so up -- yeah.  Why is it not -- that's 5.
22 It's page 3.  There you go.  Item 1, business.

Page 63

1      Do you need him to zoom?  Can you see?
2  THE WITNESS:  I can read.
3  MS. KEITH:  Okay.
4  THE WITNESS:  Item 1 business.  Shall I
5  begin there?
6  BY MR. BUTERMAN:
7      Q.  Yeah, just the first two sentences.
8      A.  "Steve Madden, Limited, and its
9  subsidiary [sic] design, source, and market
10 fashion-forward branded private label footwear,
11 accessories and apparel.  We distribute our
12 products in the wholesale channel through
13 department stores, mass merchants, off-price
14 retailers, shoe chains, online retailers, national
15 chains, specialty retailers, independent stores,
16 and clubs throughout the United States, Canada,
17 Mexico, and Europe and other international markets
18 through our joint ventures in Israel, South
19 Africa, China, Taiwan, Malaysia, and the Middle
20 East, along with special distribution arrangements
21 in certain European countries, North Africa, South
22 Africa [sic], Central America, Australia, and

Page 64

1  various countries in Asia."
2      Q.  Is that a truthful and accurate
3  statement?
4      A.  Yes.  That is a true and accurate
5  statement.
6      Q.  Okay.  Could you look down a little bit
7  further on the page where it says -- you see it
8  says, "Our segments"?
9      A.  Yes.
10     Q.  And then underneath there's a section
11 entitled, "Wholesale accessories/apparel."
12     Do you see that?
13     A.  Yes.
14     Q.  Could you read that paragraph, please?
15     A.  "Wholesale accessories/apparel.  Our
16 wholesale accessories/apparel segments designs,
17 sources, and markets our brands and sells our
18 products to department stores, mass merchants,
19 off-price retailers, online retailers, specialty
20 retailers, independent stores, and clubs
21 throughout the United States, Canada, Mexico, and
22 Europe, and through our joint ventures and

Page 65

1  international distributor network.  Our wholesale
2  accessories/apparel business primarily consists of
3  handbags, apparel, small leather goods, belts,
4  soft accessories, fashion scarves, wraps, gifting,
5  and other trend accessories.  The wholesale
6  accessories/apparel segment primarily consists of
7  the following brands:  Steve Madden, Anne Klein,
8  Betsey Johnson, Dolce Vita.  This segment also
9  includes our private label handbag and accessories
10 business.  This segment represents 21 percent of
11 total revenue, 2023."
12     Q.  And to the best of your knowledge, are
13 those statements correct and accurate?
14     A.  Yes.
15     Q.  If you look down in the
16 direct-to-consumer section below, do you see
17 there's a paragraph that begins, "In 2023" --
18     A.  Yes, I do.
19     Q.  It's the second -- okay.
20     Can you read the second sentence, the one
21 that begins, "As of December 31st"?
22     A.  "As of December 31st, 2023, we operated

17 (Pages 62 - 65)

PX5040-017

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 66

1 255 brick-and-mortar retail stores, including 181
2 Steve Madden full-price stores, 71 Steve Madden
3 outlet stores, and three Dolce Vita full-price
4 store." Typo.
5        Did you want me to continue --
6    Q. Is that sentence truthful and accurate?
7    A. Yes. That's truthful and accurate.
8    Q. Can you scroll down to the next page?
9 And that's page 4 of the document, page 6 of the
10 PDF, to the part that reads, "Product Design and
11 Development."
12      Do you see that?
13   A. Yes.
14   Q. Could you read that paragraph, please?
15   A. "Product design and development. We have
16 established a reputation for our creative designs,
17 marketing, and trend-right products in affordable
18 price points. Our future success will be --
19 substantially depend on our ability to continue to
20 anticipate and react quickly to changing -- react
21 quickly to changing consumer demands. To meet
22 this objective, we have developed what we believe

Page 67

1 is an unparalleled design team and process. Our
2 design team strives to create designs that are
3 true to our DNA, reflect current or anticipated
4 trends, and can be manufactured in a timely and
5 cost-effective manner. Most new products are
6 tested in select retail stores and on direct
7 operated e-commerce websites. Based on these
8 tests, among other things, management selects
9 products that are then offered for wholesale and
10 direct-to-consumer distribution worldwide. We
11 believe that our design and testing processes,
12 combined with our flexible sourcing model, provide
13 our brands with a significant competitive
14 advantage and allow us to migrate [sic] the risk
15 of incurring costs associated with the production
16 and distribution of less desirable designs."
17   Q. And is that truthful and accurate
18 statement?
19      MR. GRUNDVIG: Objection.
20      MR. COLWELL: Objection. Form.
21      THE WITNESS: That is.
22

