Ship to: United States | Can we help you? | LOUIS VUITTON  1.866.VUITTON | Sustainability

Is there a Louis Vuitton outlet store?

# IS THERE A LOUIS VUITTON OUTLET STORE?

Louis Vuitton handbags outlet

Can we trust outlet stores selling Louis Vuitton handbags?

Outlet stores claiming to sell authentic Louis Vuitton handbags are not associated with Louis Vuitton. Louis Vuitton products are sold exclusively in official Louis Vuitton stores, on the Louis Vuitton official website www.louisvuitton.com and through www.24s.com. It is also important to know that Louis Vuitton never marks down its prices, so unless they are secondhand, discounted Louis Vuitton items found online are highly suspicious of being counterfeit.

Overall, merchandise sold on these websites will only lead to disappointment, particularly to those seeking high standards of quality and craftsmanship. While the reduced prices on these outlet sites may seem tempting, the truth behind these items is far less appealing. Before making a purchase, please consider the quality of the product you are hoping to receive, and the reality of what you will get instead.

\* Louis Vuitton Malletier and 24S.com are both members of the LVMH group. 24S.com offers a limited range of Louis Vuitton products, no longer available in Louis Vuitton stores and on https://www.louisvuitton.com.

Louis Vuitton outlet online

Beware of misleading *Louis Vuitton outlets online.* Online outlets appear to offer beautiful goods made with quality metals, fabrics, and hardware synonymous to the genuine Louis Vuitton brand. In actuality though, these stores offer unreliable, counterfeit merchandise. While Louis Vuitton produces elegant and refined handbags, watches, and accessories to endure a lifetime, a bag claiming to be a Louis Vuitton handbag purchased from a fictitious *online outlet* will quickly deteriorate or show noticeably poor construction.

Two things you should know about Louis Vuitton:

- Louis Vuitton products are exclusively sold in Louis Vuitton stores, the Louis Vuitton official website www.louisvuitton.com and through www.24s.com*.
- Louis Vuitton never reduces its prices, and unless it is secondhand, discounted Louis Vuitton merchandise found on the Web is highly suspicious of being counterfeit.

As the leading luxury brand, Louis Vuitton continues to be a primary target for counterfeiters around the world today. Louis Vuitton vigorously and systematically protects the exclusive right to use its registered trademarks by taking legal actions worldwide.

* Louis Vuitton Malletier and 24S.com are both members of the LVMH group. 24S.com offers a limited range of Louis Vuitton products, no longer available in Louis Vuitton stores and on https://www.louisvuitton.com.

Louis Vuitton outlet store

Louis Vuitton never has sales and its products are exclusively sold in Louis Vuitton stores, the Louis Vuitton official website www.louisvuitton.com and through www.24s.com*.

The low prices advertised by sites claiming to be a *Louis Vuitton outlet store* are reduced for a reason – the wallets, watches and handbags are made with cheap, poor materials that will not stand wear or use. Within a few weeks of receiving these items, differences are likely to show as the material quickly wears and deteriorates. Unlike genuine Louis Vuitton items from the official stores, unscrupulous sellers will attempt to trick customers by affixing the trusted Louis Vuitton name or LV initials to inferior quality merchandise.

Counterfeiting Louis Vuitton is stealing the craftsmanship from artisans responsible for its success and is infringing on the creativity of our designers.

* Louis Vuitton Malletier and 24S.com are both members of the LVMH group. 24S.com offers a limited range of Louis Vuitton products, no longer available in Louis Vuitton stores and on https://www.louisvuitton.com.

PX7083-002