2/1/24, 9:17 AM                              Where are Louis Vuitton products manufactured?

THE CONTENT OF THIS SITE IS ONLY IN ENGLISH Continue in English    

# NEED HELP

CONTACT US    FAQ    DELIVERY AND RETURNS    CARE SERVICES



🔍 How can we assist you?

## Where are Louis Vuitton products manufactured?

The Louis Vuitton leather goods collections are exclusively produced in our workshops located in France, Spain, Italy and the United States.
Manufacturing our footwear and ready-to-wear collections takes place in France and Italy.
Our watches are exclusively made in timepiece workshops in Switzerland.
Our jewellery collections are realised in France, Italy and Switzerland.
Our sunglasses are manufactured in France and Italy.
Our fragrances and candles are made in Grasse, in France.
In all of these workshops, the choice of the finest materials, experienced craftsmen and the extreme care devoted to all manufacturing phases of our items, perpetuate and renew our tradition of excellence and refinement.

### These topics might be helpful



Case 1:24-cv-03109-JLR     Document 127-13     Filed 08/06/24     Page 2 of 4

2/1/24, 9:17 AM                              Where are Louis Vuitton products manufactured?

# LOUIS VUITTON

How do I take care of my accessories?

How can I take care of shoes?

How do I take care of my jewellery?

How do I take care of my clothing pieces?

Nike and Louis Vuitton

## FREQUENT QUESTIONS

Access frequent questions and themes

Go to FAQ page

## CONTACT US

Reach out to our customer service via your favorite contact methods

CONTACT US

💬 Chat with an advisor

2/1/24, 9:17 AM                              Where are Louis Vuitton products manufactured?

# LOUIS VUITTON

## Help

A Client Advisor is available at +31 207 219 441 .
You can also chat or email us

FAQ's

Product Care

Stores

## Services

Repairs

Personalisation

Art of Gifting

Download our Apps

## About Louis Vuitton

Fashion Shows

Arts & Culture

La Maison

Sustainability

Latest News

Careers

Foundation Louis Vuitton

💬 Chat with an advisor

Case 1:24-cv-03109-JLR     Document 127-13     Filed 08/06/24     Page 4 of 4

LOUIS VUITTON                                                                                    0

Sign up for first access to latest collections, campaigns and videos.

Follow Us

Sitemap     Legal & privacy     Cookies

Ship to :  🇳🇱 Netherlands

💬 Chat with an advisor