**SALE FINALE:** ENJOY AN EXTRA 10% OFF SELECTED STYLES

## MICHAEL KORS  

 Search

## Shipping and Delivery

All merchandise ordered on michaelkors.eu can be shipped to the countries listed below:

Austria, Belgium, Czech Republic, Denmark, Finland, Hungary, Latvia, Lithuania, Luxembourg, The Netherlands, Norway, Poland, Portugal, Republic of Ireland, Romania, Sweden and Switzerland.

For orders to other destinations, please visit the relevant Michael Kors site below:

Australia, Azerbaijan, Bahrain, Bulgaria, Canada, Croatia, Cyprus, Egypt, Estonia, France, Germany, Ghana, Greece, Hong Kong, India, Indonesia, Israel, Italy, Kazakhstan, Lebanon, Macao, Malaysia, Malta, Mexico, New Zealand, Nigeria, Pakistan, Philippines, Qatar, Russia, Singapore, Slovak Republic, Slovenia, South Africa, Spain, Taiwan, Thailand, Turkey, Ukraine, United Kingdom, U.S. and Vietnam.

Unfortunately, at this time we currently do not offer shipping to destinations not on this list. If we do not offer shipping to your country, please use the Store Locator to find your nearest store.

Please note: we are currently unable to ship to the Faroe Islands, Greenland, The Aland Islands, Mount Athos, Liechtenstein, Aruba, Curacao, Sint Maarten, and Caribbean Netherlands.

We offer up to 2 shipping methods for online orders: (1) Standard Delivery and (2) Express Delivery. The products will be delivered within 30 days from when we confirm your order.

**Austria**
Free Standard Delivery over 200 €
Standard Delivery (3-5 Business Days): 4,00 €
Express Delivery (1-2 business days*): 11,00 €

**Belgium**
Free Standard Delivery over 200 €
Standard Delivery (3-5 Business Days): 4,00 €
Express Delivery (1-2 business days*): 11,00 €

**Czech Republic**
Free Standard Delivery over 5000 Kč
Standard Delivery (3-5 Business Days): 10 Kč.
Express Delivery (1-2 business days*): 300 Kč

**Denmark**
Free Standard Delivery over 1500 kr
Standard Delivery (3-5 Business Days): 30 kr
Express Delivery (1-2 business days*): 80,00 kr.

**Finland**
Free Standard Delivery over 200 €
Standard Delivery (3-5 Business Days): 4,00 €
Express Delivery (1-2 business days*): 11,00 €

**Hungary**
Free Standard Delivery over 78000 Ft
Standard Delivery (3-5 Business Days): 1500 Ft.
Express Delivery (1-2 business days*): 3.400 Ft

**Ireland**
Free Standard Delivery over 200 €
Standard Delivery (3-5 Business Days): 4,00 €
Express Delivery (1-2 business days*): 11.00 €

**Latvia**
Free Standard Delivery over 200 €
Standard Delivery (3-5 Business Days): 4,00 €



Feedback

Express Delivery (1-2 business days*): 11,00 €

### Lithuania

Free Standard Delivery over 200 €

Standard Delivery (3-5 Business Days): 4,00 €

Express Delivery (1-2 business days*): 11,00 €

### Luxembourg

Free Standard Delivery over 200 €

Standard Delivery (3-5 Business Days): 4,00 €

Express Delivery (1-2 business days*): 11,00 €

### Norway

Free Standard Delivery over kr 2400

Standard Delivery (3-5 Business Days): kr 50

Express Delivery (1-2 business days*): kr 100,00

### Poland

Free Standard Delivery over 900 zł

Standard Delivery (3-5 Business Days): 20 zł

Express Delivery (1-2 business days*): 45,00 zł

### Portugal

Free Standard Delivery over 200 €

Standard Delivery (3-5 Business Days): 4,00 €

Express Delivery (1-2 business days*): 11,00 €

### Romania

Free Standard Delivery over 1000 lei

Standard Delivery (3-5 Business Days): 20 lei

Express Delivery (1-2 business days*): 60 lei

### Sweden

Free Standard Delivery over 2400 kr.

Standard Delivery (3-5 Business Days): 50 kr.

Express Delivery (1-2 business days*): 100,00 kr.



### Switzerland

Free Standard Delivery over CHF 200

Standard Delivery (3-5 Business Days): CHF 4.00

Express Delivery (1-2 business days*): CHF 11.00

### The Netherlands

Free Standard Delivery over 200 €

Standard Delivery (3-5 Business Days): 4,00 €

Express Delivery (1-2 business days*): 11,00 €

*Delivery times are approximate. Saturdays, Sundays and public Holidays are not considered Business Days.

** Orders must be placed before 4pm CET. Orders placed after 4pm CET will ship on the next business day.

Express Delivery services may not be applicable to all postcodes, the available shipping options will be displayed when you enter your delivery address.

Unfortunately, we are unable to ship to BFPO addresses, PO Boxes, freight forwarders and consolidation warehouse addresses.

Please note that for our delivery services, a signature will be required. If you are unavailable when the courier attempts to deliver, the courier will rearrange delivery and you will be notified via the contact information you have provided for this purpose.

## SOME ITEMS MAY SHIP SEPARATELY

Due to varying item availability, multiple items in a single order may be shipped separately. Each shipment will have its own tracking number and can be tracked on the Track my Order page under the same order number. For orders with multiple packages, the package shipped first will bear the total shipping charges (if any).

## SHIPPING TO MULTIPLE ADDRESSES

We currently do not ship orders to multiple addresses. Please place separate orders for each shipping address.

Feedback

COLLECT IN STORE

Select items on michaelkors.eu are available to buy online and collect in a store. You can check store availability from our product pages by selecting the "Collect in Store" option. If you have allowed the site to identify your location, we will show the availability of your product selection in nearby stores. If you have not allowed the site to identify your current location, you may enter a city and postcode to find nearby stores.

Typically, your items will be ready for collection within approximately 3 hours of placing the order. You will receive an email alerting you when your order is ready for collection. For same day collections, please ensure to place your order at least 3 hours prior to a store's closing. Orders placed close to or after this window might not be available for collection until the next business day.

A valid photo ID must be present and displayed at the time of collection. You will be charged for the order at the time you pick up your order at the designated store.

Orders will be held for 6 days from when placed before being cancelled.

Orders may contain both items shipping to an address as well as items to be collected in a store. Multiple collection locations are allowed but only one "ship to" location is permitted per order.

Item Availability

We have made every effort to display as accurately as possible the colors and features of our Products on the Sites. However, the particular technical specifications, displays and settings of your electronic device could affect the accuracy of the display. From time to time, information on the Site might contain typographical or visual errors, inaccuracies, or omissions that may relate to product descriptions, pricing or availability. In such a case, we will communicate it to you using the email and/or billing address/phone number provided at the time the order was made. If you decide not to purchase the Product, we will cancel your order and terminate the contract.

OUT OF STOCK

In most cases, when an item displayed on our website is no longer available, either the item will not appear on the site at all, or a message indicating the item is Out of Stock will appear on the product detail page. In some cases, however, due to inventory fluctuation, items that appear to be available when you place your order may, in fact, be out of stock. If this happens, we will notify you as quickly as possible that your order cannot be fulfilled. That item will be cancelled and you will not be charged for that item. Our Customer Services team would be happy to advise on an alternative item.



Last Updated: 30.04.2024



Cookie Notice

Accessibility Toolkit



Feedback

PX7109-004