MEET THE COLBY, SPRING'S HERO HANDBAG | SHOP COLBY BY KORS

# MICHAEL KORS

 

## Shipping Terms

Merchandise ordered on michaelkors.com can be shipped to all 50 U.S. states, Puerto Rico, Guam and to APO/FPO boxes (subject to the terms below). We currently do not ship michaelkors.com purchases internationally.

We ship merchandise ordered on michaelkors.ca to all Canadian provinces and territories. We currently do not ship michaelkors.ca purchases internationally.

You can track your order at any time online via our Order Status page. You will need to provide your email address and order number. You also can track your order by clicking on the tracking link included in your shipping confirmation email, or by using our automated system at 1-866-709-5677 (for the U.S.) or 1-855-898-5677 (for Canada).

### Shipping and Delivery

We offer three shipping methods for online orders: (1) Standard ground shipping (2) 2-Day Delivery, and (3) Next-Day Delivery.

| United States | | |
|---|---|---|
| Shipping Type | Cost (USD) | Delivery Times* |
| Standard Ground Shipping | FREE for **KORS**VIP members<br>FREE for orders totaling $50.00 or more<br>$5.00 (flat rate) for orders totaling less than $50.00*** | 2-7 Business Days |
| 2-Day Delivery | $20.00 (flat rate) | 2 Business Days** |
| Next-Day Delivery | $30.00 (flat rate) | Next Business Day** |
| Canada | | |
| Shipping Type | Cost (CAD) | Delivery Times* |
| Standard Ground Shipping | FREE for **KORS**VIP members<br>FREE for orders totaling $50.00 or more<br>$5.00 (flat rate) for orders totaling less than $50.00*** | 2-7 Business Days |
| 2-Day Delivery | $20.00 (flat rate) | 2 Business Days** |
| Next-Day Delivery | $30.00 (flat rate) | Next Business Day** |

* Delivery times are approximate. Saturdays, Sundays and holidays are not considered Business Days.

** Orders received at our fulfillment center before 11:59AM EST should ship that same day; orders received after 11:59AM EST should ship the next Business Day.

*** Enjoy free standard ground shipping on all purchases of $50 or more in the U.S. on MichaelKors.com, before tax and gift wrapping charges are applied. Offer is automatically applied at checkout online. No adjustments to prior purchases. Cannot be redeemed or exchanged for cash. Offer, duration and delivery times are subject to change without notice. If you choose 2-Day shipping, additional charges will apply.

NOTE: All deliveries to Puerto Rico, Guam, APO/FPO and P.O. boxes are shipped via our Standard Ground Shipping method only. For Hawaii, Alaska, Guam, and all APO/FPO and P.O. boxes, please allow additional time for delivery to these destinations. Additionally, for some orders having a high dollar value over a certain threshold, we may require signature for the delivery, which means they may not be eligible for Standard Ground Shipping.

### Some Items May Ship Separately

Due to varying item availability, multiple items in a single order may be shipped separately. If you have chosen an expedited shipping method, each individual shipment may have a separate charge, but the total shipping charges for all shipments should not exceed the applicable flat-rate shipping charge for the entire order. Each

shipment will have its own tracking number and can be tracked on the Order Status page under the same order number.

### Shipping To Multiple Addresses

We currently do not ship orders to multiple addresses.

### Special Items

Some perfumes and makeup are treated as Hazardous Materials (HAZMAT). Transport Canada requires ground-only shipment of Hazardous Materials due to air shipment restrictions and regulations. The U.S. Department of Transportation (USDOT) requires ground-only shipment of Hazardous Materials due to air shipment restrictions and regulations. Accordingly, these HAZMAT items cannot be shipped to Alaska, Hawaii, Puerto Rico, Guam or APO/FPO addresses.

Due to regulatory restrictions, we are unable to ship items made of exotic skins to California.

Due to regulatory restrictions, we are currently unable to ship Rain & Stain protector to Maine.

Michael Kors E-Gift Cards are delivered via email only, typically on the same day of purchase, and are ready to use within 24 hours. Purchasers are responsible for providing an accurate and deliverable email address.

## ⚠ CALIFORNIA PROPOSITION 65 WARNING

Eyewear products can expose you to chemicals, including Nickel (Metallic), which is known to the State of California to cause cancer, and Bisphenal A, which is known to the State of California to cause birth defects or other reproductive harm. For more information, go to www.p65Warnings.ca.gov.

## In Store Pickup

For information pertaining to our In Store Pickup Program, please view our FAQs page HERE.

## Item Availability

### Out of Stock

In most cases, when an item displayed on our website is no longer available, either the item will not appear on the site at all, or a message indicating the item is Out of Stock will appear on the product detail page. In some cases, however, due to inventory fluctuation, items that appear to be available when you place your order may, in fact, be out of stock. If this happens, we will notify you as quickly as possible that your order cannot be fulfilled. That item will be cancelled, and you will not be charged for that item.

### Short Shipment

A short shipment occurs when we ship to you fewer items than the items for which you initially were able to place an order. For example, we may ship to you only two of a certain item even though you placed an order for three. If this happens, we will notify you as quickly as possible if we will be able to ship the remaining items later, or if we will have to cancel them.

### Pre-Ordering

You may be able to pre-order some items that are not yet available for immediate delivery. The Pre-Order message will appear on the product detail pages. A credit card is required for pre-ordered items, and your credit card will be authorized for the price of pre-order as a pending charge. However, we will not charge your credit card for the order until your pre-ordered item(s) actually get shipped.

**Monogram and Engraving Shipping and Delivery:** Your entire order will ship once the monogrammed item(s) are complete. Please allow approximately an additional 1-2 business days for delivery of all monogrammed and personalized orders. Monogrammed and personalized items ship separately from other items in orders, and are eligible for standard ground shipping only. Monogrammed, engraved, and personalized items are final sale and cannot be returned or exchanged. Note that cleaning products should not be used on top of the monogramming.

Last Updated: February 20, 2024

 Find a Store

Sign up for updates from Michael Kors

Enter Your Email*                                                          SIGN UP

COMPANY                                                                    +

MY ACCOUNT                                                                 +

CUSTOMER SERVICE                                                           +

©2024 Michael Kors

Privacy Notice

Terms & Conditions

Your Privacy Choices