FREE GROUND SHIPPING ON U.S. ORD

# REBECCA MINKOFF

0



An industry leader in accessible luxury handbags, accessories, and apparel, Rebecca Minkoff's playful and subtly edgy designs integrate the elements of bohemian femininity with a little bit of rock 'n' roll. Rich leathers and suedes, bohemian-inspired prints, effortless silhouettes, and signature hardware details embody a woman who is both carefree and edgy. Effortlessness is perfectly blended with sophistication for an aesthetic that combines West Coast mentality with a Downtown sensibility.

PX7182-001

FREE GROUND SHIPPING ON U.S. ORD

# REBECCA MINKOFF

After four years of designing statement-making handbags and accessories with her trademark leathers, studs and hardware, Rebecca introduced her first ready-to-wear collection in 2009. Today, Rebecca Minkoff is a global brand with a wide range of apparel, handbags, footwear, jewelry and accessories.

In September of 2018, she established the Female Founder Collective, a network of businesses led by women that invests in women's financial power across the socio-economic spectrum by enabling and empowering female-owned businesses.

## Discover More

Shop New Arrivals



Female Founder Collective

Su

Sign up for emails & 15% off

FREE GROUND SHIPPING ON U.S. ORD

# REBECCA MINKOFF

Our Story

Text Us

RM Rewards

Gift Cards

**CUSTOMER CARE**

**LEGAL**

Shipping

Privacy Policy

Returns & Exchanges

Supply Chain Disclosure

Handbag Care

Terms and Conditions

Contact Us

FAQ

PX7182-003