8/5/24, 9:56 AM
Case 1:24-cv-03109-JLR    Document 127-27    Filed 08/06/24    Page 1 of 10
LOEWE official website – luxury clothes and accessories - Craft commitment



## Our commitment to Craft

LOEWE was founded in 1846 as a collective of artisans dedicated to leather making, and an obsessive focus on craft has been central to our approach ever since.

'Craft is the essence of LOEWE,' says creative director, Jonathan Anderson. 'It is where our modernity lies, and it will always be relevant.'

Based in the house's historic Madrid ateliers, master artisans combine their immense technical and material knowledge with innovative approaches and unique savoir-faire to create truly modern objects of desire.

LOEWE's legacy of craftsmanship remains the living soul of the house, reflected in our ongoing commitment to supporting contemporary art, craft and design around the world.



## The Craft Prize

The LOEWE FOUNDATION Craft Prize was launched in 2016 to illuminate excellence, innovation and artistic vision in contemporary craftsmanship.

Finalists represent makers of all ages, cultures and disciplines, selected by experts
reviewing submissions from over 100 countries.

Visit The Room, our online platform dedicated to exploring the full catalogue of work
by Craft Prize nominees past and present.

Learn more about the Craft Prize      Discover The Room

## CRAFT IS THE ART OF MAKING THINGS WITH YOUR HANDS



### Our artisans

At LOEWE, our artisans are the lifeblood of the company. Our master craftsmen
combine traditional techniques with novel technologies – constantly reassessing the
relationship between form and material to create items of enduring beauty.

PX7197-002



**Leather expertise**
Some of our leather artisans have been with us for as long as fifty years, while the LOEWE School of Leather Craft in Madrid ensures these time-honoured skills are passed on to new generations. From the cuboid Puzzle to the multifunctional Hammock, our bags are beacons of longstanding leather expertise.





**Nappa calfskin**
See the selection



**LOEWE at Salone del Mobile**

We are proud to stage an ongoing series of exhibitions and capsule collections at Milan's Salone del Mobile, one of the world's leading design events.

Reaffirming the brand's commitment to contemporary craftsmanship by reframing traditional practices in a modern setting, each project explores a specific craft theme or technique in collaboration with specialist artisans from around the world.

Each project culminates in the creation of original works and reinterpretations of LOEWE products, representing a unique exchange of the house's craft heritage and expertise with skills from other creative disciplines.



**Fringes bucket bag in calfskin**
See the product



**Puzzle Edge bag in nappa calfskin**
See the product



**Knot vase in calfskin and bamboo**
See the product

undefined



## LOEWE Weaves

LOEWE Weaves explores the act of weaving as a decorative craft with a collection of unique, artisan crafted objects including artist-embellished Galician chestnut roasters, crafted using surplus materials from past LOEWE collections.

The results push craft to the extreme, exploring new ways to bring objects to life and turning traditional techniques into something unexpected, while giving voice to artisans globally and locally.

Meet the artisans

undefined

### Discover art and LOEWE
Our cultural activity never stands still, whether it's an exhibition by the LOEWE FOUNDATION or an artist-inspired capsule collection.





**LOEWE Foundation**                                                        Explore more          **The Room**

### Become part of the LOEWE community
Receive first access to the very best of LOEWE products, inspiration and services. See more

○ Mr*    ○ Ms*    ○ Mx*    ○ Prefer not to say*

Email address*                                                                                         OK

Client Services                     Shipping & returns                  Sustainability
Sitemap                             Our packaging                       Careers
Store Finder                        Care guide                          Terms & conditions
                                                                        Privacy and cookies policy

  United States  -  English

Facebook    Instagram    Twitter    YouTube    Pinterest