7/3/24, 7:47 PM

SAS Disclaimer | Tory Burch

‹ 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 ›

☰ 🔍 　　　　　　　　**TORY BURCH**　　　　　　　　 👤 🛍

**SEMI-ANNUAL SALE**

EXTRA 25% OFF

<u>SHOP ALL</u>

## OFFER DETAILS

- Additional 25% off is valid on sale items at toryburch.com and in Tory Burch boutiques in the U.S. and Canada.

- Limited quantities; items may sell out.

- Offer cannot be combined with other events or promotions.

- Offer cannot be applied to previous purchases; products originally purchased at a sale price are excluded from price adjustments.

- Not valid at Tory Burch outlets or on taxes and shipping.

- Offer valid 6/14/2024 through 7/3/2024.



## TAKE 15% OFF YOUR FIRST ORDER OF $200+

Your first Tory Burch purchase of $200 or more, online or in boutiques, when you sign up for emails. Exclusions apply.

SIGN UP

| Help | + |
|---|---|
| About Tory Burch | + |
| Follow Us | + |

Privacy Policy　　Do Not Sell or Share My Personal Information　　Supply Chain Disclosure　　Terms of Use　　Site Map

© 2004 - 2024 River Light V, L.P.

PX7260-001

SAS Disclaimer | Tory Burch

PX7260-002