# Availability

**Where can I purchase Hermès leather goods?**  −

Hermès leather goods may be purchased exclusively at Hermès stores and Hermes.com. The Kelly, Birkin, and Constance handbags are sold exclusively in Hermès stores. We invite you to visit your local store to discuss availability and recommend making an appointment if available.

**How often are items replenished?**  +

**Why can't I find an item on the website?**  +

**How may I receive a sample of your fragrance?**  +



Do you need to contact our team?
Our advisors will be delighted to answer your questions.

# Customer Service

Monday to Friday: 9am - 9pm EST, Saturday: 10am - 9pm EST :

800-441-4488

Email us

