**COACH**                                                                  *Coachtopia*

## Shipping Details & Fees

Items in your order may ship separately. Your order status will update when all items have shipped.

| LOCATION | SHIPPING OPTIONS | COST | ESTIMATED DELIVERY (If ordered before 1pm EST) | PLEASE NOTE |
|---|---|---|---|---|
| Continental United States | Standard | Free | Within 3-5 Business Days* | Customized or monogrammed items require an additional 2-3 days to ship. Made-to-order items require 4 weeks for shipping (or 5 weeks if the item includes exotic leather). Carrier delays are possible. |
| | Express | Orders under $30: $13 | Within 2-3 Business Days* | Express shipping on gift cards (of any amount) is $13. |
| | | Orders over $30 : $17.50 | | Not available on customized, monogrammed, or made-to-order items. Carrier delays are possible. |
| | Overnight | Orders under $30: $22 | Next business day for orders placed prior to 1:00pm EST | Overnight shipping is not eligible on gift cards, more than 10 gift-wrapped items, Saturday delivery, customized, monogrammed, or made-to-order items. Carrier delays are possible. |
| | | Orders over $30: $30 | | |
| Alaska, Puerto Rico, Hawaii | Standard | Free | Within 4-5 Business Days* | Fragrances cannot be shipped to Alaska, Puerto Rico, or Hawaii Carrier delays are possible. |
| PO, APO, FBO Boxes | Standard | Total order value under $30: $5 | Within 7-10 business days* | Only available in the continental US, Alaska, and Hawaii Orders. |
| | | Total order value of $30 & up: $10 | | Fragrances cannot be shipped to PO, APO & FPO boxes. Carrier delays are possible. |
| Canada | Please note: we no longer ship to Canada from this site. For shipping to Canada, orders can be placed on the Canadian site at ca.coach.com. To switch sites, click 'Change Location' on the upper left corner of the Coach webpage. | | | |
| *Business days are Monday–Friday, excluding federal holidays within the United States. | | | | |

## Expedited Shipping:

| | ORDER PLACED BY 1:00 PM (EST) | | | | | | |
|---|---|---|---|---|---|---|---|
| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
| EXPRESS (2-3 business days) | THURSDAY | THURSDAY | FRIDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY |
| OVERNIGHT (1 business day) | TUESDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | MONDAY | TUESDAY |
| ShopRunner (2 business days) | WEDNESDAY | WEDNESDAY | THURSDAY | FRIDAY | MONDAY | TUESDAY | WEDNESDAY |

For orders placed Monday–Friday after cutoff, please allow 1 additional business day.

## Fragrance Shipping:

Due to shipping regulations, fragrances cannot be shipped via expedited shipping methods. All fragrances will be shipped via ground separate from the other items in your order. We are unable to ship fragrance to Alaska, Hawaii, Puerto Rico or APO/FPO addresses at this time.

Is the information on this page useful?

- ◯ Yes
- ◯ No

[Close]  [Submit]

Powered by Medallia

### GIVE US A CALL

1-888-262-6224
1-888-262-6224
Customer Care Now 24/7

### SEND US A TEXT

1-240-448-4442
1-240-448-4442
Mon-Fri 8AM-10PM EST
Sat-Sun 11AM-6PM EST

### LIVE CHAT

Monday-Sunday
24/7

### CONTACT US

Leave us a message here.

### SHARE YOUR FEEDBACK

Make coach.com even better by telling us about your experience
here.

[Enter Email]   [SIGN UP]

You are signing up to receive Coach and Coachtopia emails. You can withdraw your consent at any time.

Read our Privacy Policy or Contact Us for more details.

**TERMS OF USE**

**PRIVACY POLICY**

**CA TRANSPARENCY & UK MODERN SLAVERY ACT**

**DO NOT SELL OR SHARE MY PERSONAL INFO**

**MANAGE COOKIES**

**BRAND PROTECTION**

**ACCESSIBILITY**

**CUSTOMER CARE**

© 2024 COACH. ALL RIGHTS RESERVED.

PX7284-003