FREE SHIPPING ON ORDERS OVER £200.

COACH                                    Coachtopia

COACH

## Shipping Details & Fees

Coach ships to all areas of the United Kingdom, excluding the Channel Islands and Gibraltar. We ship to Northern Ireland (UK) but we do not ship to the Republic of Ireland (EU). Delivery times commence from the date of order. Please see the table below on available shipping options and costs:

| Shipping Options | Price £ | Delivery Time |
| --- | --- | --- |
| Standard Delivery | £5 | 3-5 Business Days |
| Standard Delivery | Free on orders over £200 | 3-5 Business Days |

*For any order placed by 12:30 PM UK time from Monday to Thursday. Saturday, Sunday and public holidays are not considered business days.

Please add two additional business days to your selected shipping option when choosing to monogram.

Fragrances are shipped in 7 business days. Exotic and hazardous materials such as fragrance and leather cleaners/moisturizers are not eligible for Express and Next Day delivery options.

If you are unavailable when the courier attempts to deliver, the courier will rearrange delivery. You will be notified via the contact information provided during checkout for this purpose.

If your parcel shows as delivered on your parcel tracking link but you have not received it, please contact our Customer Care team within 5 working days from the tracking delivery date for an investigation to be opened with the Transport team (Claims raised after 5 working days cannot be accepted).

UK VAT is included in all product pricing.

## Payment Types

We accept Visa, MasterCard, American Express, Maestro, PayPal and Klarna.

Please note: Your payment will be authorized once the order has been submitted, and fully debited within five days.

Is the information on this page useful?

○ Yes
○ No

Close          Submit

Powered by Medallia

Enter Email                      SIGN UP

By signing up, you consent to receive emails about Coach's latest collections, offers, and news, as well as information on how to participate in Coach events, competitions or promotions. You have certain rights under applicable privacy laws, and can withdraw your consent at any time. See our Privacy Policy for more information.

| | |
|---|---|
| TERMS OF USE | PRIVACY POLICY |
| CA TRANSPARENCY & UK MODERN SLAVERY ACT | MANAGE COOKIES |
| BRAND PROTECTION | ACCESSIBILITY |
| CUSTOMER CARE | FEEDBACK |
| GENDER PAY GAP REPORT | SECTION 172 STATEMENT |

©2023 COACH IP HOLDINGS LLC. COACH, COACH SIGNATURE C DESIGN, COACH & TAG DESIGN, COACH HORSE & CARRIAGE DESIGN ARE REGISTERED TRADEMARKS OF COACH IP HOLDINGS LLC.