**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

               Plaintiff,

    v.

TAPESTRY, INC.,

and

CAPRI HOLDINGS LIMITED,

               Defendants.

Case No. 1:24-cv-03109-JLR-BCM

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

I am admitted or otherwise authorized to practice in this court. Please enter my appearance on behalf of Non-Party Chanel, Inc. in the above captioned matter.

Dated: August 9, 2024

Respectfully submitted,

/s/ *Margaret A. Rogers*

Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Tel. 212-836-7830
Fax. 212-836-6711
margaret.rogers@arnoldporter.com