UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION

               Plaintiff,

- against -

TAPESTRY INC. and
CAPRI HOLDINGS LIMITED,

               Defendants.

Case No. 1:24-cv-03109-JLR

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Leonard L. Gordon, of the law firm VENABLE LLP, 151 W. 42nd Street, 49th Floor, New York, New York 10036, hereby enters an appearance as counsel for non-party LVMH Moet Hennessy Louis Vuitton Inc. ("LVMH US") in the above-captioned matter and does so pursuant to the S.D.N.Y.'s Electronic Case Filing Rules and Instructions Section 20.3.

Dated: August 9, 2024
       New York, New York

**VENABLE LLP**

*/s/ Leonard L. Gordon*
Leonard L. Gordon
151 W. 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 370-6252
Fax: (212) 307-5598
LLGordon@venable.com

*Attorney for non-party
LVMH Moet Hennessy
Louis Vuitton Inc. ("LVMH US")*