#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED<br><br>Defendants. | Case No. 1:24-cv-03109-JLR |

### MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE THAT the undersigned counsel hereby moves this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing the admission of Creighton Macy, a member in good standing of the bar of the District of Columbia, as attorney *pro hac vice* for all purposes as counsel for non-party Ralph Lauren Corporation.

As set forth in the accompanying affidavit, Creighton Macy certifies that (1) he is a member of the bar in good standing in the District of Columbia, (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he has never been convicted of a felony and has never been censured, suspended, disbarred, or denied admission or readmission by any court. A Certificate of Good Standing from the District of Columbia is attached hereto as **Exhibit A**. I have also attached Mr. Macy's affidavit pursuant to Local Rule 1.3.

Dated: August 9, 2024

Respectfully submitted,

*/s/ Graham Cronogue*
Graham Cronogue (NYS Reg. No. 5387733)
**BAKER MCKENZIE LLP**
815 Connecticut Ave., NW
Washington, DC 20006

(202) 835-6260
graham.cronogue@bakermckenzie.com

*Counsel for Non-Party Ralph Lauren Corporation*

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 9, 2024, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

                  */s/ Graham Cronogue*
                  Graham Cronogue