**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED<br><br>　　　　　Defendants. | Case No. 1:24-cv-03109-JLR |

**AFFIDAVIT OF CREIGHTON MACY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Creighton Macy, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm Baker & McKenzie LLP, and counsel for non-party Ralph Lauren Corporation.

2. I make this affidavit in support of my motion for admission to appear *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing in Exhibit A, I am a member in good standing of the Bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. Wherefore, your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case on behalf of non-party Ralph Lauren Corporation.

1

8.       I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2024



_____
Creighton Macy

This electronic notarial act involved a remote online appearance involving the use of communication technology.

Subscribed and sworn to before me, a Notary in and for the ___County___ of ___Queens___, State of ___New York___, this ___9th___, day of ___August___ 2024.



_____
Notary Public

2