UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>  v.<br><br>TAPESTRY, INC.,<br><br>  and<br><br>CAPRI HOLDINGS LIMITED,<br><br>                Defendants. | Case No. 1:24-cv-03109-JLR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the below attorney, Eva W. Cole, is admitted or otherwise authorized to practice in this court, and appears in this case as counsel of record for non-party subpoena recipient Tory Burch LLC.

Dated: August 9, 2024
       New York, New York

Respectfully submitted,

By: /s *Eva W. Cole*
Eva W. Cole
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
ewcole@winston.com
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Non-Party Tory Burch LLC*