UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TAPESTRY, INC.,<br><br>　and<br><br>CAPRI HOLDINGS LIMITED,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-03109-JLR<br><br>**DECLARATION OF EVA W. COLE** |

I, Eva W. Cole, declare as follows:

　　1.　　I am a partner at Winston & Strawn LLP. I represent non-party Tory Burch LLC ("Tory Burch") in the above-captioned matter.  I make this declaration on personal knowledge and in support of Tory Burch's Letter-Motion to Seal related to Plaintiff Federal Trade Commission's Motion for Preliminary Injunction (Dkt. 121) ("Motion").  If called as a witness, I could and would competently testify to the matters stated herein.

　　2.　　Attached hereto as Exhibit A is a true and correct copy of PX3150, cited in the Motion at pages 5 and 13 and attached thereto.

　　3.　　I declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

Dated: August 9, 2024
      New York, New York

Respectfully submitted,

By: /s *Eva W. Cole*
Eva W. Cole
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
ewcole@winston.com
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Third-Party Tory Burch LLC*