**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED<br><br>Defendants. | Case No. 1:24-cv-03109-JLR |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF CREIGHTON MACY**

The Motion for Admission *Pro Hac Vice* of Creighton Macy is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Creighton Macy
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
Tel: (202) 452-7098
Fax: (202) 416-6260
creighton.macy@bakermckenzie.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for non-party Ralph Lauren Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _August 13, 2024_____

_Jennifer Rochon_____
HON. Jennifer L. Rochon
United States District Judge