IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                Plaintiff,

v.

TAPESTRY, INC.

and

CAPRI HOLDINGS LIMITED

                Defendants.

Case No. 1:24-cv-03109-JLR

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Sean D. Hughto for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

    Sean D. Hughto
    Federal Trade Commission
    600 Pennsylvania Avenue, NW
    Washington, DC 20580
    Tel: 202-326-2199
    Email: shughto@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 13, 2024
       New York, New York

SO ORDERED.

_Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**