UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>      Plaintiff,<br><br>   v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED<br><br>      Defendants. | Case No. 1:24-cv-03109-JLR |

## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE THAT the undersigned counsel hereby moves this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing the admission of Kristen E. Lloyd, a member in good standing of the Bars of the States of Maryland, Massachusetts, and the District of Columbia, as attorney *pro hac vice* for all purposes as counsel for non-party Ralph Lauren Corporation.

Certificates of Good Standing from the States of Maryland, Massachusetts, and the District of Columbia are attached hereto as **Exhibit A**. There are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony and have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

1

| | |
|---|---|
| Dated: August 13, 2024 | Respectfully submitted,<br><br>**BAKER McKENZIE LLP**<br><br>*/s/ Kristen E. Lloyd*<br>Kristen E. Lloyd (proposed *pro hac vice* counsel)<br>Baker McKenzie LLP<br>815 Connecticut Avenue, NW<br>Washington, DC 20006<br>Tel: (202) 835-6289<br>Fax: (202) 416-7297<br>kristen.lloyd@bakermckenzie.com<br><br>*Counsel for Non-Party Ralph Lauren Corporation* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of August 2024, a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically and notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                          */s/ Kristen E. Lloyd*
                                          Kristen E. Lloyd