**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-03109-JLR |

**AFFIDAVIT OF KRISTEN E. LLOYD**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kristen E. Lloyd, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm Baker & McKenzie LLP, and counsel for non-party Ralph Lauren Corporation.

2. I make this affidavit in support of my motion for admission to appear *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing in Exhibit A, I am a member in good standing of the Bars of the States of Maryland, Massachusetts, and the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. Wherefore, your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this case on behalf of non-party Ralph Lauren Corporation.

1

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2024

*Kristen Lloyd*
_____
Kristen E. Lloyd

This electronic notarial act involved a remote online appearance involving the use of communication technology.

Subscribed and sworn to before me, a Notary in and for the __County__ of __Queens__, State of __New York__, this __13th__, day of August 2024.

Signed by:
_____
Notary Public

Bridget Hagan
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HA0000577
Qualified in Queens County
Commission Expires February 3, 2027

2