# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED<br><br>Defendants. | Case No. 1:24-cv-03109-JLR |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF KRISTEN E. LLOYD

The Motion for Admission *Pro Hac Vice* of Kristen E. Lloyd is **GRANTED**.

Applicant has declared that she is a member in good standing of the Bars of the States of Maryland, Massachusetts, and the District of Columbia; and that her contact information is as follows:

> Kristen E. Lloyd
> Baker & McKenzie LLP
> 815 Connecticut Ave., NW
> Washington, DC 20006
> Tel: (202) 835-6289
> Fax: (202) 416-7297
> Kristen.Lloyd@bakermckenzie.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for non-party Ralph Lauren Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 14, 2024

_____
HON. JENNIFER L. ROCHON
United States District Judge