**LATHAM & WATKINS LLP**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 20, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: *Federal Trade Commission v. Tapestry, Inc.*, No. 1:24-cv-03109-JLR: Letter Motion To Seal

Dear Judge Rochon,

Pursuant to Rule 4(B)(iii)(c) of this Court's Individual Rules of Practice in Civil Cases and Paragraph 9 of the Stipulated Protective Order (ECF No. 70), Defendants Tapestry, Inc. ("Tapestry") and Capri Holdings Limited ("Capri") respectfully move this Court to permit Defendants to file under seal their Opposition to the Federal Trade Commission's Motion for Preliminary Injunction ("Opposition").

The Opposition contains Defendants' Confidential Material, as that term is defined in Paragraph 1(a) of the Stipulated Protective Order. Specifically, the Opposition quotes and describes nonpublic Tapestry and Capri documents that contain confidential commercial and competitively sensitive information, as well as deposition testimony reflecting confidential commercial and competitively sensitive information. The disclosure of this information would harm Defendants and the information should therefore remain under seal. *See Athena Art Fin. Corp. v. Certain Artwork by Jean-Michel Basquiat Entitled Humidity, 1982*, No. 20CV04669GBDVF, 2024 WL 1195279, at *2 (S.D.N.Y. Mar. 20, 2024) (stating that "[c]ourts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information," and collecting cases); *W.J. Deutsch & Sons Ltd. v. Diego Zamora S.A*, No. 1:21-CV-11003-LTS, 2022 WL 890184, at *2 (S.D.N.Y. Mar. 25, 2022) ("courts will commonly grant a company's request for sealing of proprietary business information, such as internal analyses, business strategies, or customer negotiations when disclosure of that information could provide competitors with an unearned advantage" and thereby "harm a litigant's competitive standing in the market" (citations and internal quotation marks omitted)).

The Opposition also contains information designated by various third parties as Confidential Material under Paragraph 1(a) of the Stipulated Protective Order. Defendants have met and conferred with counsel for these third parties pursuant to the Court's Rule of Individual

Hon. Jennifer L. Rochon
August 20, 2024
Page 2

**LATHAM&WATKINS**LLP

Practice 4(B)(iii), and inform them of Defendants' intention to file their confidential information under seal.

Defendants respectfully request that the Court enter an order granting this motion and sealing those portions of the Opposition and accompanying Exhibits containing Confidential Material. Defendants will concurrently file a public version of their Opposition that redacts any Confidential Material.

Respectfully submitted,

/s/ Alfred C. Pfeiffer
Alfred C. Pfeiffer (*pro hac vice*)
Christopher S. Yates (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
al.pfeiffer@lw.com
chris.yates@lw.com

Amanda P. Reeves (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
Lindsey S. Champlin (*pro hac vice*)
Jennifer L. Giordano
David L. Johnson (*pro hac vice*)
Seung Wan (Andrew) Paik (*pro hac vice*)
Mary A. Casale (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
amanda.reeves@lw.com
ian.conner@lw.com
lindsey.champlin@lw.com
jennifer.giordano@lw.com
david.johnson@lw.com
andrew.paik@lw.com
mary.casale@lw.com
chris.brown@lw.com

Lawrence E. Buterman
LATHAM & WAKINS LLP
1271 Avenue of the Americas

LATHAM & WATKINS LLP

    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    lawrence.buterman@lw.com

    Sean M. Berkowitz (*pro hac vice*)
    LATHAM & WATKINS LLP
    330 North Wabash Avenue, Suite 2800
    Chicago, IL 60611
    Telephone: (312) 876-7700
    Facsimile: (312) 993-9767
    sean.berkowitz@lw.com

    *Attorneys for Tapestry, Inc.*

    <u>/s/ Jonathan M. Moses</u>
    Jonathan M. Moses[1]
    Elaine P. Golin
    Adam L. Goodman
    Brittany A. Fish
    51 West 52nd Street
    New York, New York 10019
    Telephone: (212) 403-1000
    JMMoses@wlrk.com
    EPGolin@wlrk.com
    ALGoodman@wlrk.com
    BAFish@wlrk.com

    *Attorneys for Capri Holdings Limited*

cc:    All Counsel of Record (via ECF)

---

[1] Electronic signatures used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.