# EXHIBIT 25

# VOGUE



SUBSCRIBE    SIGN IN

FASHION    BEAUTY    CULTURE    LIVING    WEDDINGS    RUNWAY    SHOPPING    VIDEO    VOGUE CLUB    PHOTOVOGUE

**Vogue Shopping**    New Arrivals    Under $300    Trending Now    Vacation Shop    Editor Wish Lists    Best of Sale    Dresses    Wardrobe Staples

# These 20 Contemporary Brands Are Defining the New Era of It Bags

BY LAURA JACKSON

February 2, 2023



Photo: Courtesy of Savette; Wandler; DeMellier; Porto.

*All products featured on Vogue are independently selected by our editors. However, we may earn affiliate revenue on this article and commission when you buy something.*

A sleek handbag has always had the power and potential to elevate any outfit—throw it on over a plain white T-shirt or lived-in pair of jeans and expect success each and every time. And these days, thanks to a new class of contemporary bag brands, this elevation has never been more achievable. From DeMellier and Anine Bing to Neous and Savette, a healthy mix of well-established and emerging labels are finding cult status amongst an audience that is style conscious, minimally minded, and, most importantly, sustainability-focused.



BVLGARI

DISCOVER MORE

a new class of contemporary bag brands, this elevation has never been more achievable. From DeMellier and Anine Bing to Neous and Savette, a healthy mix of well-established and emerging labels are finding cult status amongst an audience that is style conscious, minimally minded, and, most importantly, sustainability-focused.



From White Tees to Blue Jeans, Shop 80 Fashion Essentials for the Perfect Closet

SHOP THE FULL EDIT



## Vogue Shopping

The insider's guide to what to shop and how to wear it.

[                                        ]    SIGN UP

By signing up you agree to our User Agreement (including the class action waiver and arbitration provisions), our Privacy Policy & Cookie Statement and to receive marketing and account-related emails from Vogue. You can unsubscribe at any time. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

What does each of these contemporary bag brands have in common? All are designed with intention—and the intention being to last forever in your wardrobe, not just seasons. Each brand is committed to crafting sensible and stylish pieces meant for daily life and everyday wear, blending in beautifully with your other wardrobe essentials, say a cozy cashmere knit or a crisp button-up. Lately, a pared-down but never boring handbag from the likes of Wandler or Nothing Written has become somewhat of a status symbol—a non-trend trend, if you will. Other anonymous It bags can be found courtesy of Little Liffner, Hereu, and Aesther Ekme. Then—and because it's fashion we're obsessed with, after all—there are those irresistible, trend-forward styles from By Far and Marge Sherwood, which have single-handedly put the moon bag back on the map.

With price points mostly under $1,000, many of these contemporary bag brands have been brought on by luxury retailers like Saks Fifth Avenue, Net-a-Porter, MatchesFashion, and more, all of which share the common goal to encourage the modern woman to develop her own unique personal style. We're highlighting 20 bag brands that fall into this new class of contemporary–makers of designs that will certainly become the centerpiece of your closet.

## DeMellier



Founded by Mireia Llusia-Lindh, DeMellier London is committed to doing things differently. Each bag is

# DeMellier



Photo: DeMellier

Founded by Mireia Llusia-Lindh, DeMellier London is committed to doing things differently. Each bag is crafted ethically and sustainably in Italy or Spain and sourced with the highest quality materials. The result? Effortlessly elegant handbags that whisper 'chic' wherever you take them.


BVLGARI
DISCOVER MORE



DeMellier midi New York leather tote

$535
SAKS FIFTH AVENUE



DeMellier Santorini raffia basket bag

$265
SAKS FIFTH AVENUE

DeMellier Vancouver leather shoulder bag

$530
SAKS FIFTH AVENUE

DeMellier mini Saint Petersburg croc-embossed bag

$480
SAKS FIFTH AVENUE

## Anine Bing

SAKS FIFTH AVENUE    SAKS FIFTH AVENUE

## Anine Bing

Look to Los Angeles-based brand Anine Bing for the latest in casual coolness. Bing's designs are thoughtfully sourced—made to last forever in your wardrobe and not just seasons. For the modern woman looking to err on the edgier side of fashion, you've arrived at the right place.



Photo: Courtesy of Anine Bing.

BVLGARI

DISCOVER MORE





Anine Bing mini Cleo bag

Anine Bing mini Jody bag

| $500 |
| SSENSE |

| $600 |
| SSENSE |





Anine Bing Colette shoulder bag

Anine Bing Nico bag

| $535 SSENSE |
|---|

| $350 ANINE BING |
|---|



## Neous



UK label Neous is known for its minimalist approach to all designs, whether ready-to-wear or accessories. Handcrafted in Italy, each handbag comes in unique silhouettes inspired by modern art. Its 'Phoenix' handbag in a burnt burgundy is especially covetable.

