**≡FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3415
qdisa@foley.com

August 22, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Federal Trade Commission v Tapestry, Inc.,* et al*.,* Case No. 1:24-cv-03109-JLR

Dear Judge Rochon:

This firm represents non-party Steven Madden, Ltd. ("Steve Madden") in connection with the above-referenced matter. On August 9, 2024, Steve Madden filed a letter (Dkt. 133) requesting that the unredacted transcript of Steve Madden's Fed. R. Civ. P. 30(b)(6) deposition ("Unredacted PX5040")—which the Federal Trade Commission included as an exhibit to its Memorandum of Law in Support of its Motion for Preliminary Injunction—be kept under seal and only be reviewed *in camera* if admitted into evidence. This request has not yet been ruled upon.

On August 20, 2024, Defendants Tapestry, Inc. and Capri Holdings Limited (collectively, "Defendants") filed an Opposition to the Federal Trade Commission's Motion for Preliminary Injunction (Dkt. 161). Included as an exhibit to the Defendants' brief was an unredacted copy of the same Steve Madden deposition transcript as Unredacted PX5040, which this time was labeled as Defense Exhibit 56 ("Defense Exhibit 56") (Dkt. 160, Exh. 56). As the Federal Trade Commission had done previously, the Defendants concurrently filed a redacted, public version of the deposition transcript, in which the confidential business information of Steve Madden is redacted.

By way of this letter in support of Defendants' letter-motion (Dkt. 155) seeking "an order granting [Defendants' letter] motion and sealing … Exhibits containing Confidential Material," Steve Madden respectfully renews its request that the unredacted deposition transcript filed as Unredacted PX5040/Defense Exhibit 56 be kept under seal and only be reviewed *in camera* if admitted into evidence. As Steve Madden explained in its August 9, 2024, letter in support of the FTC's letter-motion (Dkt. 120), which Steve Madden hereby incorporates by reference, this request comports with the standards for sealing set forth by the U.S. Court of Appeals for the Second Circuit. Public access to the testimony at issue in Unredacted PX5040/Defense Exhibit 56 would provide insight into Steve Madden's confidential business processes and competitive intelligence. As a non-party, Steve Madden is entitled to the protection of this confidential information. Accordingly, Steve Madden



Hon. Jennifer L. Rochon
August 22, 2024
Page 2

respectfully requests that Unredacted PX5040/Defense Exhibit 56 be kept under seal and only be reviewed *in camera* if admitted into evidence in any subsequent proceeding in this matter.

    Respectfully submitted,

    */s/ Quinn N. D'Isa*

    Quinn N. D'Isa, Esq.

cc: Counsel of Record (via ECF)