

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

August 26, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: <u>Federal Trade Commission v. Tapestry, Inc., et al.</u>, Case No. 1:24-cv-03109-JLR

Dear Judge Rochon:

  Pursuant to this Court's Rule of Individual Practice 4(B)(iii) and Paragraph 9 of the Stipulated Protective Order, Dkt No. 70 (the "Protective Order"), the Federal Trade Commission ("FTC") respectfully submits this letter motion seeking an order sealing portions of Plaintiff's Motion to Exclude Testimony of Karen Giberson ("Motion").

  The information the FTC seeks to redact in the Motion references information designated confidential by Tapestry Inc., Capri Holdings Limited, and/or third parties. In designating the information confidential, Tapestry Inc., Capri Holdings Limited, and/or third parties asserted that the information is commercially and competitively sensitive and that they will be harmed by its disclosure.

  To comply with the Protective Order, the FTC respectfully requests that this letter motion be granted in its entirety and an the Court "So Order" the FTC's request to file portions of the Motion to Exclude Testimony of Karen Giberson and supporting materials under seal.

  The FTC further asserts that it previously complied with this Court's Rule of Individual Practice 4(B)(iii) by notifying, and meeting and conferring with, counsel for Tapestry and Capri and third parties to inform them of the FTC's intention to file confidential information with its motions and of this Court's Rule of Individual Practice 4(B)(iii) requiring them to file letter motions to seal within three days of the Motion. *See* Dkt. No 120.

Respectfully submitted,

<u>S/ Frances Anne Johnson</u>
Frances Anne Johnson (MD Bar - No Number) (*pro hac*)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: (202) 326-3221
Email: fjohnson@ftc.gov

cc: All Counsel of Record (via ECF)