505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

August 26, 2024

<u>VIA ECF</u>

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: *Federal Trade Commission v. Tapestry, Inc.*, No. 1:24-cv-03109-JLR: Letter Motion To Seal

Dear Judge Rochon,

Pursuant to Rule 4(B)(iii)(c) of this Court's Individual Rules of Practice in Civil Cases and Paragraph 9 of the Stipulated Protective Order (ECF No. 70), Defendants Tapestry, Inc. ("Tapestry") and Capri Holdings Limited ("Capri") respectfully move this Court to permit Defendants to file under seal exhibits to their Motion to Exclude Dr. Loren Smith's Opinions Regarding and Relying On His Diversion Analysis ("Motion").

These exhibits contain Defendants' Confidential Material, as that term is defined in Paragraph 1(a) of the Stipulated Protective Order. Specifically, exhibits to the Motion quote and describe nonpublic Tapestry and Capri documents that contain confidential commercial and competitively sensitive information, as well as deposition testimony reflecting confidential commercial and competitively sensitive information. The disclosure of this information would harm Defendants and the information should therefore remain under seal. *See Athena Art Fin. Corp. v. Certain Artwork by Jean-Michel Basquiat Entitled Humidity, 1982*, No. 20CV04669GBDVF, 2024 WL 1195279, at *2 (S.D.N.Y. Mar. 20, 2024) (stating that "[c]ourts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business interests and financial information," and collecting cases); *W.J. Deutsch & Sons Ltd. v. Diego Zamora S.A*, No. 1:21-CV-11003-LTS, 2022 WL 890184, at *2 (S.D.N.Y. Mar. 25, 2022) ("courts will commonly grant a company's request for sealing of proprietary business information, such as internal analyses, business strategies, or customer negotiations when disclosure of that information could provide competitors with an unearned advantage" and thereby "harm a litigant's competitive standing in the market" (citations and internal quotation marks omitted)).

Defendants respectfully request that the Court enter an order granting this motion and sealing those exhibits accompanying the Motion that contain Confidential Material.

**LATHAM & WATKINS** LLP

Respectfully submitted,

*/s/* Alfred C. Pfeiffer

Alfred C. Pfeiffer (*pro hac vice*)
Christopher S. Yates (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
al.pfeiffer@lw.com
chris.yates@lw.com

Amanda P. Reeves (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
Lindsey S. Champlin (*pro hac vice*)
Jennifer L. Giordano
David L. Johnson (*pro hac vice*)
Seung Wan (Andrew) Paik (*pro hac vice*)
Mary A. Casale (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
amanda.reeves@lw.com
ian.conner@lw.com
lindsey.champlin@lw.com
jennifer.giordano@lw.com
david.johnson@lw.com
andrew.paik@lw.com
mary.casale@lw.com
chris.brown@lw.com

Lawrence E. Buterman
LATHAM & WAKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP

LATHAM&WATKINS LLP

                                                330 North Wabash Avenue, Suite 2800
                                                Chicago, IL 60611
                                                Telephone: (312) 876-7700
                                                Facsimile: (312) 993-9767
                                                sean.berkowitz@lw.com

*Attorneys for Tapestry, Inc.*

*/s/ Jonathan M. Moses*
Jonathan M. Moses[1]
Elaine P. Golin
Adam L. Goodman
Brittany A. Fish
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com
EPGolin@wlrk.com
ALGoodman@wlrk.com
BAFish@wlrk.com

*Attorneys for Capri Holdings Limited*

cc:     All Counsel of Record (via ECF)

---

[1] Electronic signatures used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.