IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br>v.<br><br>TAPESTRY, INC.,<br><br>and<br><br>CAPRI HOLDINGS LIMITED,<br><br>        Defendants. | Civil Action No. 1:24-cv-03109 |

# NOTICE OF DEFENDANTS TAPESTRY, INC. & CAPRI HOLDINGS LIMITED'S MOTION TO EXCLUDE DR. LOREN SMITH'S OPINIONS REGARDING AND RELYING ON HIS DIVERSION ANALYSIS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated August 26, 2024, the Declaration of David L. Johnson, dated August 26, 2024, and the exhibits thereto, Defendants Tapestry, Inc. and Capri Holdings Limited move this Court, before the Honorable Jennifer L. Rochon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 20B, New York, NY 10007, for an Order granting their Motion to Exclude Dr. Loren Smith's Opinions Regarding and Relying On His Diversion Analysis pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Dated: August 26, 2024

                                                    Respectfully submitted,

                                                    */s/* Alfred C. Pfeiffer
                                                    Alfred C. Pfeiffer (*pro hac vice*)
                                                    Christopher S. Yates (*pro hac vice*)
                                                    LATHAM & WATKINS LLP
                                                    505 Montgomery Street, Suite 2000
                                                    San Francisco, CA 94111

Telephone: (415) 395-8240
Facsimile: (415) 395-8095
al.pfeiffer@lw.com
chris.yates@lw.com

Amanda P. Reeves (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
Lindsey S. Champlin (*pro hac vice*)
Jennifer L. Giordano
David L. Johnson (*pro hac vice*)
Seung Wan (Andrew) Paik (*pro hac vice*)
Mary A. Casale (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
amanda.reeves@lw.com
ian.conner@lw.com
lindsey.champlin@lw.com
jennifer.giordano@lw.com
david.johnson@lw.com
andrew.paik@lw.com
mary.casale@lw.com
chris.brown@lw.com

Lawrence E. Buterman
LATHAM & WAKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
sean.berkowitz@lw.com

*Attorneys for Tapestry, Inc.*

/s/ Jonathan M. Moses
Jonathan M. Moses[1]
Elaine P. Golin
Adam L. Goodman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
JMMoses@wlrk.com
EPGolin@wlrk.com
ALGoodman@wlrk.com

*Attorneys for Capri Holdings Limited*

---

[1] Tapestry uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.