**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

                              Plaintiff,

              v.

TAPESTRY, INC.,

and

CAPRI HOLDINGS LIMITED,

                              Defendants.

Case No. 1:24-cv-03109-JLR

**REDACTED VERSION**

## DECLARATION OF ABBY L. DENNIS IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION

I, Abby L. Dennis, an attorney acting on behalf of the United States government, declare the following is true and correct under penalty of perjury.

1. I am an attorney for the Federal Trade Commission (the "Commission" or "FTC"), Bureau of Competition, and counsel for Plaintiff FTC in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration. I submit this declaration in support of the FTC's Motion for Preliminary Injunction.

2. Attached to this declaration and identified in the index below as **Doc. Nos. 1-28, 74-77** are true and correct copies of documents produced by and designated confidential by Defendant Tapestry, Inc. ("Tapestry").

3. Attached to this declaration and identified in the index below as **Doc. Nos. 29-41** are true and correct copies of documents produced by and designated confidential by Defendant Capri Holdings Limited ("Capri").

4. Attached to this declaration and identified in the index below as **Doc. No. 42**

**(PX3150 (** ██████████████████ **))** is a true and correct copy of a document produced by and designated confidential by ██████████ .

5.     Attached to this declaration and identified in the index below as **Doc. No. 43** **(PX3201 (** ████████████ **))** is a true and correct copy of a document produced by and designated confidential by ████████████ .

6.     Attached to this declaration and identified in the index below as **Doc. No. 44** **(PX5006)** is a true and correct copy of the transcript of the deposition of Todd Kahn (June 14, 2024) designated confidential by Tapestry.

7.     Attached to this declaration and identified in the index below as **Doc. No. 45** **(PX5011)** is a true and correct copy of the transcript of the deposition of Michael Kors (June 21, 2024) designated confidential by Capri.

8.     Attached to this declaration and identified in the index below as **Doc. No. 46** **(PX5019)** is a true and correct copy of the transcript of the deposition of Joanne Crevoiserat (July 2, 2024) designated confidential by Tapestry.

9.     Attached to this declaration and identified in the index below as **Doc. No. 47** **(PX5020)** is a true and correct copy of the transcript of the deposition of Pamela Lifford (July 10, 2024) designated confidential by Tapestry.

10.     Attached to this declaration and identified in the index below as **Doc. No. 48** **(PX5026)** is a true and correct copy of the transcript of the deposition of ██████ ██████ (July 16, 2024) designated confidential by ████████████ .

11.     Attached to this declaration and identified in the index below as **Doc. No. 49** **(PX5027)** is a true and correct copy of the transcript of the deposition of Liz Harris (July 16, 2024) designated confidential by Tapestry.

12.    Attached to this declaration and identified in the index below as **Doc. No. 50**

**(PX5028)** is a true and correct copy of the transcript of the deposition of Liz Harris as

a corporate representative (July 16, 2024) designated confidential by Tapestry.

13.    Attached to this declaration and identified in the index below as **Doc. No. 51**

**(PX5032)** is a true and correct copy of the transcript of the deposition of ███

███ (July 17, 2024) designated confidential by ██████████████████

███

14.    Attached to this declaration and identified in the index below as **Doc. No. 52**

**(PX5035)** is a true and correct copy of the transcript of the deposition of Liz Fraser

(July 18 2024) designated confidential by Tapestry.

15.    Attached to this declaration and identified in the index below as **Doc. No. 53**

**(PX5036)** is a true and correct copy of the transcript of the deposition of Peter

Charles (July 18, 2024) designated confidential by Tapestry.

16.    Attached to this declaration and identified in the index below as **Doc. No. 54**

**(PX5037)** is a true and correct copy of the transcript of the deposition of ██████

██████ (July 19, 2024) designated confidential by ███████

17.    Attached to this declaration and identified in the index below as **Doc. No. 55**

**(PX5038)** is a true and correct copy of the transcript of the deposition of ███

███ (July 19, 2024) designated confidential by ████████████████

███████

18.    Attached to this declaration and identified in the index below as **Doc. No. 56**

**(PX5040)** is a true and correct copy of the transcript of the deposition of Sloan

Tichner (July 22, 2024) designated confidential by Steve Madden, Ltd. The publicly

filed version of this exhibit will appear in redacted form, with the redactions designated by Steve Madden, Ltd.

