**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                  Plaintiff,<br><br>    v.<br><br>TAPESTRY, INC.,<br><br>and<br><br>CAPRI HOLDINGS LIMITED,<br><br>                  Defendants. | Case No. 1:24-cv-03109-JLR<br><br>**REDACTED VERSION** |

**DECLARATION OF ABBY L. DENNIS IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S PRE-HEARING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

I, Abby L. Dennis, an attorney acting on behalf of the United States government, declare the following is true and correct under penalty of perjury.

1. I am an attorney for the Federal Trade Commission (the "Commission" or "FTC"), Bureau of Competition, and counsel for Plaintiff FTC in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration. I submit this declaration in support of the FTC's Pre-Hearing Proposed Findings of Fact and Conclusions of Law.

2. Attached to this declaration and identified in the index below as **Doc. Nos. 1-79, 195-197** are true and correct copies of documents produced by and designated confidential by Defendant Tapestry, Inc. ("Tapestry").

3. Attached to this declaration and identified in the index below as **Doc. Nos. 80-131** are true and correct copies of documents produced by and designated confidential by

Defendant Capri Holdings Limited ("Capri").

4. Attached to this declaration and identified in the index below as **Doc. Nos. 132-136** are true and correct copies of documents produced by and designated confidential by the third parties listed in the index below.

5. Attached to this declaration and identified in the index below as **Doc. No. 137 (PX4000)** is a true and correct copy of the declaration of ▉▉▉▉▉▉ (May 23, 2024) designated confidential by ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

6. Attached to this declaration and identified in the index below as **Doc. No. 138 (PX4002)** is a true and correct copy of the declaration of ▉▉▉▉▉▉ (July 8, 2024) designated confidential by ▉▉▉▉▉

7. Attached to this declaration and identified in the index below as **Doc. No. 139 (PX5000)** is a true and correct copy of an excerpt of the transcript of the Investigational Hearing of John Idol as a corporate representative of Capri (Feb. 29, 2024) designated confidential by Capri.

8. Attached to this declaration and identified in the index below as **Doc. No. 140 (PX5001)** is a true and correct copy of an excerpt of the transcript of the Investigational Hearing of John Idol in his personal capacity (Mar. 6, 2024) designated confidential by Capri.

9. Attached to this declaration and identified in the index below as **Doc. No. 141 (PX5002)** is a true and correct copy of an excerpt of the transcript of the Investigational Hearing of Joanne Crevoiserat as a corporate representative of Tapestry (Mar. 7, 2024) designated confidential by Tapestry.

10. Attached to this declaration and identified in the index below as **Doc. No. 142**

      **(PX5003)** is a true and correct copy of an excerpt of the transcript of the Investigational Hearing of Todd Kahn as a corporate representative of Coach and Tapestry (Mar. 5, 2024) designated confidential by Tapestry.

11. Attached to this declaration and identified in the index below as **Doc. No. 143 (PX5006)** is a true and correct copy of an excerpt of the transcript of the deposition of Todd Kahn (June 14, 2024) designated confidential by Tapestry.

12. Attached to this declaration and identified in the index below as **Doc. No. 144 (PX5008)** is a true and correct copy of an excerpt of the transcript of the deposition of Leigh Levine (June 19, 2024) designated confidential by Tapestry.

13. Attached to this declaration and identified in the index below as **Doc. No. 145 (PX5011)** is a true and correct copy of an excerpt of the transcript of the deposition of Michael Kors (June 21, 2024) designated confidential by Capri.

14. Attached to this declaration and identified in the index below as **Doc. No. 146 (PX5019)** is a true and correct copy of an excerpt of the transcript of the deposition of Joanne Crevoiserat (July 2, 2024) designated confidential by Tapestry.

15. Attached to this declaration and identified in the index below as **Doc. No. 147 (PX5020)** is a true and correct copy of an excerpt of the transcript of the deposition of Pamela Lifford (July 10, 2024) designated confidential by Tapestry.

16. Attached to this declaration and identified in the index below as **Doc. No. 148 (PX5021)** is a true and correct copy of an excerpt of the transcript of the deposition of John Idol (July 10, 2024) designated confidential by Capri.

17. Attached to this declaration and identified in the index below as **Doc. No. 149 (PX5022)** is a true and correct copy of an excerpt of the transcript of the deposition of

Cedric Wilmotte (July 10, 2024) designated confidential by Capri.

18. Attached to this declaration and identified in the index below as **Doc. No. 150** **(PX5026)** is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮ (July 16, 2024) designated confidential by ▮▮▮▮▮.

