CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   July 22, 2024

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - -x
 4      FEDERAL TRADE COMISSION,    :
 5           Plaintiff,             :
 6        v.                        :  Case No.
 7      TAPESTRY, INC., and         :  1:24-cv-03109-JLR
 8      CAPRI HOLDINGS LIMITED,     :
 9           Defendants.            :
10    - - - - - - - - - - - - - - -x
                                       Monday, July 22, 2024
11
12                         - - - - -
13                        Confidential
14               Subject to Protective Order
15                         - - - - -
16    Remote Videotaped Deposition of SLOAN TICHNER,
17    called for oral examination by counsel for the
18    Plaintiffs, pursuant to notice, before Christina S.
19    Hotsko, RPR, CRR, CA CSR, of Veritext Legal
20    Solutions, a Notary Public in and for the District
21    of Columbia, beginning at 9:30 a.m., when were
22    present on behalf of the respective parties:
      Job No. CS6786201
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   July 22, 2024

Page 22

1    A.  Yes.  Wholesale accounts.
2        VIDEO TECHNICIAN:  Apologies, Counsel.
3    I'm getting some interference.  It sounds like
4    it's coming from a cell phone.  Hard to say where
5    it's coming from.
6        MR. COLWELL:  If we can go off the record
7    for a moment.
8        VIDEO TECHNICIAN:  Going off the record.
9    The time is 9:58 a.m.
10       (Discussion off the record.)
11       VIDEO TECHNICIAN:  Going back on the
12   record.  The time is 10:00 a.m.
13       THE WITNESS:  May I amend an answer to
14   your previously asked question in regard to the
15   parent company of the Anne Klein brand?
16   BY MR. COLWELL:
17   Q.  Yes, Ms. Tichner.
18   A.  That's -- WHP-Global is the parent
19   company.
20   Q.  So Steve Madden has a license agreement
21   for the Anne Klein brand with that company?
22   A.  Correct.

Page 23



16   Q.  Thank you, Ms. Tichner.
17       And retail includes what?
18   A.  Steve Madden retail stores, as well as
19   our dot-com direct-to-consumer business.
20   Q.  Is there a resale market for Steve Madden
21   handbags?
22   A.  Can you rephrase that question or clarify

Page 24

1    the question, please?
2    Q.  Sure.  Do Steve Madden handbags have
3    resale value?
4    A.  I don't know.  There are certain handbags
5    that may be sold on resale to -- in second-party
6    sources, or handbags that have been gently used
7    can sometimes be found on secondary sites.  But
8    that's the extent of my knowledge.
9    Q.  Does Steve Madden, itself, sell resale
10   handbags?
11   A.  We do not.
12   Q.  Why not?
13       MR. BUTERMAN:  Objection.  Form.
14       THE WITNESS:  We sell new product through
15   our own retail distribution sites and new product
16   to our wholesale partners.
17   BY MR. COLWELL:
18   Q.  You mentioned that you have
19   responsibilities related to pricing for Steve
20   Madden's handbags; is that right?
21   A.  Correct.
22   Q.  What is the price range for Steve Madden

Page 25

1    handbags sold in the United States?
2        MR. BUTERMAN:  Object to form.
3        THE WITNESS:  The bulk of the handbags
4    suggested retails are a hundred -- about a hundred
5    dollars and under.
6    BY MR. COLWELL:
7    Q.  When you say bulk, what do you mean by
8    that?
9    A.  There are styles that might be outliers
10   that would have a suggested retail that is higher
11   than a hundred dollars.
12   Q.  How do you determine the prices for Steve
13   Madden's handbags?
14       MR. BUTERMAN:  Object to form.
15       THE WITNESS:  Well, the consumer sets a
16   lot of this groundwork for us, depending on the --
17   you know in our tier of distribution.  I just work
18   within the frame of the divisions to place the
19   bags, make sure that we're priced competitively.
20   BY MR. COLWELL:
21   Q.  And what do you mean by priced
22   competitively?

