September 4, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007-1312

>  Re:   *Federal Trade Commission v. Tapestry, Inc.*, **No. 1:24 cv 03109:  Joint Letter Regarding Parties' Appearances**

Dear Judge Rochon,

The parties write to provide the Court with a list of the names, telephone numbers, and email addresses of counsel who will speak at the conference scheduled for Friday, September 6, 2024, at 10:00am ET.

**For Plaintiff Federal Trade Commission**

The Federal Trade Commission ("FTC") respectfully seeks leave for Andrew Lowdon and Victoria Sims to appear on behalf of the FTC, in addition to Ms. Dennis and Ms. Johnson. *See* Court's Individual Rules of Practice in Civil Cases, Rule 2(B). Pursuant to Individual Rule 2(C), Mr. Lowdon, who drafted and signed the FTC's opposition to Defendants' Daubert motion concerning Dr. Loren Smith, will appear, with the Court's permission, to argue and address any questions concerning the FTC's opposition. Ms. Sims drafted and signed the FTC's Daubert motion concerning Jeff Gennette, and, with the Court's permission, will appear to argue and address any questions concerning that motion.

> Abby L. Dennis
> Federal Trade Commission
> Phone: (202) 326-2381
> Email: adennis@ftc.gov
>
> Frances Anne Johnson
> Federal Trade Commission
> Phone: (202) 326-3221
> Email: fjohnson@ftc.gov

Hon. Jennifer L. Rochon
September 4, 2024
Page 2

>Andrew Lowdon
>Federal Trade Commission
>Phone: (202) 326-2166
>Email: alowdon@ftc.gov

>Victoria Sims
>Federal Trade Commission
>Phone: (202) 326-2767
>Email: vsims@ftc.gov

**For Defendant Tapestry, Inc.**

Defendant Tapestry respectfully seeks leave, pursuant to Individual Rule 2(B), for Jennifer Giordano and Lawrence Buterman to appear on behalf of Tapestry, in addition to Alfred Pfeiffer and David Johnson. Mr. Buterman drafted Defendants' Daubert motion regarding Dr. Loren Smith and, with the Court's permission, will appear to argue and address any questions concerning Defendants' motion. Ms. Giordano drafted Defendants' opposition to the FTC's Daubert motion concerning industry expert Karen Giberson and, with the Court's permission, will appear to argue and address any questions concerning Defendants' opposition. Pursuant to Individual Rule 2(C), Mr. Johnson will appear with Mr. Pfeiffer to discuss evidentiary and other issues the Court may wish to address.

>Alfred Pfeiffer
>Latham & Watkins LLP
>Phone:  (415) 391-0600
>Email:  al.pfeiffer@lw.com

>David Johnson
>Latham & Watkins LLP
>Phone:  (202) 637-2200
>Email:  david.johnson@lw.com

>Lawrence Buterman
>Latham & Watkins LLP
>Phone:  (212) 906-1200
>Email:  lawrence.buterman@lw.com

>Jennifer Giordano
>Latham & Watkins LLP
>Phone:  (202) 637-1013
>Email:  jennifer.giordano@lw.com

**For Defendant Capri Holdings Limited**

Defendant Capri respectfully seeks leave, pursuant to Individual Rule 2(B), for Brittany Fish to appear on behalf of Capri, in addition to Elaine Golin and Adam Goodman. With the Court's permission, pursuant to Individual Rule 2(C), Ms. Fish will appear with Mr. Goodman to discuss evidentiary and confidentiality issues, should any arise.

Elaine Golin
Wachtell, Lipton, Rosen & Katz
Phone: (212) 403-1118
Email: epgolin@wlrk.com

Adam Goodman
Wachtell, Lipton, Rosen & Katz
Phone: (212) 403-1168
Email: algoodman@wlrk.com

Brittany Fish
Wachtell, Lipton, Rosen & Katz
Phone: (212) 403-1000
Email: bafish@wlrk.com

Respectfully submitted,

S/ Abby L. Dennis
Abby L. Dennis
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-2381
Email: adennis@ftc.gov

*Counsel for the Federal Trade Commission*

/s/ Alfred C. Pfeiffer
Latham & Watkins LLP
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Phone: (415) 391-0600
Email: al.pfeiffer@lw.com

*Counsel for Tapestry, Inc.*

Hon. Jennifer L. Rochon
September 4, 2024
Page 4

/s/ Elaine P. Golin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Phone: (212) 403-1118
Email: epgolin@wlrk.com

*Counsel for Capri Holdings Limited*

Cc: All Counsel of Record (via ECF)