UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>TAPESTRY, INC. and CAPRI HOLDINGS LIMITED,<br>　　　　　　　　　　Defendants. | Case No. 1:24-cv-03109 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the September 6, 2024 hearing, Plaintiff's motion to exclude the testimony of Karen Giberson is DENIED, Plaintiff's motion to exclude the testimony of the testimony of Jeff Gennette is DENIED, and Defendants' motion to exclude Dr. Loren Smith's opinions regarding and relying upon his diversion analysis is DENIED. The Clerk of Court is respectfully directed to close the motions pending at Dkts. 170, 175, and 184.

Additionally, for the reasons stated on the record during the September 6, 2024 hearing, the motions to seal filed in this case thus far are GRANTED. However, the Court reiterates that as the case continues to progress, some of what has been filed under seal may need to be unsealed. Specifically, the Court grants the following motions to seal and respectively directs the Court to close the motions pending at Dkts. 120, 131, 134, 135, 136, 141, 143, 147, 150, 155, 164, 165, 166, 167, 169, 174, 179, 183, 188, 193, 194, 196, 200, 202,

206, 209, 210, 211, 213, 214, 215, 216, 217, 219, 220, 221, 224, 227, 229, 231, 234, 238, 240, 245, 248, 249, 251, 254, 256, 262, 263, 267, 268, 270, 273, 274, 276, 278, 279, 284, 311, 315.

Dated: September 6, 2024
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge