505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM & WATKINS LLP

September 24, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: *Federal Trade Commission v. Tapestry, Inc.*, No. 1:24-cv-03109-JLR: Letter Motion To Seal

Dear Judge Rochon,

Pursuant to Rule 4(B)(iii)(c) of this Court's Individual Rules of Practice in Civil Cases and Paragraph 9 of the Stipulated Protective Order (ECF No. 70), Defendants Tapestry, Inc. ("Tapestry") and Capri Holdings Limited ("Capri") respectfully move this Court to permit Defendants to file under seal their Post-Hearing Proposed Findings of Fact and Conclusions of Law.

The Post-Hearing Proposed Findings of Fact and Conclusions of Law contains information designated by various third parties as Confidential Material under Paragraph 1(a) of the Stipulated Protective Order, and which the Court has ordered to remain under seal. *See* ECF No. 321. Defendants previously met and conferred with counsel for these third parties regarding this information, pursuant to the Court's Rule of Individual Practice 4(B)(iii), when listing the relevant materials on their exhibit list and submitting the Pre-Hearing Proposed Findings of Fact and Conclusions of Law.

Defendants respectfully request that the Court enter an order granting this motion and sealing those portions of the Post-Hearing Proposed Findings of Fact and Conclusions of Law containing Confidential Material. Defendants will concurrently file a public version of their Post-Hearing Proposed Findings of Fact and Conclusion of Law that redacts any Confidential Material.

LATHAM & WATKINS LLP

                              Respectfully submitted,

                              */s/ Alfred C. Pfeiffer*
                              Alfred C. Pfeiffer (*pro hac vice*)
                              Latham & Watkins LLP
                              505 Montgomery Street, Suite 2000
                              San Francisco, CA 94111
                              Telephone: (415) 395-8240
                              Facsimile: (415) 395-8095
                              al.pfeiffer@lw.com

                              *Counsel for Tapestry, Inc.*

                              */s/ Jonathan M. Moses*
                              Jonathan M. Moses[1]
                              Wachtell, Lipton, Rosen & Katz
                              51 West 52nd Street
                              New York, New York 10019
                              Telephone: (212) 403-1000
                              JMMoses@wlrk.com

                              *Counsel for Capri Holdings Limited*

cc:     All Counsel of Record (via ECF)

---

[1] Electronic signatures used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.