UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                              Plaintiff,<br><br>-against-<br><br>TAPESTRY, INC.,<br><br>                              -and-<br><br>CAPRI HOLDINGS LIMITED,<br><br>                              Defendants. | Case No. 1:24-cv-03109 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

By a separate Opinion and Order today, the Court GRANTED the Federal Trade Commission's motion for a preliminary injunction. The Court's Opinion and Order granting the motion contained redactions of information from documents that are currently under seal. An unredacted version of the Opinion and Order was filed under seal and provided to the parties. The parties shall meet and confer and inform the Court no later than October 31, 2024 whether any content in the Court's Opinion and Order may be unredacted. The Court will then refile the Opinion and Order with additional information unredacted.

Additionally, the parties shall promptly inform the Court when the administrative proceeding initiated by the Commission has concluded.

Dated: October 24, 2024
       New York, New York

                                                            SO ORDERED.

                                                            *Jennifer Rochon*
                                                            _____
                                                            JENNIFER L. ROCHON
                                                            United States District Judge

1