**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>TAPESTRY, INC.,<br><br>and<br><br>CAPRI HOLDINGS LIMITED,<br><br>        Defendants. | Case No. 1:24-cv-03109 (JLR) (BCM) |

**NOTICE OF INTERLOCUTORY APPEAL**

NOTICE IS HEREBY GIVEN that Defendants Tapestry, Inc. and Capri Holdings Limited hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on October 24, 2024, granting Plaintiff Federal Trade Commission's motion for a preliminary injunction (Dkt. 339 (redacted); Dkt. 341 (under seal)), and all findings and rulings in connection therewith.

Dated: October 28, 2024

Jonathan M. Moses
Elaine P. Golin
Adam L. Goodman
Karen Wong
Brittany A. Fish
WACHTELL, LIPTON,
   ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
JMMoses@wlrk.com
EPGolin@wlrk.com
ALGoodman@wlrk.com
KWong@wlrk.com
BAFish@wlrk.com

*Attorneys for Capri Holdings Limited*

Respectfully submitted,

*/s/ Alfred C. Pfeiffer*

Alfred C. Pfeiffer (*pro hac vice*)
Christopher S. Yates (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8240
al.pfeiffer@lw.com
chris.yates@lw.com

Amanda P. Reeves (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
Lindsey S. Champlin (*pro hac vice*)
Jennifer L. Giordano
David L. Johnson (*pro hac vice*)
Seung Wan (Andrew) Paik (*pro hac vice*)
Mary A. Casale (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
amanda.reeves@lw.com
ian.conner@lw.com
lindsey.champlin@lw.com
jennifer.giordano@lw.com
david.johnson@lw.com
andrew.paik@lw.com
mary.casale@lw.com
chris.brown@lw.com

Lawrence E. Buterman
LATHAM & WAKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
lawrence.buterman@lw.com

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
sean.berkowitz@lw.com

*Attorneys for Tapestry, Inc.*

2