UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>-against-<br><br>TAPESTRY, INC.,<br><br>       -and-<br><br>CAPRI HOLDINGS LIMITED,<br><br>       Defendants. | Case No. 1:24-cv-03109 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

   The Court issued an Opinion and Order on the Federal Trade Commission's motion for a preliminary injunction on October 24, 2024. Dkt. 339. By separate order, the Court also ordered the parties to meet and confer and inform the Court whether any further content in the Court's Opinion and Order could be unredacted. On October 30, 2024, the parties informed the Court that additional information could be unredacted. Therefore, the Court hereby orders that additional information in the Opinion and Order shall be unsealed. The Court will refile the Opinion and Order with the additional information unsealed.

Dated: November 1, 2024
    New York, New York

                      SO ORDERED.

                      *Jennifer Rochon*
                      JENNIFER L. ROCHON
                      United States District Judge