UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                Plaintiff,

-against-

TAPESTRY, INC.,

        -and-

CAPRI HOLDINGS LIMITED,

                Defendants.

Case No. 1: 24-cv-03109 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 23, 2024, the Federal Trade Commission ("FTC" or "Plaintiff"), petitioned this Court to grant a preliminary injunction enjoining Defendant Tapestry, Inc., from consummating its proposed acquisition of Defendant Capri Holdings Limited and to retain jurisdiction until the administrative proceeding by the Federal Trade Commission was concluded. Dkt. 1.

On October 24, 2024, this Court issued an Opinion and Order granting the FTC's motion to preliminarily enjoin the merger pending the completion of the FTC's in-house administrative proceeding. Dkt. 339. The Court further issued an order directing the parties to inform the Court when the administrative proceedings had concluded. Dkt. 340.

On November 20, 2024, the parties filed a stipulation withdrawing their appeal of the Court's preliminary injunction order. Dkt. 345. The FTC advised the Court that on December 4, 2024, the FTC dismissed the in-house administrative complaint after Defendants terminated their proposed merger. *See* Order Dismissing Complaint, *In the Matter of Tapestry, Inc. and Capri Holdings Ltd.*, Docket No. 9429 (December 4, 2024).

Accordingly, the Clerk of Court is respectfully directed to CLOSE this case.

Dated: December 13, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge

2