**LATHAM & WATKINS LLP**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

April 21, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re: *Federal Trade Commission v. Tapestry, Inc., et al.*
No. 1:24-cv-03109-JLR (S.D.N.Y)

Dear Judge Rochon:

We write on behalf of Tapestry, Inc. in response to the letter of April 11, 2025 from counsel for FNY Partners ("FNYP"), Lead Plaintiff in *In re Capri Holdings Ltd. Sec. Litig.*, Case No. 24-cv-1410-MN (D. Del.). ECF No. 350. We join in the letter submitted by Defendant Capri Holdings Limited, filed on April 21, 2025 (ECF No. 353), and oppose FNYP's request for copies of the exhibits identified in Attachment A to FNYP's April 11, 2025 letter for the reasons stated therein.

Respectfully submitted,

*/s/ Amanda P. Reeves*
Amanda P. Reeves *(pro hac vice)*
Jennifer L. Giordano *(pro hac vice)*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
amanda.reeves@lw.com
jennifer.giordano@lw.com

LATHAM&WATKINS LLP

                                                    Lawrence E. Buterman
                                                    **LATHAM & WATKINS LLP**
                                                    1271 Avenue of the Americas
                                                    New York, NY 10020
                                                    (212) 906-1200
                                                    lawrence.buterman@lw.com

                                                    *Counsel for Tapestry, Inc.*

Encl:

cc:      All Counsel of Record (*via ECF*)