Page 68

1 BY MR. BUTERMAN:
2    Q. Where does Steve Madden learn of the
3 current or anticipated trends that its design team
4 strives to create designs that match up with?
5      MR. COLWELL: Objection. Form.
6      MR. GRUNDVIG: Objection. Form.
7      THE WITNESS: The trends or the designs
8 can come from anywhere, from looking at what's
9 trending in the marketplace to traveling to what's
10 happening. As I said, can -- all over. And we
11 have teams dedicated to this.
12 BY MR. BUTERMAN:
13   Q. When you say that trends can include what
14 is trending in the marketplace, what do you mean
15 by that?
16   A. Example: There used to -- backpacks were
17 never considered a category in handbags. When
18 those started to emerge, we would start to see
19 hand -- we would start to see a lot of backpacks.
20 That would be something that we would be
21 considered a trend, and we would make sure we had
22 those -- that trend covered in our brands.

Page 69

1    Q. In determining which products to design,
2 does Steve Madden look to see what types of
3 products are selling well at other competitive
4 brands?
5      MR. COLWELL: Objection. Form.
6 Foundation.
7      THE WITNESS: I can't answer the question
8 that Steve Madden would always know the answer of
9 what is selling at other competitive brands. But
10 we would use whatever information we have in the
11 marketplace to establish items that we wish to
12 market.
13 BY MR. BUTERMAN:
14   Q. Which brands would Steve Madden look to
15 when it is trying to understand current or
16 anticipated trends?
17      MR. GRUNDVIG: Objection. Form.
18      MR. COLWELL: Objection. Form.
19 Foundation.
20      THE WITNESS: We would look at all brands
21 all over the world in all different categories to
22 see what is actually happening.

18 (Pages 66 - 69)

PX5040-018

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      July 22, 2024

Page 70

1  BY MR. BUTERMAN:
2    Q.  When you say all brands all over the
3  world, would that include the brands that you
4  identified earlier today as luxury brands?
5    A.  Yes, that would.
6    Q.  And would that include the brands that
7  you, I believe, referred to earlier as accessible
8  luxury brands?
9    A.  Yes.  It may.
10   Q.  Can you look down a little bit further to
11  the section on the page in the document that's
12  numbered 5 -- it's 7 of your PDF -- entitled,
13  "Distribution"?
14   A.  I see it.
15   Q.  Do you see the last sentence says, "Our
16  top 10 wholesale customers, in no particular
17  order, include Nordstrom, Macy's, Dillard's, DSW,
18  the JTX [sic] Companies, Ross Stores, Burlington
19  Stores, Amazon, Walmart, and Target"?
20   A.  Yes.
21   Q.  Is that a truthful and accurate
22  statement?

Page 71

1       MR. GRUNDVIG:  Objection.
2       MR. COLWELL:  Objection.  Form.
3       THE WITNESS:  Yes.
4  BY MR. BUTERMAN:
5    Q.  The --
6    A.  One --
7    Q.  Yes, please.
8    A.  -- amendment to my answer.  You
9  pronounced one was JTX.  It's actually TJX.
10   Q.  TJX, I'm sorry.
11   A.  Yes.
12   Q.  Thank you for the clarification.
13      Could you look at the next page of the
14  document and the section that's bolded
15  "Competition."
16   A.  I see it.
17   Q.  Can you please read that paragraph?
18   A.  "Competition.  The fashion industry is
19  highly competitive.  We compete with numerous
20  domestic and international footwear, apparel, and
21  accessory companies.  Our competitors may have
22  greater financial and other resources than we do.

Page 72

1  We believe effective marketing, favorable brand
2  image, fashionable styling, high quality, value,
3  and fast manufacturing turnaround are the most
4  important competitive forces.  We intend to
5  continue employ these elements in our business.
6  However, we cannot be certain that we will be able
7  to compete successfully against our current and
8  future competitors or that competitive pressures
9  will not have a material adverse effect on our
10  business, financial conditions, and results of
11  operations."
12   Q.  A truthful and accurate statement?
13      MR. GRUNDVIG:  Objection.  Form.
14      MR. COLWELL:  Objection.  Form.
15      THE WITNESS:  Yes.
16  BY MR. BUTERMAN:
17   Q.  Does Steve Madden believe that the
18  handbag industry is highly competitive?
19      MR. COLWELL:  Objection.  Form.
20      THE WITNESS:  Can you just rephrase --
21  are you -- is the question Steve Madden Companies
22  believe?  Is that the question that you're asking?