Photo: Courtesy of Neous.





Neous Phoenix leather shoulder bag

Neous Delphinus bag

| $935 NET-A-PORTER |
|---|

| $625 NEOUS |
|---|









Neous Scorpius leather tote

Neous Corvus leather shoulder bag

$935
NET-A-PORTER

$780
NET-A-PORTER

## Little Liffner

With a 'less is more' mantra, Little Liffner's minimalist designs reflect the brand's Scandinavian roots. Its bags, however, are perfectly playful, featuring delightful details like sculptural shapes and macaroni gold hardware. To tote a Little Liffner handbag is to make a subtle yet striking statement.



Photo: Courtesy of Little Liffner.





Little Liffner Open Tulip tote

Little Liffner Rainbow shoulder bag

$585
LITTLE LIFFNER

$495
SSENSE

| $585<br>LITTLE LIFFNER | $495<br>SSENSE |
|---|---|

 



BVLGARI

DISCOVER MORE

Little Liffner mini Maccheroni bag    Little Liffner slanted shoulder bag

| $495<br>SSENSE | $495<br>SSENSE |
|---|---|

## Savette



Founded by designer Amy Zurek, Savette honors traditional leather craftsmanship done in a more modern manner. Each handbag is made with longevity in mind—the intention being to pass it down from generation to generation. With such sleek silhouettes, challenge accepted.

Photo: Courtesy of Savette.

 

Savette Tondo small leather shoulder bag    Savette Symmetry slim symmetry pochette



Savette Tondo small leather shoulder bag

| $1,550 |
| NET-A-PORTER |



Savette Symmetry slim symmetry pochette

| $1,390 |
| SAVETTE |



BVLGARI

DISCOVER MORE



Savette Symmetry 19 leather shoulder bag

| $1,750 |
| NET-A-PORTER |

Savette The Symmetry 26 suede shoulder bag

| $1,950 |
| BERGDORF GOODMAN |

## Porto

Porto's line of fine leather pouches is the definition of quiet luxury. 'The Pouch' is roomy enough to fit your essentials, making it the perfect work bag, while the Mini Pouch is a chic choice for nights out.



Photo: Courtesy of Porto.









BVLGARI

DISCOVER MORE

Porto The Pouch

Porto The Pouch

| $250 |
| PORTO |

| $250 |
| PORTO |





Porto The Mini

Porto The Mini

| $195 |
| PORTO |

| $195 |
| PORTO |

## Wandler



Elza Wandler founded her eponymous label to encourage women to find their unique personal styles. While the classics can be found, like sleek shoulder bags in black and chestnut, other options, like its 'Carly' splattered leather bag, are defined as the perfect city companion.

Photo: Courtesy of Wandler.

Photo: Courtesy of Wandler.







Wandler Carly mini printed leather shoulder bag

| $700 NET-A-PORTER |
|---|

Wandler Penelope micro leather shoulder bag

| $840 NET-A-PORTER |
|---|





Wandler Lin leather shoulder bag

| $1,060 NET-A-PORTER |
|---|

Wandler Uma Box leather shoulder bag

| $980 NET-A-PORTER |
|---|

## Hereu

With roots in the Spanish Mediterranean, each Hereu handbag simultaneously incorporates artisanal traditions with contemporary designs. With details such as braiding and cool canvas, a Hereu tote is the ultimate



Mediterranean, each Hereu handbag simultaneously incorporates artisanal traditions with contemporary designs. With details such as braiding and cool canvas, a Hereu tote is the ultimate piece of resort wear no matter the season.



Photo: Courtesy of Hereu.

BVLGARI

DISCOVER MORE



Hereu Cala small canvas tote bag

| $455 |
| BERGDORF GOODMAN |



Hereu Bombon braided leather top-handle bag

| $490 |
| BERGDORF GOODMAN |



Hereu Galleda small woven straw bucket bag

| $445 |
| BERGDORF GOODMAN |



Hereu Sinia braided-front leather cross-body bag

| $575 |
| MATCHESFASHION |

## Boyy

# Boyy



New York-based brand Boyy was founded in 2006 by designers Jesse Dorsey and Wannasiri Kongman with the intention being to create fresh and forward-thinking designs. The label's signature oversized buckle is just one of many unique details not to be missed.

Photo: Courtesy of Boyy.