19.    Attached to this declaration and identified in the index below as **Doc. No. 57 (PX5046)** is a true and correct copy of the transcript of the deposition of ████ ████ (July 24, 2024) designated confidential by ████████████

20.    Attached to this declaration and identified in the index below as **Doc. No. 58 (PX5052)** is a true and correct copy of the transcript of the deposition of ████ ████ (July 29, 2024) designated confidential by ████████

21.    Attached to this declaration and identified in the index below as **Doc. No. 59 (PX5053)** is a true and correct copy of the transcript of the deposition of Sandeep Seth (July 30, 2024) designated confidential by Tapestry.

22.    Attached to this declaration and identified in the index below as **Doc. No. 60 (PX5058)** is a true and correct copy of the transcript of the deposition of ████ ████ (Aug. 5, 2024) designated confidential by ████████████

23.    Attached to this declaration and identified in the index below as **Doc. No. 61 (PX6000)** is a true and correct copy of the Initial Expert Report of Dr. Loren K Smith (July 26, 2024).

24.    Attached to this declaration and identified in the index as **Doc. No. 62 (PX7054)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q4 2023 Tapestry Inc Earnings Call – Final* (Aug. 17, 2023).

25.    Attached to this declaration and identified in the index as **Doc. No. 63 (PX7095)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (May 26, 2021).

26.     Attached to this declaration and identified in the index as **Doc. No. 64 (PX7096)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (June 1, 2022).

27.     Attached to this declaration and identified in the index as **Doc. No. 65 (PX7097)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (May 29, 2019).

28.     Attached to this declaration and identified in the index as **Doc. No. 66 (PX7098)** is a true and correct copy of the Annual Report for Capri Holdings, Limited (Form 10-K) (May 31, 2023).

29.     Attached to this declaration and identified in the index as **Doc. No. 67 (PX7104)** is a true and correct copy of the Annual Report for Tapestry, Inc., (Form 10-K) (Aug. 18, 2022).

30.     Attached to this declaration and identified in the index as **Doc. No. 68 (PX7105)** is a true and correct copy of the Annual Report for Tapestry, Inc., (Form 10-K) (Aug. 17, 2023).

31.     Attached to this declaration and identified in the index as **Doc. No. 69 (PX7138)** is a true and correct copy of a Fair Disclosure Wire transcript entitled *Q4 2022 Capri Holdings Ltd Earnings Call – Final* (June 1, 2022).

32.     Attached to this declaration and identified in the index as **Doc. No. 70 (PX7182)** is a true and correct copy of a page from the website rebeccaminkoff.com, titled *About Rebecca Minkoff*, located at https://www.rebeccaminkoff.come/pages/about (Last visited Mar. 27, 2024).

33.     Attached to this declaration and identified in the index as **Doc. No. 71 (PX7187)** is a

true and correct copy of a page from the website simone.co.kr titled *Simone Way*,
located at https://www.simone.co.kr/eng/index.php?pCode=way (Last visited Mar.
27, 2024).

34. Attached to this declaration and identified in the index as **Doc. No. 72 (PX7436)** is a
true and correct copy of a Fair Disclosure Wire transcript entitled *Q4 2024 Tapestry
Inc Earnings Call – Final (Aug. 15, 2024)*.

35. Attached to this declaration and identified in the index as **Doc. No. 73 (PX7440)** is a
true and correct copy of a publicly available document titled *Annual Report Two
Thousand Sixteen*, by Macy's Inc.

## EXHIBIT INDEX



| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 1 | PX1014 | | Tapestry |
| 2 | PX1074 | | Tapestry |
| 3 | PX1078 | | Tapestry |
| 4 | PX1088 | | Tapestry |
| 5 | PX1096 | | Tapestry |
| 6 | PX1129 | | Tapestry |
| 7 | PX1160 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 8 | PX1216 | | Tapestry |
| 9 | PX1265 | | Tapestry |
| 10 | PX1271 | | Tapestry |
| 11 | PX1306 | | Tapestry |
| 12 | PX1325 | | Tapestry |
| 13 | PX1327 | | Tapestry |
| 14 | PX1328 | | Tapestry |
| 15 | PX1334 | | Tapestry |
| 16 | PX1354 | | Tapestry |
| 17 | PX1374 | | Tapestry |
| 18 | PX1379 | | Tapestry |
| 19 | PX1431 | | Tapestry |
| 20 | PX1497 | | Tapestry |
| 21 | PX1704 | | Tapestry |



| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 22 | PX1723 |  | Tapestry |
| 23 | PX1726 | | Tapestry |
| 24 | PX1731 | | Tapestry |
| 25 | PX1740 | | Tapestry |
| 26 | PX1862 | | Tapestry |
| 27 | PX1936 | | Tapestry |
| 28 | PX1937 | | Tapestry |
| 29 | PX2010 | | Capri |
| 30 | PX2048 | | Capri |
| 31 | PX2117 | | Capri |
| 32 | PX2128 | | Capri |
| 33 | PX2132 | | Capri |
| 34 | PX2167 | | Capri |
| 35 | PX2169 | | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 36 | PX2257 | ████████████████████████ | Capri |
| 37 | PX2379 | ████████████████████████ | Capri |
| 38 | PX2435 | ████████████████████████ | Capri |
| 39 | PX2438 | ████████████████████████ | Capri |
| 40 | PX2674 | ████████████████████████ | Capri |
| 41 | PX2753 | ████████████████████████ | Capri |
| 42 | PX3150 | ████████████████████████ | Tory Burch |
| 43 | PX3201 | ████████████████████████ | Ralph Lauren |
| 44 | PX5006 | Deposition Transcript of Todd Kahn (June 14, 2024) | Tapestry |
| 45 | PX5011 | Deposition Transcript of Michael Kors (June 21, 2024) | Capri |
| 46 | PX5019 | Deposition Transcript of Joanne Crevoiserat (July 2, 2024) | Tapestry |
| 47 | PX5020 | Deposition Transcript of Pamela Lifford (July 10, 2024) | Tapestry |
| 48 | PX5026 | Deposition Transcript of ██████████ (July 16, 2024) | ██████████ |
| 49 | PX5027 | Deposition Transcript of Liz Harris (July 16, 2024) | Tapestry |
| 50 | PX5028 | Deposition Transcript of Liz Harris (Tapestry 30(b)(6)) (July 16, 2024) | Tapestry |
| 51 | PX5032 | Deposition Transcript of ██████████ (July 17, 2024) | ██████████ |
| 52 | PX5035 | Deposition Transcript of Liz Fraser (July 18, 2024) | Tapestry |
| 53 | PX5036 | Deposition Transcript of Peter Charles (July 18, 2024) | Tapestry |
| 54 | PX5037 | Deposition Transcript of ██████████ (July 19, 2024) | ██████ |
| 55 | PX5038 | Deposition Transcript of ██████████ (July 19, 2024) | ██████ |
| 56 | PX5040 | Deposition Transcript of Sloan Tichner (July 22, 2024) | Steve Madden |
| 57 | PX5046 | Deposition Transcript of ██████████ (July 24, 2024) | ██████ |
| 58 | PX5052 | Deposition Transcript of ██████████ (July 29, 2024) | ██████ |
| 59 | PX5053 | Deposition Transcript of Sandeep Seth (July 30, 2024) | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 60 | PX5058 | Deposition of ▮▮▮▮▮ (Aug. 5, 2024) | ▮▮▮▮▮ |
| 61 | PX6000 | Initial Expert Report of Dr. Loren K Smith (Jul. 26, 2024) | Plaintiff |
| 62 | PX7054 | Q4 2023 Tapestry Inc Earnings Call – Final (Aug. 17, 2023) | Publicly Available |
| 63 | PX7095 | Capri 2021 10-K | Publicly Available |
| 64 | PX7096 | Capri 2022 10-K | Publicly Available |
| 65 | PX7097 | Capri 2019 10-K | Publicly Available |
| 66 | PX7098 | Capri 2023 10-K | Publicly Available |
| 67 | PX7104 | Tapestry 2022 10-K | Publicly Available |
| 68 | PX7105 | Tapestry 2022 10-K | Publicly Available |
| 69 | PX7138 | Earnings Call Transcript: *Q4 2022 Capri Holdings Ltd Earnings Call – Final* (June 1, 2022). | Publicly Available |
| 70 | PX7182 | Website: Rebecca Minkoff, *About Rebecca Minkoff*, https://www.rebeccaminkoff.come/pages/about (Last visited Mar. 27, 2024). | Publicly Available |
| 71 | PX7187 | Website: Simone, *Simone Way*, https://www.simone.co.kr/eng/index.php?pCode=way (Last visited Mar. 27, 2024). | Publicly Available |
| 72 | PX7436 | Q4 2024 Tapestry Inc Earnings Call – Final (Aug. 15, 2024) | Publicly Available |
| 73 | PX7440 | Macy's Inc. Document: Macy's Inc. Annual Report 2016 | Publicly Available |
| 74 | PX8123 | ▮▮▮▮▮ | Tapestry |
| 75 | PX8124 | ▮▮▮▮▮ | Tapestry |
| 76 | PX8130 | ▮▮▮▮▮ | Tapestry |
| 77 | PX8167 | ▮▮▮▮▮ | Tapestry |

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2024

Respectfully submitted,

_S/ Abby L Dennis_
Abby L. Dennis
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2381
Email: adennis@ftc.gov

_Counsel for Plaintiff Federal Trade Commission_