19. Attached to this declaration and identified in the index below as **Doc. No. 151** **(PX5027)** is a true and correct copy of an excerpt of the transcript of the deposition of Liz Harris (July 16, 2024) designated confidential by Tapestry.

20. Attached to this declaration and identified in the index below as **Doc. No. 152** **(PX5029)** is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮ (July 17, 2024) designated confidential by ▮▮▮▮▮.

21. Attached to this declaration and identified in the index below as **Doc. No. 153** **(PX5032)** is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮ (July 17, 2024) designated confidential by ▮▮▮▮▮.

22. Attached to this declaration and identified in the index below as **Doc. No. 154** **(PX5033)** is a true and correct copy of an excerpt of the transcript of the deposition of Philippa Newman Chapuis (July 18, 2024) designated confidential by Capri.

23. Attached to this declaration and identified in the index below as **Doc. No. 155** **(PX5035)** is a true and correct copy of an excerpt of the transcript of the deposition of Liz Fraser (July 18 2024) designated confidential by Tapestry.

24. Attached to this declaration and identified in the index below as **Doc. No. 156** **(PX5036)** is a true and correct copy of an excerpt of the transcript of the deposition of

Peter Charles (July 18, 2024) designated confidential by Tapestry.

25. Attached to this declaration and identified in the index below as **Doc. No. 157** **(PX5038)** is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮ (July 19, 2024) designated confidential by LVMH▮▮▮▮▮ ▮▮▮▮▮.

26. Attached to this declaration and identified in the index below as **Doc. No. 158** **(PX5040)** is a true and correct copy of an excerpt of the transcript of the deposition of Sloan Tichner (July 22, 2024) designated confidential by Steve Madden, Ltd. The publicly filed version of this exhibit will appear in redacted form, with the redactions designated by Steve Madden, Ltd.

27. Attached to this declaration and identified in the index below as **Doc. No. 159** **(PX5046)** is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮ (July 24, 2024) designated confidential by ▮▮▮▮▮ ▮▮.

28. Attached to this declaration and identified in the index below as **Doc. No. 160** **(PX5050)** is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮ (July 18, 2024) designated confidential by ▮▮▮▮▮.

29. Attached to this declaration and identified in the index below as **Doc. No. 161** **(PX5058)** is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮ (Aug. 5, 2024) designated confidential by ▮▮▮▮▮.

30. Attached to this declaration and identified in the index below as **Doc. No. 162** **(PX6000)** is a true and correct copy of the Initial Expert Report of Dr. Loren K. Smith (July 26, 2024).

31. Attached to this declaration and identified in the index below as **Doc. No. 163 (PX6001)** is a true and correct copy of the Expert Reply Report of Dr. Loren K. Smith (August 14, 2024).

32. Attached to this declaration and identified in the index as **Doc. Nos. 164-194** are true and correct copies of publicly available documents as listed in the index below.