Page 26

1    A.  If you would -- if we talk about the
2  other brands that sit in our area of distribution,
3  we would be priced equivalent or have like or same
4  suggested retails for similar brands.
5    Q.  What is that distribution tier that you
6  just mentioned?
7    A.  Can you rephrase the question?
8    Q.  Sure.  If I heard you correctly,
9  Ms. Tichner, you described a tier of distribution
10  for Steve Madden handbags.
11        I'd like to understand what that is.
12        MR. BUTERMAN:  Objection.
13        THE WITNESS:  The segment of business has
14  several names.  It can be referred to as opening
15  price point, moderate, trend, fashion.
16  BY MR. COLWELL:
17    Q.  And Steve Madden's handbags are within
18  that opening price point tier that you just
19  described?
20        MR. BUTERMAN:  Objection.
21        THE WITNESS:  They're in that segment.
22

Page 27

1  BY MR. COLWELL:
2    Q.  Are you familiar with any other tiers for
3  handbags sold in the United States?
4        MR. BUTERMAN:  Objection.
5        MR. GRUNDVIG:  Objection to form.
6        MR. BUTERMAN:  Counsel, please stop
7  trying to put the word "tiers" into the witness'
8  mouth.  She hasn't used it once yet.
9        MR. COLWELL:  Counsel, I believe the
10  witness has used the word "tier."
11  BY MR. COLWELL:
12    Q.  Did I mishear you, Ms. Tichner?
13    A.  I don't remember if I used the
14  word "tier" or "segment."  I -- I don't remember.
15    Q.  Thank you, Ms. Tichner.
16        Based on your knowledge and experience in
17  the industry, Ms. Tichner, are you familiar with
18  any other segments aside from the one you just
19  described?
20    A.  Yes.
21    Q.  What are those other segments?
22    A.  There are a lot.  There are -- my

Page 28

1  handbags are about a hundred -- as I said, a
2  hundred dollars and under.  There's ranges above
3  and ranges below as well.
4    Q.  What are the ranges above?
5    A.  Over 150 and up to -- to $1500 and up.
6    Q.  What is the $1500 and up segment?
7    A.  Luxury designer.
8        MR. GRUNDVIG:  Objection to form.
9  BY MR. COLWELL:
10    Q.  What brands are in the luxury designer
11  segment?
12    A.  Gucci, LV, Prada.
13    Q.  You mentioned another segment, and I
14  believe you said over $150; is that right?
15    A.  I was just referring to price points that
16  would cover bags that were above sort of the
17  highest price point at Steve Madden.
18    Q.  Thank you, Ms. Tichner.
19        Are you familiar with any segments
20  between opening price point and designer luxury?
21    A.  Yes.  There are many:  designer, emerging
22  designer, contemporary, advanced contemporary.

Page 29

1    Q.  Are you familiar with the brand Coach?
2    A.  Yes.
3    Q.  In -- in what segment do you consider
4  Coach handbags to be?
5        MR. BUTERMAN:  Objection.
6        THE WITNESS:  Designer.
7  BY MR. COLWELL:
8    Q.  Are you familiar with Kate Spade, the
9  brand?
10    A.  Yes.
11    Q.  What segment --
12    A.  Designer.
13    Q.  -- are Kate Spade handbags in?
14    A.  Designer.
15    Q.  And what segment is Michael Kors?
16        MR. BUTERMAN:  Objection.
17        THE WITNESS:  Designer.
18  BY MR. COLWELL:
19    Q.  Are you familiar with any subcategories
20  or segments to the designer category or segment
21  that you described?
22        MR. BUTERMAN:  Object to form.

8 (Pages 26 - 29)

Page 30

1    THE WITNESS: It could be emerging
2 designer, select designer, designer boutique.
3 Each retailer classifies brands distinctively to
4 that retailer.
5 BY MR. COLWELL:
6    Q. Based on your knowledge and experience in
7 the handbag industry, are you familiar with the
8 phrase "accessible luxury"?
9    MR. BUTERMAN: Objection.
10    THE WITNESS: Yes.
11 BY MR. COLWELL:
12    Q. What do you understand that phrase to
13 mean?
14    A. Those would represent brands that the
15 customer would view as designer that are at
16 affordable -- what they view -- what are
17 affordable price points for that segment of
18 customer.
19    Q. What handbag brands are in that segment?
20    A. There's a lot.
21    MR. BUTERMAN: Objection.
22    THE WITNESS: Michael Kors, Kate Spade,

Page 31

1 Coach, Marc Jacobs, Tory Burch. There are other
2 ones as well.
3 BY MR. COLWELL:
4    Q. What are the differences between that
5 segment and the opening price point segment that
6 you described?
7    A. Two primary differences. One would be
8 opening price point segment, most of the handbags
9 are constructed of non-leather material; and two,
10 price point.
11    Q. So do one of those segments use certain
12 kinds of materials?
13    A. The handbags in the opening price point
14 segment are non- -- for all practical purposes,
15 non-leather materials.
16    Q. Based on your knowledge and experience,
17 is Louis Vuitton in that accessible luxury
18 segment?
19    MR. BUTERMAN: Objection.
20    THE WITNESS: No.
21 BY MR. COLWELL:
22    Q. Why not?