Page 73

1  BY MR. BUTERMAN:
2    Q.  Yes.  Does Steve Madden Companies -- do
3  Steve Madden Companies believe -- or strike that.
4       Does the overall Steve Madden Company
5  believe that the handbag industry is highly
6  competitive?
7       MR. COLWELL:  Objection.  Form.
8       THE WITNESS:  Yes.
9  BY MR. BUTERMAN:
10   Q.  Is it true that Steve Madden's handbags
11  compete with numerous domestic and international
12  companies?
13   A.  True.
14   Q.  Do Steve Madden's brands create
15  high-quality handbags?
16   A.  Yes.
17      MR. GRUNDVIG:  Objection.  Form.
18  BY MR. BUTERMAN:
19   Q.  I'm sorry, I couldn't hear your answer,
20  Ms. Tichner.
21   A.  Yes.  We have high-quality handbags in
22  the price points of which we sell our items.

19 (Pages 70 - 73)

PX5040-019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 74

1    Q. Could you please turn to page 10 of the
2 document that's page 12 of your PDF?
3       Are you there?
4    A. Yes.
5    Q. Okay. Do you see the section entitled,
6 "Industry Risks"?
7    A. I do.
8    Q. Could you please read the first bold- --
9 bolded italicized header?
10    A. "The fashion footwear, accessories, and
11 apparel industry is subject to rapid changes in
12 consumer preference. If we do not accurately
13 anticipate fashion trends and promptly respond to
14 consumer demand, we could lose sales, and
15 relationship to customers -- relations with
16 customers could be harmed and our brand loyalty
17 could be diminished."
18    Q. With respect to Steve Madden's handbag
19 brands, is that correct a truthful and accurate
20 statement?
21       MR. GRUNDVIG: Objection.
22       MR. COLWELL: Objection. Form.

Page 75

1       THE WITNESS: Yes.
2 BY MR. BUTERMAN:
3    Q. If you look in the paragraph that follows
4 below, do you see the sentence that says, "If we
5 misjudge"? It's about halfway through.
6    A. Yes, I see the sentence.
7    Q. Could you please read that sentence?
8    A. "If we misjudge the market for our
9 products, we may be faced with significant excess
10 inventory for some products and missed opportunity
11 as to others. In addition, misjudgments in
12 merchandise selection could adversely affect our
13 image with the customers, resulting in lower sales
14 and increased markdown allowances for customers,
15 which could have a material adverse effect on our
16 business, financial conditions, results of
17 operations, and liquidity."
18    Q. Do Steve Madden brands ever have to
19 increase markdown for customers for handbags?
20       MR. COLWELL: Objection. Form.
21       THE WITNESS: Can you qualify what you
22 mean as increase? From what starting point is the

Page 76

1 increase, just so I'm clear?
2 BY MR. BUTERMAN:
3    Q. Sure. Sure.
4       Do Steve Madden brands ever have to
5 increase markdown allowances for customers because
6 they have misjudged whether a particular bag would
7 sell?
8       MR. COLWELL: Objection. Form.
9       MR. GRUNDVIG: Objection.
10       THE WITNESS: Yes.
11 BY MR. BUTERMAN:
12    Q. Could you read the next bolded italicized
13 sentence?
14    A. That begins with "We face"?
15    Q. Yes.
16    A. "We face intense competition from both
17 established companies and newer entrants into the
18 market. Our failure to compete effectively could
19 cause our market share to decline, which could
20 harm our reputation and have a material impact on
21 our financial condition, results of operation, and
22 liquidity."

Page 77

1    Q. Do Steve Madden's handbag brands face
2 intense competition from both established
3 companies and newer entrants into the market?
4       MR. COLWELL: Objection. Form.
5       THE WITNESS: Yes.
6 BY MR. BUTERMAN:
7    Q. Can you please read the next sentence?
8    A. The one that begins --
9    Q. Yes.
10    A. -- "The fashion"?
11       "The fashion footwear, accessories, and
12 apparel industry is highly competitive, and
13 barriers to entry are low. Our competitors
14 include" --
15    Q. That's okay. If you could just stop
16 right there.
17    A. Okay.
18    Q. Within the handbag space -- strike that.
19       Does Steve Madden consider the handbag
20 space to be highly competitive?
21    A. Yes.
22    Q. Does Steve Madden believe that, in the

20 (Pages 74 - 77)

PX5040-020

Page 78

1 handbag space, barriers to entry are low?