BVLGARI

DISCOVER MORE





Boyy Bobby 18 Liquida D'Oro buckled leather tote

Boyy Wonton 20 leather tote

| $1,395 |
| NET-A-PORTER |

| $1,140 |
| NET-A-PORTER |





Boyy Bobby Soft woven raffia and buckled leather tote

Boyy Bobby 18 Soft buckled textured-leather shoulder bag

| $995 |
| NET-A-PORTER |

| $1,195 |
| NET-A-PORTER |

Boyy Bobby Soft woven raffia and buckled leather tote

Boyy Bobby 18 Soft buckled textured-leather shoulder bag

| $995 NET-A-PORTER |
| --- |

| $1,195 NET-A-PORTER |
| --- |



BVLGARI

DISCOVER MORE

## Nothing Written

Designed in Seoul, Nothing Written is committed to crafting sensible and stylish pieces meant for daily life and everyday wear. Each minimalist bag beautifully blends in with your other wardrobe essentials, say a cozy cashmere knit or a live-in pair of denim.



Photo: Courtesy of Nothing Written.





Nothing Written classic golf bag

**NOTHING WRITTEN**
Ain tote

| $375 SSENSE |
| --- |

| $230 $175 SSENSE |
| --- |











Nothing Written Ferry bag

Nothing Written suede shoulder bag

| $350 SSENSE |
| --- |

| $295 SSENSE |
| --- |

## Aesther Ekme



Aesther Ekme's sculptural aesthetic can be felt throughout each and every one of its designs. Each bag is perfectly polished—and made with the highest quality materials, which makes all the difference when choosing your handbag of choice.

Photo: Courtesy of Aesther Ekme.





Aesther Ekme Demi lune leather tote bag

Aesther Ekme fold-over leather shoulder bag

| $506 BERGDORF GOODMAN |
| --- |

| $495 BERGDORF GOODMAN |
| --- |











BVLGARI

DISCOVER MORE

Aesther Ekme soft bag

Aesther Ekme maxi Marin tote

$590
SSENSE

$615
SSENSE

## ATP Atelier

Two close friends, Maj-La and Jonas, founded ATP Atelier out of an obsession with the finest leather, precious details, and expert craftsmanship. While some designs lean more structural for a more unique customer, others are perfectly classic and timeless.



Photo: Courtesy of ATP Atelier.





ATP Atelier Caselle leather shoulder bag

ATP Atelier Cortona nappa medium tote



ATP Atelier Caselle leather shoulder bag

| $440 |
| --- |
| 24S |



ATP Atelier Cortona nappa medium tote bag

| $635 |
| --- |
| 24S |



BVLGARI

DISCOVER MORE



ATP Atelier Arezzo leather handbag

| $570 |
| --- |
| 24S |

ATP Atelier Assisi leather baguette bag

| $570 |
| --- |
| 24S |

## Marge Sherwood



Marge Sherwood's designs are known about town, seen toted by fashion darlings and street stylers alike. Fun fact: the brand's name is born from the heroine in the film *The Talented Mr. Ripley* and each design is made to reflect her sought-after sophisticated style.

Photo: Courtesy of Marge Sherwood.









BVLGARI

DISCOVER MORE

Marge Sherwood mini patent leather bag

Marge Sherwood Bessette bag

| $305 SSENSE |
|---|

| $520 SSENSE |
|---|





Marge Sherwood Medium hobo suede shoulder bag

Marge Sherwood Bessette leather shoulder bag

| $363 LUISAVIAROMA |
|---|

| $292 LUISAVIAROMA |
|---|

## By Far

By Far is an accessories brand that is constantly reinventing the classics. Founded by a set of sisters in 2016, the label has become a staple in any cool-girls closet. Of its biggest supporters, you might ask? None other than Hailey Bieber.



Photo: Courtesy of By Far.



Photo: Courtesy of By Far.







By Far Gib shoulder bag

By Far mini Ami shoulder bag

$660
SSENSE

$570
REVOLVE





By Far Miranda shoulder bag

By Far Rachel nutella croco embossed bag

$595
SSENSE

$358
SHOPBOP

## Dragon Diffusion



There's no secret to the allure of basket bags in the summer season and no one is doing it better than Dragon Diffusion. Each of its handwoven bags is crafted with the intention—to make



There is no such thing as too many basket bags in the summer season and no one is doing it better than Dragon Diffusion. Each of its handwoven bags is crafted with the intention—to make a subtle statement and to do so sustainably. Coming in an array of neutral colorways, a Dragon Diffusion tote is a certified closet staple.