**EXHIBIT INDEX**

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 1 | PX0010 | | Tapestry |
| 2 | PX1014 | | Tapestry |
| 3 | PX1067 | | Tapestry |
| 4 | PX1074 | | Tapestry |
| 5 | PX1078 | | Tapestry |
| 6 | PX1085 | | Tapestry |
| 7 | PX1088 | | Tapestry |
| 8 | PX1098 | | Tapestry |
| 9 | PX1104 | | Tapestry |
| 10 | PX1109 | | Tapestry |
| 11 | PX1118 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 12 | PX1121 | ■ | Tapestry |
| 13 | PX1124 | ■ | Tapestry |
| 14 | PX1127 | ■ | Tapestry |
| 15 | PX1133 | ■ | Tapestry |
| 16 | PX1137 | ■ | Tapestry |
| 17 | PX1144 | ■ | Tapestry |
| 18 | PX1152 | ■ | Tapestry |
| 19 | PX1175 | ■ | Tapestry |
| 20 | PX1186 | ■ | Tapestry |
| 21 | PX1199 | ■ | Tapestry |
| 22 | PX1200 | ■ | Tapestry |
| 23 | PX1216 | ■ | Tapestry |
| 24 | PX1219 | ■ | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 25 | PX1223 | | Tapestry |
| 26 | PX1224 | | Tapestry |
| 27 | PX1250 | | Tapestry |
| 28 | PX1256 | | Tapestry |
| 29 | PX1262 | | Tapestry |
| 30 | PX1265 | | Tapestry |
| 31 | PX1271 | | Tapestry |
| 32 | PX1278 | | Tapestry |
| 33 | PX1296 | | Tapestry |
| 34 | PX1301 | | Tapestry |
| 35 | PX1316 | | Tapestry |
| 36 | PX1327 | | Tapestry |
| 37 | PX1328 | | Tapestry |
| 38 | PX1338 | | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 39 | PX1351 | ███ | Tapestry |
| 40 | PX1354 | ███ | Tapestry |
| 41 | PX1374 | ███ | Tapestry |
| 42 | PX1387 | ███ | Tapestry |
| 43 | PX1404 | ███ | Tapestry |
| 44 | PX1411 | ███ | Tapestry |
| 45 | PX1418 | ███ | Tapestry |
| 46 | PX1427 | ███ | Tapestry |
| 47 | PX1431 | ███ | Tapestry |
| 48 | PX1448 | ███ | Tapestry |
| 49 | PX1485 | ███ | Tapestry |
| 50 | PX1495 | ███ | Tapestry |
| 51 | PX1507 | ███ | Tapestry |
| 52 | PX1536 | ███ | Tapestry |
| 53 | PX1542 | ███ | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 54 | PX1546 | [REDACTED] | Tapestry |
| 55 | PX1547 | [REDACTED] | Tapestry |
| 56 | PX1549 | [REDACTED] | Tapestry |
| 57 | PX1635 | [REDACTED] | Tapestry |
| 58 | PX1636 | [REDACTED] | Tapestry |
| 59 | PX1703 | [REDACTED] | Tapestry |
| 60 | PX1704 | [REDACTED] | Tapestry |
| 61 | PX1706 | [REDACTED] | Tapestry |
| 62 | PX1710 | [REDACTED] | Tapestry |
| 63 | PX1715 | [REDACTED] | Tapestry |
| 64 | PX1723 | [REDACTED] | Tapestry |
| 65 | PX1725 | [REDACTED] | Tapestry |
| 66 | PX1726 | [REDACTED] | Tapestry |
| 67 | PX1727 | [REDACTED] | Tapestry |
| 68 | PX1730 | [REDACTED] | Tapestry |
| 69 | PX1731 | [REDACTED] | Tapestry |



| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 70 | PX1737 | ██████████ | Tapestry |
| 71 | PX1740 | ██████████ | Tapestry |
| 72 | PX1783 | ██████████ | Tapestry |
| 73 | PX1811 | ██████████ | Tapestry |
| 74 | PX1813 | ██████████ | Tapestry |
| 75 | PX1862 | ██████████ | Tapestry |
| 76 | PX1923 | ██████████ | Tapestry |
| 77 | PX1924 | ██████████ | Tapestry |
| 78 | PX1929 | ██████████ | Tapestry |
| 79 | PX1970 | ██████████ | Tapestry |
| 80 | PX2020 | ██████████ | Capri |
| 81 | PX2034 | ██████████ | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 82 | PX2040 | ████████████████████ | Capri |
| 83 | PX2043 | ████████████████████ | Capri |
| 84 | PX2045 | ████████████████████ | Capri |
| 85 | PX2047 | ████████████████████ | Capri |
| 86 | PX2048 | ████████████████████ | Capri |
| 87 | PX2061 | ████████████████████ | Capri |
| 88 | PX2075 | ████████████████████ | Capri |
| 89 | PX2079 | ████████████████████ | Capri |
| 90 | PX2097 | ████████████████████ | Capri |
| 91 | PX2098 | ████████████████████ | Capri |
| 92 | PX2101 | ████████████████████ | Capri |
| 93 | PX2105 | ████████████████████ | Capri |
| 94 | PX2108 | ████████████████████ | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 95 | PX2113 | | Capri |
| 96 | PX2117 | | Capri |
| 97 | PX2128 | | Capri |
| 98 | PX2132 | | Capri |
| 99 | PX2166 | | Capri |
| 100 | PX2183 | | Capri |
| 101 | PX2214 | | Capri |
| 102 | PX2240 | | Capri |
| 103 | PX2242 | | Capri |
| 104 | PX2243 | | Capri |
| 105 | PX2255 | | Capri |
| 106 | PX2294 | | Capri |
| 107 | PX2304 | | Capri |
| 108 | PX2310 | | Capri |
| 109 | PX2321 | | Capri |
| 110 | PX2338 | | Capri |
| 111 | PX2346 | | Capri |
| 112 | PX2350 | | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 113 | PX2379 | ███ | Capri |
| 114 | PX2401 | ███ | Capri |
| 115 | PX2408 | ███ | Capri |
| 116 | PX2416 | ███ | Capri |
| 117 | PX2419 | ███ | Capri |
| 118 | PX2423 | ███ | Capri |
| 119 | PX2428 | ███ | Capri |
| 120 | PX2430 | ███ | Capri |
| 121 | PX2435 | ███ | Capri |
| 122 | PX2436 | ███ | Capri |
| 123 | PX2438 | ███ | Capri |
| 124 | PX2439 | ███ | Capri |
| 125 | PX2561 | ███ | Capri |
| 126 | PX2674 | ███ | Capri |
| 127 | PX2680 | ███ | Capri |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 128 | PX2725 | [redacted] | Capri |
| 129 | PX2727 | [redacted] | Capri |
| 130 | PX2753 | [redacted] | Capri |
| 131 | PX2787 | [redacted] | Capri |
| 132 | PX3060 | [redacted] | Marc Jacobs |
| 133 | PX3150 | [redacted] | Tory Burch |
| 134 | PX3163 | [redacted] | Sunrise |
| 135 | PX3202 | [redacted] | Ralph Lauren |
| 136 | PX3309 | [redacted] | Prada |
| 137 | PX4000 | Declaration of [redacted] (May 23, 2024) | [redacted] |
| 138 | PX4002 | Declaration of [redacted] (Jul. 8, 2024) | [redacted] |
| 139 | PX5000 | IH Transcript Excerpt of John Idol [Corporate] (Feb. 29, 2024) | Capri |
| 140 | PX5001 | IH Transcript Excerpt of John Idol [Personal] (Mar. 6, 2024) | Capri |
| 141 | PX5002 | IH Transcript Excerpt of Joanne Crevoiserat [Corporate] (Mar. 7, 2024) | Tapestry |
| 142 | PX5003 | IH Transcript Excerpt of Todd Kahn [Corporate] (Mar. 5, 2024) | Coach/Tapestry |
| 143 | PX5006 | Deposition Transcript Excerpt of Todd Kahn (June 14, 2024) | Tapestry |
| 144 | PX5008 | Deposition Transcript Excerpt of Leigh Levine (June 19, 2024) | Tapestry |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 145 | PX5011 | Deposition Transcript Excerpt of Michael Kors (June 21, 2024) | Capri |
| 146 | PX5019 | Deposition Transcript Excerpt of Joanne Crevoiserat (July 2, 2024) | Tapestry |
| 147 | PX5020 | Deposition Transcript Excerpt of Pamela Lifford (July 10, 2024) | Tapestry |
| 148 | PX5021 | Deposition Transcript Excerpt of John Idol (July 10, 2024) | Capri |
| 149 | PX5022 | Deposition Transcript Excerpt of Cedric Wilmotte (July 10, 2024) | Capri |
| 150 | PX5026 | Deposition Transcript Excerpt of ■■■■ (July 16, 2024) | ■■■■ |
| 151 | PX5027 | Deposition Transcript Excerpt of Liz Harris (July 16, 2024) | Tapestry |
| 152 | PX5029 | Deposition Transcript Excerpt of ■■■■ (Jul. 17, 2024) | ■■■■ |
| 153 | PX5032 | Deposition Transcript Excerpt of ■■■■ (July 17, 2024) | ■■■■ |
| 154 | PX5033 | Deposition Transcript Excerpt of Philippa Newman Chapuis (July 18, 2024) | Capri |
| 155 | PX5035 | Deposition Transcript Excerpt of Liz Fraser (July 18, 2024) | Tapestry |
| 156 | PX5036 | Deposition Transcript Excerpt of Peter Charles (July 18, 2024) | Tapestry |
| 157 | PX5038 | Deposition Transcript Excerpt of ■■■■ (July 19, 2024) | ■■■■ |
| 158 | PX5040 | Deposition Transcript Excerpt of Sloan Tichner (July 22, 2024) | Steve Madden |
| 159 | PX5046 | Deposition Transcript Excerpt of ■■■■ (July 24, 2024) | ■■■■ |
| 160 | PX5050 | Deposition Transcript Excerpt of ■■■■ (July 18, 2024) | ■■■■ |
| 161 | PX5058 | Deposition Transcript Excerpt of ■■■■ (Aug. 5, 2024) | ■■■■ |
| 162 | PX6000 | Initial Expert Report of Dr. Loren K Smith (Jul. 26, 2024) | Plaintiff |
| 163 | PX6001 | Expert Reply Report of Dr. Loren K Smith (August 14, 2024) | Plaintiff |
| 164 | PX7027 | Q1 2019 Tapestry Inc Earnings Call - Final | Publicly Available |
| 165 | PX7029 | Q1 2023 Tapestry Inc Earnings Call – Final (Nov. 10, 2022) | Publicly Available |
| 166 | PX7030 | Q1 2024 Tapestry Inc Earnings Call – Final (Nov. 9, 2023) | Publicly Available |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 167 | PX7035 | Q2 2022 Tapestry Inc Earnings Call - Final | Publicly Available |
| 168 | PX7044 | Q3 2022 Tapestry Inc Earnings Call - Final | Publicly Available |
| 169 | PX7045 | Q3 2023 Tapestry Inc Earnings Call – Final (May 11, 2023) | Publicly Available |
| 170 | PX7051 | Q4 2019 Tapestry Inc Earnings Call - Final | Publicly Available |
| 171 | PX7053 | Q4 2022 Tapestry Inc Earnings Call - Final | Publicly Available |
| 172 | PX7054 | Q4 2023 Tapestry Inc Earnings Call – Final (Aug. 17, 2023) | Publicly Available |
| 173 | PX7055 | Tapestry Inc to Acquire Capri Holdings Ltd - Final | Publicly Available |
| 174 | PX7060 | Press Release: *Coach, Inc. to Acquire Kate Spade & Company for $18.50 Per Share in Cash* (May 8, 2017) | Publicly Available |
| 175 | PX7083 | Website: Louis Vuitton, *Is there a Louis Vuitton outlet store?*, https://us.louisvuitton.com/eng-us/louis-vuitton-outlet (Last visited Feb. 1, 2024). | Publicly Available |
| 176 | PX7095 | Capri 2021 10-K | Publicly Available |
| 177 | PX7096 | Capri 2022 10-K | Publicly Available |
| 178 | PX7098 | Capri 2023 10-K | Publicly Available |
| 179 | PX7099 | Capri SEC Schedule 14A - DEFINITIVE | Publicly Available |
| 180 | PX7104 | Tapestry 2022 10-K | Publicly Available |
| 181 | PX7105 | Tapestry 2022 10-K | Publicly Available |
| 182 | PX7127 | Q4 2019 Capri Holdings Ltd Earnings Call | Publicly Available |
| 183 | PX7138 | Earnings Call Transcript: Q4 2022 Capri Holdings Ltd Earnings Call – Final (June 1, 2022). | Publicly Available |
| 184 | PX7149 | Coach, Inc. Form 8-K, Jan. 5, 2015 | Publicly Available |
| 185 | PX7157 | Capri, SEC Form 10-Q, Quarterly Report, signed Feb. 8, 2024 (see Exhibit 31.1) | Publicly Available |
| 186 | PX7175 | Press Release: Tapestry, *Tapestry, Inc. Announces Definitive Agreement to Acquire Capri Holdings Limited, Establishing A Powerful Global House of Iconic Luxury and Fashion Brands* (Aug. 10, 2023) | Publicly Available |

| Doc. No. | PX No. | Description | Source |
|---|---|---|---|
| 187 | PX7182 | Website: Rebecca Minkoff, About Rebecca Minkoff, https://www.rebeccaminkoff.come/pages/about (Last visited Mar. 27, 2024). | Publicly Available |
| 188 | PX7206 | Capri Form 8-K 2019 | Publicly Available |
| 189 | PX7250 | Press Release: Tapestry, *Tapestry Takes Action to Drive Positive Change for People, Planet and Community* (Jul. 28, 2021) | Publicly Available |
| 190 | PX7261 | Capri 2024 10-K | Publicly Available |
| 191 | PX7335 | Q4 2020 Tapestry Inc Earnings Call - Final | Publicly Available |
| 192 | PX7336 | Q3 2024 Tapestry Inc Earnings Call - Final | Publicly Available |
| 193 | PX7342 | Q2 2019 Tapestry Inc Earnings Call - Final | Publicly Available |
| 194 | PX7435 | Tapestry, Inc. 2024 10-K | Publicly Available |
| 195 | PX8025 | [REDACTED] | Tapestry |
| 196 | PX8028 | [REDACTED] | Tapestry |
| 197 | PX8036 | [REDACTED] | Tapestry |

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

[Remainder of Page Intentionally Left Blank]

Dated: August 30, 2024

Respectfully submitted,

*S/ Abby L. Dennis*
Abby L. Dennis
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2381
Email: adennis@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*