Page 32

1    A. I would classify Louis Vuitton as a true
2 luxury designer.
3    Q. And what makes a true luxury designer
4 different from the other segment?
5    MR. GRUNDVIG: Objection. Form.
6    THE WITNESS: Price points -- opening
7 price points starting in true luxury are higher.
8 BY MR. COLWELL:
9    Q. How much higher?
10    MR. BUTERMAN: Objection.
11    THE WITNESS: I can only give you the
12 range of where I believe the bulk of true luxury
13 handbags begins at, and I believe it is at about
14 $1500 and up.
15 BY MR. COLWELL:
16    Q. Are there any other brands that you would
17 categorize as true luxury designers?
18    A. I can repeat. I don't know if I said
19 them when you asked me before, but Louis Vuitton,
20 Gucci, Prada, Celine.
21    .
22    

Page 33

4    Q. What are stores' private brands?
5    A. Individual retailers have brands that are
6 their own, intrinsic to that specific retailer.
7    Q. Does Steve Madden produce any private
8 label products?
9    A. Yes.
10    Q. Does Steve Madden produce private label
11 handbags?
12    A. Yes.
13    Q. Are Steve Madden's private label handbags
14 different from other handbags that it sells?
15    A. I don't manage that segment of our
16 business, so I could not answer the question
17 completely accurately for you.
18    Q. That's fine. Thank you, Ms. Tichner.
19    Do you have responsibilities,
20 Ms. Tichner, related to sourcing materials for
21 Steve Madden's handbags?
22    A. The sourcing and the production are

Page 34

1  handled by my counterpart.
2  Q. Who is your counterpart?
3  A. Jeff Goldstein.
4  Q. Are you familiar with where Steve Madden
5  produces handbags?
6  A. Yes.
7  Q. Where is that?
8  A. About 95 percent is produced in Asia.
9  
10 
11 
12 
13 Q. Does Steve Madden manufacture handbags
14 itself in those locations?
15 A. Can you please repeat the question --
16 rephrase the question?
17 Q. Sure.
18    Does Steve Madden actually manufacture
19 the handbags it sells itself?
20 A. We are not -- we work with valued
21 partners as factories. We do not own the
22 factories.

Page 35

1  Q. What is a factor?
2  A. Factory.
3  Q. Pardon me.
4     So external vendors manufacture the
5  products?
6  A. Yes.
7  Q. And those vendors are located in the --
8  A. They're lo- --
9  Q. -- places you mentioned?
10 A. Correct.
11 Q. Are you familiar with where Steve Madden
12 sources materials for its handbags?
13 A. Yes.
14 Q. Where is that?
15 A. Sourcing is primarily in Asia as well.
16    MR. COLWELL: Now would be a good time to
17 take a break. Would you like to take a break,
18 Ms. Tichner?
19    THE WITNESS: Yes. Thank you.
20    MR. COLWELL: Okay. We can go off the
21 record.
22    VIDEO TECHNICIAN: Thank you. Going off

Page 36

1  the record. The time is 10:24 a.m.
2     (A recess was taken.)
3     VIDEO TECHNICIAN: Going back on the
4  record. The time is 10:36 a.m.
5  BY MR. COLWELL:
6  Q. Ms. Tichner, you mentioned that Steve
7  Madden has its handbags manufactured predominantly
8  in Asia.
9  A. Correct.
10 
11 
12 
13 
14 Q. Thank you, Ms. Tichner.
15    Similarly, for sourcing you mentioned
16 that Steve Madden sources materials from Asia for
17 handbags.
18    What countries specifically, if you know?
19 A. China.
20 Q. What materials, specifically, does Steve
21 Madden source from China for its handbags?
22 A. The base material for bulk of the

Page 37

1  handbags is PU, non-leather-like material.
2  Q. Is PU polyurethane?
3  A. Yes.
4  Q. Why does Steve Madden use PU for its
5  handbags?
6  A. PU materials have a very leather-like
7  look to them.
8  Q. How does the cost of PU materials compare
9  to the cost of leather?
10    MR. GRUNDVIG: Objection. Form.
11    THE WITNESS: PU costs less than leather.
12 BY MR. COLWELL:
13 Q. Does Steve Madden consider the cost of
14 the material in selecting it?
15    MR. BUTERMAN: Object to form.
16    THE WITNESS: Yes.
17 BY MR. COLWELL:
18 Q. I'd like to move to talk about the design
19 of Steve Madden handbags, Ms. Tichner.
20    Do you have responsibilities related to
21 the design of Steve Madden handbags?
22 A. Yes.

10 (Pages 34 - 37)