2    MR. COLWELL: Objection. Form.

3 Foundation.

4    THE WITNESS: Yes.

5 BY MR. BUTERMAN:

6    Q. Could you read the next sentence? "Our

7 competitors" --

8    A. "Our competitors" --

9    Q. Sorry.

10    A. -- "include specialty companies as well

11 as companies with diversified product lines."

12    Q. In the handbag space, do Steve Madden's

13 competitors include specialty companies, as well

14 as companies with diversified product lines?

15    A. Yes.

16    Q. The next sentence reads, "Market growth

17 in the sale of fashion footwear, accessories, and

18 apparel has encouraged the entry of many new

19 competitors and increased competition from

20 established companies."

21     Do you see that?

22    A. I do.

Page 79

1    Q. In the handbag space, does Steve Madden

2 believe that market growth and sales has

3 encouraged new entry of many new competitors and

4 increased competition from established companies?

5    MR. COLWELL: Objection. Form.

6    THE WITNESS: Yes.

7 BY MR. BUTERMAN:

8    Q. If you look down a couple of sentences it

9 says, "Increased competition could result in

10 pricing pressures, increased marketing

11 expenditures, and loss of market share and could

12 have a material effect -- adverse effect on our

13 business, financial condition, results of

14 operations, and liquidity."

15     Do you see that?

16    A. Yes.

17    Q. Does Steve Madden believe that, in the

18 handbag space, increased competition could result

19 in pricing pressures, increased marketing

20 expenditures, and loss of market share?

21    MR. COLWELL: Objection. Form.

22    THE WITNESS: Yes.

Page 80

1 BY MR. BUTERMAN:

2    Q. Do you see the next sentence that's

3 bolded and italicized?

4    A. That begins with "If we"?

5    Q. Yes. Yes.

6    A. I do see it.

7    Q. Could you read that sentence, please?

8    A. "If we and the retailers that our

9 customers are unable to adapt to recent and

10 anticipated changes in the retail industry, the

11 sale of our products may decline, which could have

12 a material adverse effect on our financial

13 condition, results of operation, and liquidity."

14    Q. And if you look down a couple of

15 sentences, do you see the sentence that begins,

16 "Changing shopping patterns"?

17    A. I see that sentence.

18    Q. Could you read that sentence, please?

19    A. "Changing shopping patterns, including

20 the rapid expansion of online retail shopping and

21 the effect of the COVID-19 pandemic have adversely

22 affected consumer traffic in mall and outlet

Page 81

1 centers, particularly in North America."

2    Q. Does Steve Madden believe that, in the

3 handbag sector, changing shopping patterns,

4 including the rapid expansion of online retail

5 shopping and the effects of COVID -- of the

6 COVID-19 pandemic, have adversely affected

7 customer traffic in malls and outlet centers,

8 particularly in North America?

9    MR. GRUNDVIG: Objection.

10    MR. COLWELL: Objection. Form.

11    THE WITNESS: Yes.

12 BY MR. BUTERMAN:

13    Q. The next sentence says, "We expect

14 competition in the e-commerce market will

15 intensify."

16     Do you see that?

17    A. Just a moment.

18     Yes, I do.

19    Q. Does Steve Madden believe -- excuse me,

20 strike that.

21     Does Steve Madden expect that competition

22 in the e-commerce market will intensify with

21 (Pages 78 - 81)

PX5040-021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 82

1 respect to handbags?
2      MR. GRUNDVIG:  Objection.
3      THE WITNESS:  Yes.
4 BY MR. BUTERMAN:
5    Q.  The next sentence says, "As a greater
6 portion of consumer expenditures with retailers
7 occurs online and through mobile commerce
8 applications, our brick-and-mortar retail
9 customers who fail to successfully integrate their
10 physical retail stores and digital retail may
11 experience financial difficulties, including store
12 closures, bankruptcies, or liquidations."
13      Do you see that?
14    A.  I do.
15    Q.  Does Steve Madden believe that its
16 brick-and-mortar retail customers need to
17 successfully integrate their physical retail
18 stores and digital retail in order to avoid
19 experiencing financial difficulties when it comes
20 to handbag sales?
21      MR. COLWELL:  Objection.  Form.
22      MR. GRUNDVIG:  Objection.  Form.