Photo: Courtesy of Dragon Diffusion.



BVLGARI

DISCOVER MORE



Dragon Diffusion Santa Croce Big woven leather tote

$440
NET-A-PORTER



Dragon Diffusion Triple Jump woven-leather basket bag

$410
MATCHESFASHION



Dragon Diffusion Nantucket large woven leather tote

$495
NET-A-PORTER



Dragon Diffusion Triple Jump large woven-leather basket bag

$376
MATCHESFASHION

Drag... leather tote ... leather basket bag

$495
NET-A-PORTER

$376
MATCHESFASHION



## Edas

New York-based brand Edas'
designs are rooted in craftsmanship
and innovation. With playful
shapes and pops of colors, an Edas
handbag packs the perfect punch.



Photo: Courtesy of Edas.





Edas Yshaia leather shoulder bag

Edas Maria leather baguette bag

$435
NORDSTROM

$395
NORDSTROM







Edas x Mexico Cynthia colorblock leather bucket bag

Edas mini Yshaia leather shoulder bag

| $485 NORDSTROM | $310 NORDSTROM |
|---|---|



BVLGARI

DISCOVER MORE

## Staud



There's no denying the appeal of Sarah Staudinger's designs, whether it's her culty ready-to-wear collections or her minimalist handbag selection. When it comes to the brand's bags, each one reflects (you could even say starts) the latest trends. Our favorites include its modern moon bags, sleek shoulder bags, and funky bean bags.

Photo: Courtesy of Staud.





Staud raffia moon tote

Staud Bean ruched leather shoulder bag

| $295 SAKS FIFTH AVENUE | $195 SAKS FIFTH AVENUE |
|---|---|









BVLGARI

DISCOVER MORE

Staud Alec bag

Staud Ollie polished leather top handle bag

| $350 |
| STAUD |

| $250 |
| LUISAVIAROMA |

## Brandon Blackwood

Brandon Blackwood's handbag collection is a surefire way to make a statement these days. Coming in an array of textures, like denim and croc, no design is the same—and for the better. Wear yours with a muted fashion foundation to make sure that the bag shines the brightest.



Photo: Courtesy of Brandon Blackwood.





Brandon Blackwood Kendrick croc-embossed leather top handle bag

Brandon Blackwood mini Valentina leather chain shoulder bag

| $300 |

| $285 |

Brandon Blackwood Kendrick croc-embossed leather top handle bag

| $300 |
| SAKS FIFTH AVENUE |

Brandon Blackwood mini Valentina leather chain shoulder bag

| $285 |
| SAKS FIFTH AVENUE |


BVLGARI

DISCOVER MORE





Brandon Blackwood Nia denim logo shoulder bag

| $400 |
| SAKS FIFTH AVENUE |

Brandon Blackwood Cortni leather shoulder bag

| $200 |
| SAKS FIFTH AVENUE |

## Cuyana



Female-founded brand Cuyana is committed to offering fewer but better collections that embody timelessness, sustainability, and expert craftsmanship. For the more minimally minded, a Cuyana tote is the perfect accessory to invest in.

Photo: Courtesy of Cuyana.







Cuyana System tote

Cuyana sculpted handle bag

$278
CUYANA

$328
CUYANA





Cuyana double loop bag

Cuyana Easy tote

$348
CUYANA

$248
CUYANA

## Elleme

Paris-based brand, Elleme, defines the French-girl aesthetic we all know and love. Its simple yet chic designs are made with the modern woman in mind. Wear yours with a simple knit and a pair of jeans for maximum effect.



Photo: Courtesy of Elleme.



Photo: Courtesy of Elleme.






BVLGARI

DISCOVER MORE

Elleme Dimple canvas zip shoulder bag

Elleme Dimple shoulder bag

$445
NEIMAN MARCUS

$320
FARFETCH




Elleme Space leather shoulder bag

Elleme Vague shoulder bag

$538
FARFETCH

$494
FARFETCH

## Shop More Bags From Vogue Shopping

- 32 Minimalist Bags That Whisper Chic—From Khaite to Everlane

- The Best Crossbody Bags to Shop Now

- The Best Work Bags for Women Are Stylish and Functional

- 32 <u>Minimalist Bags</u> That Whisper Chic—From Khaite to Everlane

- The <u>Best Crossbody Bags</u> to Shop Now

- The <u>Best Work Bags for Women</u> Are Stylish and Functional

- The <u>Best Everyday Handbags</u>, According to *Vogue* Editors

- The 40 <u>Best Wallets for Women</u> to Shop Now

---

<u>Laura Jackson</u> is one of Vogue.com's resident commerce writers and is a self-proclaimed connoisseur of all things chic. She gained a keen editorial eye earlier in her career, curating fashion shoots all over the world as market editor at *W Magazine*. She joined *Vogue*'s Shopping Team in June 2022 to... <u>Read more</u>