Page 83

1      THE WITNESS:  Yes.
2 BY MR. BUTERMAN:
3    Q.  At the beginning of the deposition,
4 counsel for the FTC asked you whether you have any
5 role related to analyzing competition.
6      Do you recall him asking you that?
7    A.  Yes.
8    Q.  Your answer was that you are actively
9 responsible for always being conscious of other
10 brands that are selling handbags in the same
11 retailers that you are operating in.
12      Do you recall giving that answer?
13    A.  Yes.

Page 84

5 BY MR. BUTERMAN:
6    Q.  Are those the only brands at Macy's that
7 Steve Madden believes it competes with?
8    A.  Can you qualify if you are referring only
9 to brick-and-mortar or to Macy's business overall?
10    Q.  Is there a different answer with respect
11 to each of those?
12    A.  You -- yes.
13    Q.  Okay.  Could you explain how the answer
14 is different with respect to each of those?
15    A.  You might have additional handbag brands
16 that are direct-to-consumer that may not be on the
17 floor in an adjacency to Steve Madden brands in
18 the doors that we sell in at Macy's.
19    Q.  Okay.  So with respect to Macy's overall
20 business, are there any additional brands that
21 Steve Madden believes it competes with beyond the
22 ones you've already mentioned?

Page 85

1    A.  I think any brand --
2      MR. COLWELL:  Objection.  Form.
3 Foundation.  Pardon me.
4 BY MR. BUTERMAN:
5    Q.  Go ahead.
6    A.  I think any brand that is selling
7 handbags in the same retailer that I am selling
8 handbags in would be viewed as competition.
9    Q.  So do Steve Madden's handbags compete
10 with Michael Kors' handbags at Macy's?
11    A.  We all compete for the same space on the
12 floor and the consumer shopping that floor.
13    Q.  Is that a yes?
14    A.  Yes.
15    Q.  Do Steve Madden's bags compete with
16 Kate Spade's bags at Macy's?
17    A.  Yes.
18    Q.  Do Steve Madden's bags compete with
19 Coach's bags at Macy's?
20    A.  Yes.
21    Q.  Do Steve Madden's bags compete with
22 Michael Kors' bags at Dillard's?

22 (Pages 82 - 85)

PX5040-022

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 86

1    MR. COLWELL: Objection. Foundation.
2    THE WITNESS: Yes.
3 BY MR. BUTERMAN:
4    Q. Do Steve Madden's bags compete with
5 Kate Spade's bags at Dillard's?
6    A. Yes.
7    Q. Do Steve Madden's bags compete with
8 Coach's bags at Dillard's?
9    A. Yes.
10    Q. I, in asking those questions, mentioned
11 Steve Madden's bags.
12    When you were answering those, were you
13 referring just to the Steve Madden brand or to
14 Steve Madden, Dolce Vita, and Betsey Johnson?
15    A. Any of the brands that I sell on the
16 retailers that you mentioned.
17    Q. So just so we're clear, Steve Madden,
18 Betsey Johnson, and Dolce Vita all compete with
19 Michael Kors, Kate Spade, and Coach in handbags;
20 is that correct?
21    MR. COLWELL: Objection. Form.
22    THE WITNESS: All handbag brands are

Page 87

1 competitors. Yes.
2 BY MR. BUTERMAN:
3    Q. And so even though counsel, earlier
4 today, asked you to identify certain brands that
5 you would classify as accessible luxury, the fact
6 that you have identified a brand as being an
7 accessible luxury does not mean that the Steve
8 Madden brands do not compete with that brand --
9 with those brands, correct?
10    MR. GRUNDVIG: Objection. Form.
11    THE WITNESS: Can you just repeat that
12 question --
13 BY MR. BUTERMAN:
14    Q. Sure.
15    A. -- one more time, please? Thank you.
16    Q. Earlier today counsel asked you to
17 identify certain brands that would be categorized
18 as accessible luxury.
19    Do you recall that?
20    A. I do.
21    Q. The fact that a brand was identified
22 earlier today as being -- strike that.

Page 88

1    The brands in the accessible luxury
2 grouping that you identified earlier today, those
3 brands nonetheless compete with the Steve Madden
4 brands, correct?
5    MR. COLWELL: Objection --
6    MR. GRUNDVIG: Objection --
7    MR. COLWELL: -- form.
8    MR. GRUNDVIG: -- form.
9    THE WITNESS: Correct.
10 BY MR. BUTERMAN:
11    Q. When counsel asked you to identify brands
12 that were in the accessible luxury grouping, you
13 said that there were a lot.
14    Do you recall that?
15    MR. COLWELL: Objection. Form.
16    THE WITNESS: Yes.
17 BY MR. BUTERMAN:

Page 89

10    Q. Any others you can think of?
11    A. That's a good list, a good portion of
12 them.
13    MR. BUTERMAN: Why don't we take a break.
14    VIDEO TECHNICIAN: Going off the record.
15 The time is 12:16 p.m.
16    (A recess was taken.)
17    VIDEO TECHNICIAN: Going back on the
18 record. The time is 12:30 p.m.
19 BY MR. BUTERMAN:
20    Q. Ms. Tichner, earlier today counsel asked
21 you questions about which segment of the handbag
22 business you believed the Steve Madden brands fit

23 (Pages 86 - 89)

PX5040-023

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 90

1 into.
2     Do you recall that?
3     A. Yes.
4     Q. And which segment did you identify that
5 the Steve Madden brands belonged to?
6         MR. COLWELL: Objection. Asked and
7 answered.
8         THE WITNESS: I gave -- I said it was
9 entry-level trend, sometimes referred to as
10 moderate -- that's not my favorite title. There
11 are several names for it.
12 BY MR. BUTERMAN:
13     Q. And your testimony is that all of the
14 Steve Madden brands -- Steve Madden, Betsey
15 Johnson, Love Betsey, Dolce Vita, and
16 Anne Klein -- would all fall into those segments;
17 is that correct?
18     A. To make sure -- to correct or
19 quantify [sic], Dolce Vita would fall outside of
20 those brands.
21     Q. And where would Dolce Vita qualify, in
22 your view?

Page 91

1     A. Contemporary brands.
2     Q. Is contemporary different than designer?
3     A. The titles that we're throwing around
4 here are inter-used or are used by different
5 retailers in different places. For example, one
6 department store might refer to a brand as
7 designer, where another department store might
8 refer to that same brand as a contemporary
9 designer.
10    Q. Okay.
11    A. Or contemporary.
12    Q. Okay. So just so we're clear, the fact
13 that a company -- strike that.
14        Just so we're clear, the fact that a
15 handbag brand may be referred to as opening price
16 point, moderate, contemporary, designer, that
17 doesn't say anything about whether it's competing
18 -- strike that.
19        Do these designations have anything to do
20 with whether brands are competing with one
21 another?
22        MR. COLWELL: Objection. Form.

Page 92

1         MR. GRUNDVIG: Objection. Form.
2         THE WITNESS: The titles or the headers
3 or however you like to qualify these brands can
4 vary from retailer to retailer. What is
5 consistent are the brands that each retailer
6 sells. That is where the brands compete.
7 BY MR. BUTERMAN:
8     Q. Okay. So just so we're clear, for
9 example, the brands that you've identified as
10 designer, like Kate Spade and Michael Kors, in
11 Macy's are competing with brands that are also in
12 the opening price point or contemporary, correct?
13        MR. COLWELL: Objection. Form.
14        MR. GRUNDVIG: Objection. Form.
15        THE WITNESS: Correct.
16 BY MR. BUTERMAN:
17    Q. Are you familiar with a -- you're
18 familiar with a company called Stella McCartney?
19    A. Yes.
20    Q. Stella McCartney -- where would you
21 classify Stella McCartney in terms of its
22 products? Would they be in the luxury space?

Page 93

1     A. Yes. I would classify Stella McCartney
2 as a true designer or luxury designer.
3     Q. Are you familiar with a company called
4 Balenciaga?
5     A. I am familiar with that company.
6     Q. Would you consider Balenciaga to be a
7 luxury designer?
8     A. Yes.
9     Q. Are you familiar with a company called
10 Valentino?
11    A. Yes.
12    Q. Would you consider Valentino to be a
13 luxury designer?
14    A. Yes.
15    Q. You are aware that Stella McCartney,
16 Balenciaga, and Valentino, have all claimed in
17 various litigations that they have lost sales to
18 Steve Madden brands, correct?
19        MR. GRUNDVIG: Objection.
20        MR. COLWELL: Objection. Form.
21 Foundation.
22        THE WITNESS: I don't believe that I

24 (Pages 90 - 93)

PX5040-024

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 94

1 prepared to answer that question.

2 BY MR. BUTERMAN:

3    Q. Okay. I'm just asking if you happen to

4 be aware as to whether those luxury brands --

5 Balenciaga, Stella McCartney, and Valentino have

6 claimed that they have lost sales to Steve Madden

7 brands for handbags.

8       MR. COLWELL: Objection. Form. And

9 foundation.

10      THE WITNESS: Can you just repeat the

11 verbiage one more time so I'm --

12 BY MR. BUTERMAN:

13    Q. Sure. Yeah. And just to be clear, so

14 you know, I'm not planning on going into any of

15 the details. This is just the one question that I

16 have on this topic.

17      Are you aware that luxury brands like

18 Stella McCartney, Balenciaga, and Valentino have

19 all claimed that they have lost sales to Steve

20 Madden?

21      MR. COLWELL: Objection. Form and

22 foundation.

Page 95

1       MR. GRUNDVIG: Objection.

2       THE WITNESS: Are you -- just to clarify,

3 is it Steve Madden handbags or Steve Madden, the

4 company?

5 BY MR. BUTERMAN:

6    Q. Steve Madden handbags.

7    A. I'm not a hundred percent if it's

8 specific -- all those three are specific to

9 handbags --

10    Q. Okay.

11    A. -- but I am --

12    Q. Please continue. I'm sorry.

13    A. I'm aware that there have been some

14 documents or cases that have been brought up about

15 those particular brands.

16    Q. Are you aware of any of those brands,

17 whether they have claimed that, with respect to

18 handbags specifically, they have lost sales to

19 Steve Madden brands?

20      MR. COLWELL: Objection. Form.

21      THE WITNESS: I can't answer that

22 completely. I'm not a hundred percent sure if

Page 96

1 that was part of the claim or part of the --

2 whatever the documentation -- whatever you want --

3 you know, whatever the complaint is. I'm not sure

4 what's exactly included in the complaint.

5 BY MR. BUTERMAN:

6    Q. Sure.

7       Okay. I'm sorry, I'm just going to

8 introduce the documents. I'm just doing this to

9 refresh your recollection. I apologize.

10    A. Okay.

11      MR. BUTERMAN: Can we have tab 16 put

12 into the Exhibit Share? And that will be DX708.

13      (Tichner Deposition Exhibit DX708 marked

14      for identification and attached to the

15      transcript.)

16      MR. BUTERMAN: And to save time, can we

17 have tab 17 put into the Exhibit Share? That will

18 be DX709.

19      (Tichner Deposition Exhibit DX709 marked

20      for identification and attached to the

21      transcript.)

22      MR. BUTERMAN: And let's have tab 15 put

Page 97

1 into the Exhibit Share as DX710.

2       (Tichner Deposition Exhibit DX710 marked

3       for identification and attached to the

4       transcript.)

5       MR. GRUNDVIG: Which tab do you want

6 first? Or which document?

7       MR. BUTERMAN: You know what? What I

8 actually would like the witness to do is to take

9 just a quick look at them to --

10      THE WITNESS: Sure.

11      MR. BUTERMAN: -- see if this answers the

12 less than hundred percent sure that the witness

13 was about whether there were certain claims

14 related to handbags.

15      THE WITNESS: I can answer the questions

16 now.

17      MR. BUTERMAN: Okay. Great. Let me just

18 go back to the transcript to make sure I don't

19 forget it. But thank you.

20 BY MR. BUTERMAN:

21    Q. Ms. Tichner, are you aware as to whether

22 Balenciaga, Stella McCartney, and Valentino, which

25 (Pages 94 - 97)

PX5040-025

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 98

1  you have identified as luxury brands, have claimed
2  that they have lost sales in handbags to Steve
3  Madden?
4      MR. COLWELL:  Objection.  Form and
5  foundation.
6      THE WITNESS:  The loss of result in sales
7  due to confusion is listed in this -- is listed in
8  the complaint.
9  BY MR. BUTERMAN:
10     Q.  So just so we're clear, your
11  understanding is that they have claimed that they
12  have lost sales of handbags to Steve Madden; is
13  that correct?
14     A.  To clarify, the claim is that the
15  confusion could lead to loss of sales.
16     Q.  Between those brands and the Steve Madden
17  brands; is that right?
18     A.  That is correct.
19     Q.  Okay.
20     MR. BUTERMAN:  I'll reserve the rest of
21  my time.
22     MR. COLWELL:  Can we go off the record,

Page 99

1  please?
2      MR. BUTERMAN:  Sure.
3      VIDEO TECHNICIAN:  Going off the record.
4  The time is 12:44 p.m.
5      (A recess was taken.)
6      VIDEO TECHNICIAN:  Going back on the
7  record.  The time is 12:51 p.m.
8  FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
9  BY MR. COLWELL:



Page 100

Page 101

17     Q.  Earlier today, Ms. Tichner, you talked
18  about handbags for sale at Macy's.
19     Do you recall that?
20     A.  Yes.
21     Q.  Do you have any role or responsibilities
22  related to how Steve Madden's handbags are placed

26 (Pages 98 - 101)

PX5040-026

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 102

1 in Macy's stores?
2      MR. BUTERMAN: Objection. Form.
3      THE WITNESS: Can you just qualify the
4 word "placed," just so I'm clear on...
5 BY MR. COLWELL:
6    Q. Yes. I'm referring to the brand or
7 product placement in the store. The location
8 within the store, if that makes sense.
9    A. We have some input into the particular
10 doors of Macy's that we are in. But ultimately,
11 the department store makes the decision as to
12 which brands they have in each separate
13 brick-and-mortar.
14    Q. At Macy's brick-and-mortar retail stores,
15 what handbag brands are most frequently placed
16 besides Steve Madden's handbags in the store?
17      MR. BUTERMAN: Objection.
18      MR. GRUNDVIG: Objection. Form.
19      THE WITNESS: Just to clarify, are you
20 asking the other brands that are distributed in
21 the same door count that I'm in or just overall in
22 Macy's?

Page 103

1 BY MR. COLWELL:
2    Q. I'm actually asking about the products'
3 placement within the store next to other brands.
4    A. Can you just please rephrase?
5    Q. Sure.
6    A. Yeah.
7    Q. In Macy's, do Steve Madden's handbags
8 appear beside handbags from other brands within
9 the store?
10    A. Yes.
11    Q. In Macy's still, are Steve Madden's
12 handbags placed close to any other brands in
13 particular, to your knowledge?
14      MR. BUTERMAN: Object to form.
15      THE WITNESS: Yes.
16 BY MR. COLWELL:

Page 104

2 BY MR. COLWELL:
3    Q. Do you know why that's the case that
4 they're placed close to each other?
5      MR. BUTERMAN: Objection. Calls for
6 speculation.
7      MR. GRUNDVIG: Objection.
8      THE WITNESS: They merchandise their
9 floor in different areas designated by different
10 features.
11 BY MR. COLWELL:
12    Q. What sorts of features?
13      MR. BUTERMAN: Objection. Form. Calls
14 for speculation.
15      THE WITNESS: Price point, end use,
16 classification.
17      MR. COLWELL: Ms. Tichner, those are all
18 the questions I have for you today. But I want to
19 thank you again for your time.
20      We can go off the record.
21      MR. BUTERMAN: Actually, you have to at
22 least allow me to say that I have no further

Page 105

1 questions, which is the case --
2      MR. COLWELL: I was going to ask you off
3 the record that --
4      MR. BUTERMAN: That's okay.
5      I don't have any further questions, so
6 we're done. Ms. Tichner, thank you very much for
7 your time.
8      THE WITNESS: Thank you.
9      VIDEO TECHNICIAN: We are off the record
10 at 1:01 p.m. This concludes today's testimony
11 given by Sloan Tichner. The total number of media
12 units used is seven and will be retained by
13 Veritext.
14      (Whereupon at 1:01 p.m., the confidential
15      videotaped deposition of ANISH MEWANI was
16      concluded.)

27 (Pages 102 - 105)

PX5040-027

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    July 22, 2024

Page 106

1           CERTIFICATE OF NOTARY PUBLIC

2           I, CHRISTINA S. HOTSKO, the officer before

3   whom the foregoing deposition was taken, do hereby

4   certify that the witness whose testimony appears in

5   the foregoing deposition was duly sworn by me; that

6   the testimony of said witness was taken by me in

7   stenotypy and thereafter reduced to typewriting under

8   my direction; that said statement is a true record of

9   the proceedings; that I am neither counsel for,

10  related to, nor employed by any of the parties to the

11  action in which this statement was taken; and,

12  further, that I am not a relative or employee of any

13  counsel or attorney employed by the parties hereto,

14  nor financially or otherwise interested in the

15  outcome of this action.

16

17

18           CHRISTINA S. HOTSKO

19           Notary Public in and for the

20           District of Columbia

21  My commission expires:

22  1 January 2027

28 (Page 106)

PX5040-028

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.