---

Topics     Bags     It Bags     Emerging Designer     Accessories

---

# Vogue Daily

The latest in top fashion stories, editor's picks, and celebrity style.

| | SIGN UP NOW |
|---|---|

By signing up you agree to our <u>User Agreement</u> (including the <u>class action waiver and arbitration provisions</u>), our <u>Privacy Policy & Cookie Statement</u> and to receive marketing and account-related emails from Vogue. You can unsubscribe at any time. This site is protected by reCAPTCHA and the Google <u>Privacy Policy</u> and <u>Terms of Service</u> apply.

## READ MORE



SHOPPING
The Best Raffia Bags Aren't Just for the Beach—Shop 56

SHOPPING
Jennifer Lawrence's Summer-in-the-City Style Is Fail Proof–



SHOPPING

The Best Raffia Bags Aren't Just for the Beach—Shop 56 Chic, City-Friendly Styles

BY LAURA JACKSON

SHOPPING

Jennifer Lawrence's Summer-in-the-City Style Is Fail Proof—Steal Her Looks, Here

BY KRISTINA RUTKOWSKI

SPONSORED CONTENT

Raising The Barre With Ferragamo And Francesca Hayward

SPONSORED BY FERRAGAMO

RUNWAY

New Ways Forward: A Spring 2025 Copenhagen Fashion Week Preview

BY LAIRD BORRELLI-PERSSON

WEDDINGS

Kitten Heels, Anti-Bridal Dresses, and Pink Veils: Summer 2024's Biggest Wedding Trends

BY ALICE NEWBOLD

SHOPPING

Easy Does It! Lean Into Laidback Summer Dressing With These 10 Flip-Flop Outfit Ideas

BY LAURA JACKSON

Taboola Feed    U.S. Privacy    Sponsored Links by Taboola



These Bargain Train Tours Will Leave You Speechless



The Cost Of Dental Implants For Seniors in 2024 (See



8 "Ridiculous" Veteran Perks (See Full List)



These Bargain Train Tours Will Leave You Speechless

FavoriteSearches



The Cost Of Dental Implants For Seniors in 2024 (See Pricing)

Best Searches



8 "Ridiculous" Veteran Perks (See Full List)

Veterans Savings List

Learn More

Redwood City: These New Senior Living Apartments Are Stunning

Best Searches Now

Benefits of State Farm Auto Insurance for Seniors

Auto Insurance

Learn More

Rub Toothpaste On Your Fingernails, Here's Why

LifeHackin



BVLGARI

DISCOVER MORE



VOGUE CLUB

FIND YOUR FRIENDS IN FASHION

JOIN VOGUE CLUB

# VOGUE

The latest fashion news, beauty coverage, celebrity style, fashion week updates, culture reviews, and videos on Vogue.com.

## MORE FROM VOGUE

NEWSLETTER

CUSTOMER CARE

VERIFY SUBSCRIPTION

CONTACT US

ABOUT VOGUE

CAREERS

PROJECTS

VOGUE ARCHIVE

## SEE MORE STORIES

FASHION

BEAUTY

CULTURE

LIVING

RUNWAY

SHOPPING

MAGAZINE

GIFT GUIDES

FIND YOUR FRIENDS IN FASHION

JOIN VOGUE CLUB

# VOGUE

The latest fashion news, beauty coverage, celebrity style, fashion week updates, culture reviews, and videos on Vogue.com.

    

**MORE FROM VOGUE**

NEWSLETTER

CUSTOMER CARE

VERIFY SUBSCRIPTION

CONTACT US

ABOUT VOGUE

CAREERS

PROJECTS

VOGUE ARCHIVE

FORCES OF FASHION

VOGUE SUMMER SCHOOL NYC

**SEE MORE STORIES**

FASHION

BEAUTY

CULTURE

LIVING

RUNWAY

SHOPPING

MAGAZINE

GIFT GUIDES

USER AGREEMENT  |  PRIVACY POLICY  |  YOUR CALIFORNIA PRIVACY RIGHTS  |  ACCESSIBILITY HELP  |  MASTHEAD

|  VISUAL STORIES  |  📷 COOKIE SETTINGS

CN Fashion & Beauty

United States ⌄

© 2024 Condé Nast. All rights reserved. Vogue may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices